IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY,<br>385 Washington Street<br>Saint Paul, Minnesota 55102,<br><br>      Plaintiff,<br><br>v.<br><br>GREEN PARK FINANCIAL, LP,<br>7501 Wisconsin Avenue, Suite 1200<br>Bethesda, MD  20814-6531<br><br>and<br><br>WOODLARK PROPERTIES III, LP,<br>WOODLARK ENTERPRISES, III, INC.,<br>55 Webster Avenue, Suite 103<br>New Rochelle, NY 10601<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

# **COMPLAINT**

Plaintiff St. Paul Mercury Insurance Company, by its undersigned attorneys, brings this lawsuit against Green Park Financial, LP, Woodlark Properties III, LP, and Woodlark Enterprises, III, Inc., and states as follows:

## PARTIES

1. Plaintiff St. Paul Mercury Insurance Company ("St. Paul") is a Minnesota corporation with its principal place of business in St. Paul, Minnesota.

2. Defendant Green Park Financial, LP ("Green Park") is a D.C. limited partnership with its principal place of business in Bethesda, Maryland. Green Park regularly does business in Delaware.

3. Defendant Woodlark Properties III, LP is a Delaware limited partnership with its principal place of business in New York.

4. Defendant Woodlark Enterprises III, Inc. (collectively with Woodlark Properties III, LP "Woodlark") is a Delaware corporation with it principal place of business in New York.

## JURISDICTION AND VENUE

5. The Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) because this action is between citizens of different states, and because the amount in controversy exceeds $75,000, exclusive of interest and costs.

6. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(a).

## THE POLICIES

7. St. Paul issued to Walker & Dunlop, Inc. a Commercial General Liability Protection Coverage Form ("the Primary Policy") and an Umbrella Excess Liability policy ("the Umbrella Policy") (collectively, "the Policies"), each numbered FS06803591, effective June 1, 2006, to June 1, 2007, on which Green Park is listed an additional named insured.

8. The Primary Policy incorporates an endorsement entitled "Financial Professional Services Exclusion Endorsement" which provides:

> **Financial professional services.** We won't cover injury or damage or medical expenses that result from the performance of or failure to perform any financial professional service.
>
> **Financial professional service** means any financial activity or service, including any of the following activities or services:
>
> - Advisory or fiduciary services.
> - Lending, leasing, or mortgage operations.
> - Debiting, crediting, or accounting services.
> - Maintaining financial accounts or records.
> - Offering, selling, financing, or administering any insurance product.
> - Collecting, refunding, or failing to refund premiums, interest, fees, or other charges for any insurance product.
> - Acting as an assignee for the benefit of creditors.
> - Credit checking or reporting.
> - Tax planning, withholding, or advisory operations.
> - Escrow, electronic funds transfer, or trust operations.
> - The issuance or sale of bank or certified checks, letters of credit, money orders, or travelers checks.

9. The Primary Policy contains other terms, conditions, and exclusions affecting the coverage afforded by the policy.

10. The Umbrella Policy provides coverage above the limits of liability under the Primary Policy, but also subject to the Financial Professional Services Exclusion Endorsement and other terms, conditions, and exclusions affecting the coverage afforded by the policy.

THE UNDERLYING ACTIONS

11. Civil Action Nos. 07-C-105, 07-C-138, 07-C-229, 07-C-486, 07-C-495, 07-C-597, 07-C-501, and 07-C-496 ("the Underlying Actions") were instituted against Woodlark and Alex Vence, Jr. ("Vence") in the Circuit Court of Cabell County, West Virginia.

12. The Underlying Actions seek to recover damages because of bodily injuries that occurred as a result of a fire on January 13, 2007, at the Emmons Jr. and Emmons Sr. apartment

building owned by Woodlark and managed by Vence in Huntington, West Virginia ("Emmons apartment fire").

13. Woodlark and Vence ("Third-Party Plaintiffs") filed a third-party complaint ("Third Party Complaint") against Green Park, seeking indemnity and/or contribution for any liability Third-Party Plaintiffs may be found to have in the Underlying Actions.

14. The Third Party Complaint alleges that Green Park participated in financing the purchase of the Emmons Jr. and Emmons Sr. apartment buildings by Woodlark, and in doing so was negligent in its recommendation of building inspectors and retention of appraisers. The Third Party Complaint alleges that Green Park was negligent with respect to its retention of building inspectors and appraisers.

## ST.. PAUL'S DEFENSE OF THE UNDERLYING ACTIONS

15. On April 18, 2007, Green Park first notified St. Paul of a potential claim against it in connection with the Emmons apartment fire.

16. On or about May 1, 2007, St. Paul agreed to investigate the matter under a full reservation of rights, and retained counsel to represent Green Park in connection with claims arising out of the Emmons apartment fire.

17. By letter dated January 2, 2008, St. Paul agreed to defend Green Park in the Underlying Actions pursuant to a reservation of rights.

18. St. Paul will defend Green Park in the Underlying Actions until the entry of a judgment declaring that it owes no such defense to Green Park.

## COUNT I – Declaratory Relief

19. St. Paul incorporates by reference all foregoing allegations of this Complaint as if fully set forth herein.

20. Third-Party Plaintiffs seek to recover from Green Park solely damages for injury that is excluded by the Financial Professional Services Exclusion.

21. Accordingly, St. Paul has no obligation to defend or indemnify Green Park with respect to the Underlying Actions.

22. Green Park contends that St. Paul is obligated to defend and indemnify it with respect the Underlying Actions.

23. An actual and justiciable controversy exists between Green Park and St. Paul with respect to St. Paul's defense and indemnity obligations.

WHEREFORE, St. Paul respectfully requests that the Court enter judgment declaring that:

(a) St. Paul has no obligation to defend Green Park with respect to the Underlying Actions;

(b) St. Paul has no obligation to indemnify Green Park with respect to the Underlying Actions; and

(c) St. Paul is entitled to such other and further relief as justice may require.

**FOX ROTHSCHILD LLP**

/s/ Neal J. Levitsky, Esquire
Neal J. Levitsky, Esquire (No. 2092)
Seth A. Niederman, Esquire (No. 4588)
919 N. Market Street, Suite 1300
Wilmington, DE  19801
(302) 622-4200
*Attorneys for Plaintiff*
*St. Paul Mercury Insurance Company*

**OF COUNSEL:**
Lee H. Ogburn, Esquire
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, MD  21202-3201
(410) 752-6030

Dated:  March 11, 2008

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

APPENDIX H

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
**ST. PAUL MERCURY INSURANCE COMPANY**

(b) County of Residence of First Listed Plaintiff: **State of Minnesota**
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)
**SEE ATTACHED**

## DEFENDANTS
**WOODLARK PROPERTIES III, LP, WOODLARK ENTERPRISES, III, INC. GREEN PARK FINANCIAL, LP**

County of Residence of First Listed Defendant: **State of Delaware**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [x] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of the State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [x] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [x] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [x] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 362 Personal Injury – Med. Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdraw 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 365 Personal Injury – Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 630 Liquor Laws | **PROPERTY RIGHTS** | [ ] 450 Commerce |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | **PERSONAL PROPERTY** | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 370 Other Fraud | [ ] 650 Airlines Reg. | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability | [ ] 371 Truth in Leading | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 480 Consumer Credit |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 380 Other Personal Property Damage | [ ] 690 Other | **SOCIAL SECURITY** | [ ] 490 Cable/Sat TV |
| [ ] 160 Stockholder's Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 385 Property Damage Product Liability | **LABOR** | [ ] 861 HIA (1395 ff) | [ ] 810 Selective Service |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | | [ ] 710 Fair Labor Standards Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/Exchange |
| [ ] 195 Contract Product Liability | | | [ ] 720 Labor/Mgmt. Relations | [ ] 863 DIWC/DIWW (405(g)) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 196 Franchise | | | [ ] 730 Labor/Mgmt. Reporting & Disclosure Act | [ ] 864 SSID Title XVI | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 740 Railway Labor Act | [ ] 865 RSI (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate Sentence | [ ] 790 Other Labor Litigation | **FEDERAL TAX SUITS** | [ ] 892 Economic Stabilization Act |
| [ ] 220 Foreclosure | [ ] 442 Employment | **Habeas Corpus:** | [ ] 791 Empl. Ret. Inc. Security Act | [ ] 870 Taxes (U.S. Plaintiff Or Defendant) | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/Accommodations | [ ] 530 General | | [ ] 871 IRS – Third Party 26 USC 7609 | [ ] 894 Energy Allocation Act |
| [ ] 240 Tort to Land | [ ] 444 Welfare | [ ] 535 Death Penalty | | | [ ] 895 Freedom of Information Act |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/ Disabilities – Employment | [ ] 540 Mandamus & Other | | | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/ Disabilities – Other | [ ] 550 Civil Rights | | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 440 Other Civil Rights | [ ] 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Apellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. 1332(a)

Brief Description of Cause: **DECLARATORY RELIEF**
Conversion for payment of check lacking necessary endorsement

## VII. REQUESTED IN COMPLAINT
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [ ] Yes  [x] No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE _____  SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # ____  AMOUNT ____  APPLYING IFP ____  JUDGE ____  MAG. JUDGE ____

WM1A 813328v1 03/11/08

Counsel for the Plaintiff St. Paul Mercury Insurance Company:

Neal J. Levitsky, Esquire
Seth A. Niederman, Esquire
FOX ROTHSCHILD LLP
Citizens Bank Center
919 N. Market Street, Suite 1300
Wilmington, DE  19801
Tel:  (302) 622-4238
Fax: (302) 656-8920

and

Lee H. Ogburn, Esquire
KRAMON & GRAHAM, P.A.
One South Street
Suite 2600
Baltimore, MD  21202-3201
Tel:  (410) 752-6030