%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of    DELAWARE

ST. PAUL MERCURY INSURANCE
COMPANY

Plaintiff                           SUMMONS IN A CIVIL CASE

V.

GREEN PARK FINANCIAL, LP,
WOODLARK PROPERTIES III, LP, and        CASE NUMBER:   0 8  –  1 4 4
WOODLARK ENTERPRISES, III, INC.

Defendants

TO: GREEN PARK FINANCIAL, LP
    7501 WISCONSIN AVENUE, SUITE 1200
    BETHESDA, MD  20814-6531

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Neal J. Levitsky, Esquire (No. 2092)          Lee H. Ogburn, Esquire
Seth A. Niederman, Esquire (No. 3821)         KRAMON & GRAHAM, P.A.
FOX ROTHSCHILD LLP                            One South Street
Citizens Bank Center                          Suite 2600
919 N. Market Street, Suite 1300              Baltimore, MD  21202-3201
Wilmington, DE  19801                         Tel: (410) 752-6030
Tel: (302) 622-4238
Fax: (302) 656-8920

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                       MAR 1 2 2008

_____             _____
CLERK                                 DATE

_____
(BY) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | **DATE**  MARCH 14, 2008 |
| NAME OF SERVER *(PRINT)*  JASON STOVALL | **TITLE**  SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

X Other (specify): **SERVED: GREENPARK FINANCIAL, LP c/o CORPORATION SERVICE COMPANY**
**2711 CENTERVILLE ROAD, WILMINGTON, DELAWARE 19808**
**ACCEPTED BY MARY DRUMMOND ON MARCH 14, 2008 AT 2:27 P.M.**

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on **MARCH 14, 2008**
             Date                        *Signature of Server*

**FOX ROTHSCHILD LLP**
**CITIZENS BANK CENTER**
**919 N. MARKET STREET, SUITE 1300**
**WILMINGTON, DE 19801**
**(302) 654-7444**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

WM1A 813324v2 03/13/08