%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of DELAWARE

ST. PAUL MERCURY INSURANCE
COMPANY

Plaintiff

SUMMONS IN A CIVIL CASE

V.

GREEN PARK FINANCIAL, LP,
WOODLARK PROPERTIES III, LP, and
WOODLARK ENTERPRISES, III, INC.

CASE NUMBER:   08 - 144

Defendants

TO: WOODLARK ENTERPRISES, III, INC.
55 WEBSTER AVENUE
SUITE 103
NEW ROCHELLE, NY  10601

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Neal J. Levitsky, Esquire (No. 2092)
Seth A. Niederman, Esquire (No. 3821)
FOX ROTHSCHILD LLP
Citizens Bank Center
919 N. Market Street, Suite 1300
Wilmington, DE  19801
Tel:  (302) 622-4238
Fax: (302) 656-8920

Lee H. Ogburn, Esquire
KRAMON & GRAHAM, P.A.
One South Street
Suite 2600
Baltimore, MD  21202-3201
Tel:  (410) 752-6030

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T DALLEO

CLERK

(signature)
DEPUTY CLERK

MAR 1 - 2008

DATE

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE<br>MARCH 13, 2008 |
| NAME OF SERVER *(PRINT)*<br>DAVID T. SMITH | TITLE<br>SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): **SERVED: WOODLARK ENTERPRISES III, INC. c/o CORPORATION TRUST COMPANY 1209 ORANGE STREET, WILMINGTON, DE 19801 ACCEPTED BY SCOTT LASCALA ON MARCH 13, 2008 AT 1:35 P.M.**

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on **March 13, 2008**
            Date                                   *Signature of Server*

FOX ROTHSCHILD LLP
CITIZENS BANK CENTER
919 N. MARKET STREET, SUITE 1300
WILMINGTON, DE 19801
(302) 654-7444

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

WM1A 813324v1 03/13/08