IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GREEN PARK FINANCIAL LP, et. al. ) <br> ) <br> Defendants ) | CASE NO: 08-144 SLR |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, the undersigned moves the admission *pro hac vice* of **Lee H. Ogburn, Esquire** to represent St. Paul Mercury Insurance Company.

                FOX ROTHSCHILD LLP

                /s/ Neal J. Levitsky, Esquire
                Neal J. Levitsky, Esquire (No. 2092)
                Seth A. Niederman, Esquire (No. 4588)
                Citizens Bank Center
                919 North Market Street, Suite 1300
                P.O. Box 2323
                Wilmington, DE 19899-2323
                (302) 654-7444
                mailto:nlevitsky@foxrothschild.com

Dated: March 20, 2008

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Maryland, United States District Court for the District of Maryland, United States District Court for the District of Columbia, United States District Court for the Eastern District of Michigan, United States Court of Appeals for the Fourth Circuit, and the United States Supreme Court and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

_____
Lee H. Ogburn, Esquire
**Kramon & Graham, P.A.**
One South Street, Suite 2600
Baltimore, MD 21202-3201
(410) 752-6030

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

BY THE COURT:

Dated: _____        _____
                        **United States District Court Judge**