IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GREEN PARK FINANCIAL, LP, )<br>WOODLARK PROPERTIES, III, LP, and )<br>WOODLARK ENTERPRISES, III, INC., )<br>)<br>Defendants. ) | C.A. No.: 08-144 |

### ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE OF DANIEL P. BENNETT, ESQUIRE and JOHN A. MACCONI, JR., ESQUIRE of Mintzer, Sarowitz, Zeris, Ledva & Meyers, Suite 300, 1220 North Market Street, Wilmington, DE 19801 on behalf of Defendants Woodlark Properties, III, LP and Woodlark Enterprises, III, Inc..

MINTZER SAROWITZ ZERIS LEDVA & MEYERS

/s/ Daniel P. Bennett

DANIEL P. BENNETT, I.D. #2842
JOHN A. MACCONI, JR., I.D. #4430
1220 N. Market Street, Suite 300
Wilmington, DE 19801
Attorney for Woodlark Enterprises, III, Inc. and Woodlark Properties, III, LP

Date:  March 21, 2008

## CERTIFICATE OF SERVICE

I, DANIEL P. BENNETT, do hereby certify that on the 21st day of March 2008 the Entry of Appearance was forwarded to counsel as follows via first class mail:

Neal Levitsky, Esquire
FOX ROTHSCHILD, LLP
919 N. Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899

_____
DANIEL P. BENNETT