IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GREEN PARK FINANCIAL, LP, WOODLARK PROPERTIES, III, LP, and WOODLARK ENTERPRISES, III, INC.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No.: 08-144<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION TO EXTEND TIME FOR ANSWER**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that Defendants Woodlark Enterprises, III, Inc. and Woodlark Properties, III, LP time to answer or otherwise respond to the Complaint in the above-captioned matter shall be extended to April 30, 2008.

　　　　　　　　　　　　　　　　　　FOX ROTHSCHILD, LLP

　　　　　　　　　　　　　　　　　　/s/ _____ for NJC 4588
　　　　　　　　　　　　　　　　　　NEAL J. LEVITSKY, I.D. #2092
　　　　　　　　　　　　　　　　　　919 N. Market Street, Suite 1300
　　　　　　　　　　　　　　　　　　P.O. Box 2323
Date: 3-24-08　　　　　　　　　　　Wilmington, DE 19899
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

　　　　　　　　　　　　　　　　　　MINTZER SAROWITZ ZERIS LEDVA & MEYERS

　　　　　　　　　　　　　　　　　　/s/ _____
　　　　　　　　　　　　　　　　　　DANIEL P. BENNETT, I.D. #2842
　　　　　　　　　　　　　　　　　　1220 N. Market Street, Suite 300
　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　Attorney for Woodlark Enterprises, III, Inc. and
Date:　March 21, 2008　　　　　　　Woodlark Properties, III, LP

　　　　SO ORDERED this ____ day of _____, 2008.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　J.