IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GREEN PARK FINANCIAL, LP, WOODLARK PROPERTIES, III, LP, and WOODLARK ENTERPRISES, III, INC.<br><br>　　　　　　Defendants. | Civil Action No.  08-00144-SLR |

**STIPULATION AND ORDER TO EXTEND TIME FOR ANSWER**

IT IS HEREBY STIPULATED AND AGREED, subject to approval of the Court, that the time within which defendant Green Park Financial, LP shall answer, move or otherwise respond to the Summons and Complaint is extended to May 8, 2008.

| FOX ROTHSCHILD LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ Neal J. Levitsky_____<br>　　Neal J. Levitsky<br>　　Seth Andrew Niederman<br>　　919 North Market Street, Suite 1300<br>　　PO Box 2323<br>　　Wilmington, DE 19899-2323<br>　　Telephone: (302) 654-7444<br>　　Facsimile: (302) 984-3939<br>　　Email: nlevitsky@foxrothschild.com | By: /s/ David J. Baldwin_____<br>　　David J. Baldwin (#1010)<br>　　1313 North Market Street<br>　　Wilmington, DE 19801<br>　　Telephone: (302) 984-6000<br>　　Facsimile: (302) 658-1192<br>　　Email: dbaldwin@potteranderson.com<br><br>　　*Attorneys for Defendant Green Park Financial* |

Dated: May 2, 2008

　　　　　SO ORDERED this _____ day of _____, 2008

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　United States District Judge