IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

ST. PAUL MERCURY INSURANCE CO., :
:
Plaintiff, :
:
v. : Case No. 08-0144-SLR
:
GREEN PARK FINANCIAL L.P., et al., :
:
Defendant. :
:

**DEFENDANT GREEN PARK FINANCIAL L.P.'S MOTION
TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER
TO THE DISTRICT OF MARYLAND**

Defendant Green Park Financial L.P. respectfully moves this Court, pursuant to Fed. R. Civ. P. 12(b)(3) and 28 U.S.C. § 1406(a), for an Order dismissing this case or, in the alternative, transferring this case to the United States District Court for the District of Maryland. The grounds for this Motion are set forth in the accompanying Memorandum of Points and Authorities, which is incorporated herein by reference.

Of Counsel:

Neil K. Roman
Marialuisa S. Gallozzi
Joshua D. Wolson
COVINGTON & BURLING LLP
1201 Pennsylvania Ave. N.W.
Washington, D.C. 20004
(202) 662-6000 (telephone)
(202) 662-6291 (facsimile)

POTTER ANDERSON & CORROON LLP

By /s/ David J. Baldwin
David J. Baldwin, DE Bar No. 1010
Hercules Plaza
1313 North Market Street
Wilmington, DE 19801
(302) 984-6017 (telephone)
(302) 658-1192 (facsimile)
Email: dbaldwin@potteranderson.com

*Attorneys for Defendant Green Park Financial L.P.*

Dated: May 8, 2008

## CERTIFICATE OF SERVICE

I, David J. Baldwin, do hereby certify that on this 8th day of May, 2008, true and correct copies of the foregoing Defendant Green Park Financial L.P.'s Motion to Dismiss or, in the Alternative, to Transfer to the District of Maryland, were served upon all counsel of record via that Court's CM/ECF electronic filing system.

_____
David J. Baldwin