IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ST. PAUL MERCURY<br>INSURANCE COMPANY,<br><br>  Plaintiff,<br> v.<br><br>GREEN PARK FINANCIAL, LP,<br><br> and<br><br>WOODLARK PROPERTIES III, LP,<br>WOODLARK ENTERPRISES,<br>III, INC.,<br>  Defendants. | )<br>)<br>)<br>)<br>) Case No. 08-144 (SLR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## REQUEST FOR ORAL ARGUMENT

Plaintiff St. Paul Mercury Insurance Company, by and through its undersigned counsel, pursuant to Local Rule 7.1.4, hereby requests oral argument on:

(i)   ***Defendants Woodlark Properties III, LP and Woodlark Enterprises III, Inc.'s Motion to Dismiss*** [docket no. 9]; and

(ii)   ***Defendant Green Park Financial LP's Motion To Dismiss Based upon Fed. R. Civ. P. 12(b)(3) and 28 U.S.C. Section 1406(a)*** [docket no. 11].

                FOX ROTHSCHILD LLP

                /s/ Neal J. Levitsky, Esquire
                Neal J. Levitsky, Esquire (No. 2092)
                Seth A. Niederman, Esquire (No. 4588)
                919 N. Market Street, Suite 1300
                Wilmington, DE  19801
                (302) 622-4200
                *Attorneys for Plaintiff,*
                *St. Paul Mercury Insurance Company*

**OF COUNSEL:**
Lee H. Ogburn, Esquire
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, MD  21202-3201
(410) 752-6030

Dated:  May 19, 2008

WM1A 822422v1 05/19/08

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the attached pleading was served this 19th day of May, 2008, on the following individuals by CM/ECF electronic filing:

David J. Baldwin, Esquire
**Potter Anderson & Corroon, LLP**

John Anthony Macconi, Jr., Esquire
Daniel P. Bennett, Esquire
**Mintzer Sarowitz Zeris Ledva & Meyers, LLP**

      /s/ Neal J. Levitsky
Neal J. Levitsky, Esquire (No. 2092)