IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE CO., | : | |
| Plaintiff, | : | |
| v. | : | Case No. 08-0144-SLR |
| GREEN PARK FINANCIAL L.P., et al., | : | |
| Defendant. | : | |

## DEFENDANT GREEN PARK FINANCIAL L.P.'S
## REQUEST FOR ORAL ARGUMENT

The above-captioned Defendant, Green Park Financial L.P., by and through their

undersigned counsel, pursuant to Local Rule 7.1.4, hereby requests the Court to schedule oral

argument on Defendants Green Park Financial L.P.'s Motion and Memorandum in Support of

Their Motion To Dismiss Or, In The Alternative, To Transfer To The District Of Maryland (D.I.

11, 12), at a time convenient to the Court and counsel.

Of Counsel:

Neil K. Roman
Marialuisa S. Gallozzi
Joshua D. Wolson
COVINGTON & BURLING LLP
1201 Pennsylvania Ave. N.W.
Washington, D.C. 20004
(202) 662-6000 (telephone)
(202) 662-6291 (facsimile)

POTTER ANDERSON & CORROON LLP

By _David J. Baldwin_

David J. Baldwin, DE Bar No. 1010
Hercules Plaza
1313 North Market Street
Wilmington, DE 19801
(302) 984-6017 (telephone)
(302) 658-1192 (facsimile)
Email: dbaldwin@potteranderson.com

*Attorneys for Defendant Green Park Financial L.P.*

Dated: May 28, 2008
866667

## CERTIFICATE OF SERVICE

I, David J. Baldwin, do hereby certify that on this 28th day of May, 2008, true and correct copies of the foregoing Defendant Green Park Financial L.P.'s Request for Oral Argument, were served upon all counsel of record via that Court's CM/ECF electronic filing system.

David J. Baldwin