IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

ST. PAUL MERCURY INSURANCE CO., :
:
    Plaintiff, :
:
    v. : Case No. 1:08-cv-0144
:
GREEN PARK FINANCIAL L.P., et al., :
:
    Defendant. :
:

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Neil K. Roman to represent Defendant Green Park Financial, L.P. in this matter.

POTTER ANDERSON & CORDON LLP

By: /s/ David J. Baldwin
David J. Baldwin, DE Bar No. 1010
Hercules Plaza
1313 North Market Street
Wilmington, DE 19801
(302) 984-6017 (telephone)
(302) 658-1192 (facsimile)
e-mail: dbaldwin@potteranderson.com

Dated: July 7, 2008

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: 7/7/08    Signed: _____
Neil K. Roman
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue N.W.
Washington, D.C. 20004
(202) 662-6000 (telephone)
(202) 662-6291 (facsimile)