# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 08-144 (SLR) |
| GREEN PARK FINANCIAL, LP, | ) ) ) | |
| and | ) ) | |
| WOODLARK PROPERTIES III, LP, WOODLARK ENTERPRISES, III, INC., | ) ) ) ) | |
| Defendants. | ) | |

## PLAINTIFF ST. PAUL MERCURY INSURANCE COMPANY'S
## MOTION FOR SUMMARY JUDGMENT

Plaintiff St. Paul Mercury Insurance Company, through its counsel, hereby moves this Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, to grant summary judgment in its favor. In support of Plaintiff's Motion, the Court is respectfully referred to the accompanying Memorandum of Law.

**FOX ROTHSCHILD LLP**

/s/ Neal J. Levitsky, Esquire
Neal J. Levitsky, Esquire (No. 2092)
Seth A. Niederman, Esquire (No. 4588)
919 N. Market Street, Suite 1300
Wilmington, DE  19801
(302) 622-4200
*Attorneys for Plaintiff,*
*St. Paul Mercury Insurance Company*

**OF COUNSEL:**
Lee H. Ogburn, Esquire
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, MD  21202-3201
(410) 752-6030

Dated:  July 15, 2008

WM1A 821592v1 05/13/08

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the attached pleading was served this 15th day of July, 2008, on the following individuals by CM/ECF electronic filing:

David J. Baldwin, Esquire
**Potter Anderson & Corroon, LLP**

John Anthony Macconi, Jr., Esquire
Daniel P. Bennett, Esquire
**Mintzer Sarowitz Zeris Ledva & Meyers, LLP**

                                                                /s/ Neal J. Levitsky
                                                              Neal J. Levitsky, Esquire (No. 2092)