**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE**

ST. PAUL MERCURY                    )
INSURANCE COMPANY,                  )
                                    )
            Plaintiff,              )
    v.                              )        Case No. 08-144 (SLR)
                                    )
GREEN PARK FINANCIAL, LP,           )
                                    )
        and                         )
                                    )
WOODLARK PROPERTIES III, LP,        )
WOODLARK ENTERPRISES,               )
III, INC.,                          )
            Defendants.             )

**ST. PAUL MERCURY INSURANCE COMPANY'S MEMORANDUM
IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

This motion asks the Court to decide that a "financial professional services" exclusion endorsement on a general liability policy applies to exclude a claim arising out of the insured loaning money secured by a mortgage. The endorsement defines "financial professional services" as including "lending, leasing, or mortgage operations." The case is that straightforward.

St. Paul Mercury Insurance Company ("St. Paul") issued a primary general liability policy and an umbrella policy on which Green Park Financial, LP ("Green Park") was a named insured. The primary policy and the umbrella policy each contain a financial professional services exclusion endorsement. The endorsement expressly bars coverage for bodily injury that results from the performance of or failure to perform any financial activity or service, expressly including, as set forth above, "lending, leasing or mortgage operations."

Green Park financed Woodlark Properties III, LP's purchase of an apartment complex in Huntington, West Virginia. On January 13, 2007, a fire occurred on the property, and the injured

parties filed suit against Woodlark Properties III, LP, Woodlark Enterprises III, Inc., (collectively, "Woodlark") and Woodlark's employee, the complex's property manager, Alex Vence ("Vence").  Woodlark and Vence then filed a third-party complaint against Green Park, alleging that during the lending process, Green Park was negligent in its recommendation of a building inspector and an appraiser.

The financial professional services exclusion endorsement unambiguously bars coverage for this claim.  As a result, there is no potential for coverage, and St. Paul is entitled to summary judgment that it owes no defense or indemnity obligation to Green Park.

## UNDISPUTED FACTS

St. Paul issued to Walker & Dunlop, Inc. a general liability ("the Primary Policy") and an umbrella policy ("the Excess Policy") (collectively, "the Policies"), each numbered FS06803591, effective June 1, 2006 to June 1, 2007, on which Green Park is a  named insured. (Certified copies of the Policies are attached hereto as Exhibit A).   The Policies each include an endorsement entitled "Financial Professional Services Exclusion Endorsement" (hereinafter "financial professional services exclusion") that provides:

> **Financial professional services.** We won't cover injury or damage or medical expenses that result from the performance of or failure to perform any financial professional service.
>
> **Financial professional service** means any financial activity or service, including any of the following activities or services:
>
> - Advisory or fiduciary services.
> - Lending, leasing, or mortgage operations.
> - Debiting, crediting, or accounting services.
> - Maintaining financial accounts or records.
> - Offering, selling, financing, or administering any insurance product.
> - Collecting, refunding, or failing to refund premiums, interest, fees, or other charges for any insurance product.
> - Acting as an assignee for the benefit of creditors.

{08110/0/00425451.DOCv1 }2

- Credit checking or reporting.
- Tax planning, withholding, or advisory operations.
- Escrow, electronic funds transfer, or trust operations.
- The issuance or sale of bank or certified checks, letters of credit, money orders, or travelers checks.

(Exhibit A, Form G0529, Ed. 6-04, Form E0226, Ed. 6-04).

Eight lawsuits were brought against Woodlark and Alex Vence seeking to recover damages because of serious injuries, including deaths, that occurred as a result of a fire on January 13, 2007 at an apartment building owned by Woodlark and managed by Vence ("Underlying Action"). (See Woodlark's third-party complaint attached hereto as Exhibit B, at ¶ 4-5). Woodlark and Vence filed a third-party complaint against Green Park seeking indemnity and/or contribution if they are held liable for damages. (Exhibit B). The third-party complaint alleges that Green Park "participated in the financing of the purchase by Defendant, Woodlark Properties III, LP, of the apartment complex referred to above and, *in so doing*, recommended building inspectors and retained appraisers *during the lending process*." (Exhibit B at ¶ 9) (emphasis supplied).  Woodlark's and Vence's only cause of action against Green Park alleges that Green Park was "negligent and careless and failed to exercise reasonable care with respect to its retention of building inspectors and appraisers." (Exhibit B at ¶ 15).

### STANDARD FOR SUMMARY JUDGMENT

Federal Rule of Civil Procedure 56(c) provides that a party is entitled to summary judgment if "the pleadings, the discovery and disclosure materials on file, and any affidavits show that there is no genuine issue as to any material fact and that the movant is entitled to judgment as a matter of law."  "Where the record taken as a whole could not lead a rational trier of fact to find for the non-moving party, there is no genuine issue for trial." *Ford v. Unum Life*

*Ins. Co. of America*, 465 F. Supp. 2d 324 (D.Del. 2006) (quoting *Matsushita Elec. Indus. Co.,*

*Ltd. v. Zenith Radio Corp.,* 475 U.S. 574, 586-87, 106 S.Ct. 1348, 89 L.Ed.2d 538 (1986)).

Interpretation of an insurance contract is a question of law for the court. *Reliance Ins. Co.*

*v. Moessner*, 121 F.3d 895, 900 (3d Cir. 1997).   Accordingly, if there are no facts in the

complaint that would support the inclusion of a claim within the policy's coverage, summary

judgment is appropriate. *Essex Ins. Co. v. Kennedy*, 60 Fed. Appx. 367 (3d Cir. 2003).

## ARGUMENT

### I.    <u>Maryland Law Governs the Interpretation of the Policies</u>

Green Park correctly states in its motion to dismiss that Maryland law governs the

Policies.  Because Woodlark did not address the issue in its motion, St. Paul will briefly address

the issue here.  Delaware has adopted the Second Restatement's "most significant relationship

test" for determining which state's law to apply. *Liggett Group, Inc. v. Affiliated FM Ins. Co.*,

788 A.2d 134, 137 (Del. Super. 2001). Choice of law questions involving insurance contracts are

resolved by an analysis of the contacts set forth in Restatement (Second) Conflict of Laws

Section 188 and Section 193. *Id.*

Section 188 provides that the following contacts should be taken into account when

determining which state has the "most significant contacts" with a contract dispute:

> (a) the place of contracting,
> (b) the place of negotiation of the contract,
> (c) the place of performance,
> (d) the location of the subject matter of the contract, and
> (e) the domicile, residence, nationality, place of incorporation and
> place of business of the parties.

Second Restatement § 188.

The Policies were sold to a Maryland-headquartered entity- Walker & Dunlop, Inc.- in

Maryland, through a Maryland broker.   Items (a), (b), and (e), therefore, point to Maryland.

Application of item (c) is not as clear when dealing with a general liability policy, but performance is arguably the place where the premium was paid.  In this case, the premium was paid to a Maryland broker (see Exhibit A), so item (c) points toward Maryland as well.

Section 193 provides specific guidance for applying item (d) to liability insurance contracts.  That section states that the court should apply the "local law of the state which the parties understood was to be the principal location of the insured risk during the term of the policy, unless with respect to the particular issue, some other state has a more significant relationship…" *Liggett Group* at 137.

Maryland was the principal location of Walker & Dunlop, Inc.'s and Green Park's risk during the policy term.  According to its website, Green Park conducts business in 43 states and the District of Columbia.   Its corporate headquarters, however, are located in Bethesda, Maryland.   This court has previously held that when a general liability policy covers risks located in multiple states, the principal location of the insured risk is the policyholder's principal place of business during the policy period. *Liggett Group* at 138.  Maryland, where Green Park maintained its principal place of business, and where it purchased the Policies, was therefore the principal location of the insured risk.

The Third Circuit recognizes that in an insurance coverage action, as opposed to the underlying action giving rise to the coverage dispute, a court is primarily concerned with the insurance contract.  *Hammersmith v. TIG Ins. Co.*, 480 F.3d 220, 235 (3d Cir. 2007).  A state holds an important regulatory interest in insurance contracts delivered within its borders to its citizens.  *Id.* at 232.  Although the fire that is the subject of the Underlying Action occurred in West Virginia, the Policies that are the subject of the coverage litigation were issued through a

Maryland insurance broker to Walker & Dunlop, Inc. in Maryland. (Exhibit A).  Maryland plainly has the most significant relationship to this dispute.

Because Maryland was the principal location of the risk and has the most significant relationship to the Policies, Maryland state law governs the interpretation of the Policies.

**II.    The Policies Do Not Provide Coverage for Green Park's Liability in the Underlying Action**

A.    Maryland Principles of Insurance Contract Interpretation

Under Maryland law, when deciding the issue of coverage under an insurance policy, the primary principle of construction is to apply the terms of the insurance contract in accordance with the terms' usual, ordinary, and accepted meaning.  *Bausch & Lomb, Inc. v. Utica Mut. Ins. Co.*, 625 A.2d 1021, 1031 (Md. 1993); *Nationwide Mut. Ins. Co. v. Scherr,* 647 A.2d 1297 (1994), *cert. denied*, 652 A.2d 670 (1995).  This "is the meaning that a reasonably prudent layperson would give to the term." *Scherr* at 1300.

Maryland does not follow the rule that insurance policies should, as a matter of course, be construed against the insurer.  *Clendenin Bros. v. U.S. Fire Ins. Co.,* 889 A.2d 387, 394 (Md. 2006). Instead, ordinary principles of contract interpretation apply.  *Dutta v. State Farm Ins. Co.,* 769 A.2d 948, 957 (Md. 2001). If no ambiguity in the terms of the insurance contract exists, a court has no alternative but to enforce those terms. *Id.*

B.    The Duty to Defend Standard

Maryland courts adhere to the "potentiality for coverage" rule when determining an insurer's duty to defend its insured:

> The obligation of an insurer to defend its insured . . . is determined by the allegations in the tort actions.  If the plaintiffs in the tort suits allege a claim covered by the policy, the insurer has a duty to defend.  Even if a tort plaintiff does not allege facts which clearly bring the claim within or without the policy coverage, the insurer

> still must defend if there is a potentiality that the claim could be
> covered by the policy.

*Brohawn v. Transamerica Ins. Co.*, 276 Md. 396, 407-08, 347 A.2d 842, 850 (1975).

The Court of Appeals established a two-part test for determining if an insurer has a duty to defend: (1) what is the coverage under the insurance policy? (2) do the allegations in the tort action potentially bring the tort claim within the policy's coverage? The first question focuses upon the language and requirement of the policy, and the second question focuses on the allegations of the tort suit. *St. Paul Fire & Marine Ins. Co. v. Pryseski*, 438 A.2d 282, 285 (Md. 1981). In light of the financial professional services exclusion in the Policies, there is no potential that the Underlying Action will give rise to coverage under the Policies. Therefore, St. Paul has no duty to defend Green Park.

C.    Application of the Financial Professional Services Exclusion

The plain terms of the Policies unambiguously exclude coverage for the bodily injury alleged in the Underlying Action. The Policies do not apply to injury "that result[s] from the performance of or failure to perform any financial professional service." (Exhibit A). The Policies define "financial professional service" as "any financial activity or service, including. . . lending, leasing, or mortgage operations…" (Exhibit A). A reasonably prudent layperson would read these terms to mean that Green Park is not covered for bodily injury resulting from its lending and mortgage operations.

The third-party complaint in the Underlying Action makes clear that Green Park's only connection to the tragic fire was that it loaned money to Woodlark, secured by a mortgage, to purchase the apartment buildings where the fire occurred. (Exhibit B at ¶ 9). Green Park's alleged liability stems from its recommendation of a building inspector and appraiser as part of the *lending process*. (Exhibit B at ¶ 9). There is simply no allegation in the Underlying Action that

Green Park's alleged liability resulted from anything other than its lending and mortgage operations. When the terms of the Policies are given their usual and ordinary meaning, there is no potential that coverage exists for Green Park's liability, and St. Paul has no duty to defend it in the Underlying Action.

The duty to defend is broader than the duty to indemnify. *Utica Mut. Ins. Co. v. Miller,* 746 A.2d 935, 939 (Md. 2000). Thus, where there is no duty to defend, there can be no duty to indemnify. *NaturalLawn of America v. Erie Ins. Exchange*, Civil No. JFM-06-0828, 2007 WL 2332315 at *2 (D. Md. Aug. 13, 2007) (applying Maryland law). Because St. Paul has no duty to defend Green Park in the Underlying Action, it also has no duty to indemnify it for any liability it incurs in the Underlying Action.

## CONCLUSION

For the reasons set forth above, there is no potential for coverage under the Policies. Summary judgment is therefore appropriate against Defendants.

**FOX ROTHSCHILD LLP**

/s/ Neal J. Levitsky, Esquire
Neal J. Levitsky, Esquire (No. 2092)
Seth A. Niederman, Esquire (No. 4588)
919 N. Market Street, Suite 1300
Wilmington, DE 19801
(302) 622-4200
*Attorneys for Plaintiff,*
*St. Paul Mercury Insurance Company*

**OF COUNSEL:**
Lee H. Ogburn, Esquire
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, MD 21202-3201
(410) 752-6030

Dated: July 15, 2008

**INTRODUCTION**

ST PAUL
TRAVELERS

This policy protects against a variety of losses. There are also some restrictions. We've written this policy in plain, easy-to-understand English. We encourage you to read it carefully to determine what is and what is not covered, as well as the rights and duties of those protected.

Policy Number: FS06803591

ATLANTA - DULUTH
BUILDING 700
3097 SATELLITE BLVD
DULUTH GA 30096-5814

In return for your premium, we'll provide the protection stated in this policy.

We, us, our, and ours mean **St. Paul Mercury Insurance Company.** We're a capital stock company located in St. Paul, Minnesota.

The words you, your, and yours mean the insured named here, which is a

CORPORATION
WALKER & DUNLOP, INC.
7501 WISCONSIN AVENUE
SUITE 1200
BETHESDA MD 20814

***INSURED NAMES CONTINUED ON BACK***

Your policy is composed of General Rules, an explanation of What To Do If You Have A Loss, one or more Coverage Summaries, and one or more Insuring Agreements explaining your coverage. It may also include one or more endorsements. Endorsements are documents that change your policy. The Policy Forms List shows all the forms included when this policy begins.

One of our authorized representatives will also countersign the policy.

This policy will begin on 06/01/06 and will continue until 06/01/07

Your former policy number is automatically replaced: FS06802219

Your premium for the policy period shown is: $8,788.00

However, please refer to the Premiums section of the General Rules to see how final premiums are determined.

INCLUDES UMBRELLA EXCESS PREMIUM

Our authorized representative is:
1901023
B F SAUL INS AGCY OF MD
7501 WISCONSIN AVE STE 1500
BETHESDA MD 20814-6522

Authorized Representative            Date

*Brian MacLean*
President

*Secretary*

**Processing Date** 06/19/06   11:59   001

© 1987 The St. Paul Travelers Companies, Inc. All Rights Reserved                    Page    1

    INSURED NAMES CONTINUED:
WALKER & DUNLOP MULTIFAMILY, INC.
WALKER & DUNLOP GP LLC
W&D HOLDINGS, INC.
WALKER & DUNLOP SERVICE CORPORATION
GREEN PARK FINANCIAL LIMITED
PARTNERSHIP
QFC/GREEN PARK FINANCIAL, LLC
GREEN PARK EXPRESS, LLC

© 1987 The St. Paul Travelers Companies, Inc. All Rights Reserved

**COMMERCIAL GENERAL LIABILITY PROTECTION
COVERAGE SUMMARY**

The**St.Paul**

This Coverage Summary shows the limits of
coverage that apply to your Commercial
General Liability Protection.  It also lists those
endorsements, if any, that must have certain
information shown for them to apply.

## Limits Of Coverage

| | | |
|---|---|---|
| **General total limit.** | $ | 2,000,000 |
| **Products and completed work total limit.** | $ | 2,000,000 |
| **Personal injury each person limit.** | $ | 1,000,000 |
| **Advertising injury each person limit.** | $ | 1,000,000 |
| **Each event limit.** | $ | 1,000,000 |
| *Premises damage limit.* | $ | 100,000 |
| *Medical expenses limit.* | $ | 5,000 |

## Named Endorsement Table

**Important Note:**  Only endorsements that must have certain information shown for them to apply
are named in this table.   The required information follows the name of each such endorsement.
Other endorsements may apply too.   If so, they're listed on the Policy Forms List.

| | |
|---|---|
| **Name of Insured** | **Policy Number** FS06803591    **Effective Date** 06/01/06 |
| WALKER & DUNLOP, INC. | **Processing Date** 06/19/06  11:59   001 |

©St.Paul Fire and Marine Insurance Co.1996 All Rights Reserved

# COMMERCIAL GENERAL LIABILITY PROTECTION

This insuring agreement provides general liability protection for your business. There are, of course, limitations and exclusions throughout this agreement that apply to that protection. As a result, this agreement should be read carefully to determine the extent of the coverage provided to you and other protected persons.

## Table of Contents

| | Page |
|---|---|
| **What This Agreement Covers** | 1 |
| Bodily injury and property damage liability. | 1 |
| Personal injury liability. | 3 |
| Advertising injury liability. | 3 |
| Medical expenses. | 4 |
| Right and duty to defend a protected person. | 4 |
| Additional payments. | 5 |
| Right to appeal a judgment against a protected person. | 5 |
| **When This Agreement Covers** | 6 |
| Bodily injury and property damage liability. | 6 |
| Personal injury liability. | 6 |
| Advertising injury liability. | 6 |
| Medical expenses. | 6 |
| **Where This Agreement Covers** | 6 |
| **Who Is Protected Under This Agreement** | 7 |
| Individual. | 7 |
| Partnership or joint venture. | 7 |
| Limited liability company. | 7 |
| Corporation or other organization. | 7 |
| Employees and volunteer workers. | 7 |
| Real estate managers. | 8 |
| Landlords. | 8 |
| Equipment lessors. | 8 |
| Operators of registered mobile equipment. | 8 |
| Newly acquired or formed organizations. | 9 |
| Separation of protected persons. | 9 |
| **Limits Of Coverage** | 9 |
| General total limit. | 9 |
| Products and completed work total limit. | 10 |
| Personal injury each person limit. | 11 |
| Advertising injury each person limit. | 11 |
| Each event limit. | 11 |
| How the limits of coverage apply if a total limit is left blank. | 11 |
| **Exclusions – What This Agreement Won't Cover** | 11 |
| Advertising, broadcasting, or publishing business. | 11 |
| Aircraft. | 12 |
| Auto. | 12 |
| Breach of contract. | 13 |
| Contract liability. | 13 |
| Control of property. | 16 |
| Damage to your products or completed work. | 16 |
| Deliberately breaking the law. | 16 |
| Employers liability. | 16 |
| Expected or intended bodily injury or property damage. | 17 |
| False material. | 17 |
| Impaired property. | 17 |
| Intellectual property. | 18 |
| Liquor liability. | 18 |
| Material previously made known or used. | 18 |
| Medical expenses of certain persons. | 18 |
| Mobile equipment. | 19 |
| Nuclear energy liability. | 19 |
| Pollution injury or damage. | 20 |
| Pollution work loss, cost, or expense. | 22 |
| Poor quality or performance. | 23 |
| Product recall. | 23 |
| Unnamed partnership, joint venture, or limited liability company. | 24 |
| Watercraft. | 24 |
| Workers compensation and other benefits laws. | 24 |
| Wrong price description. | 24 |
| **Other Insurance** | 24 |
| Primary or excess other insurance. | 25 |
| When this agreement is excess insurance. | 25 |
| Methods of sharing. | 25 |

## What This Agreement Covers

**Bodily injury and property damage liability.** We'll pay amounts any protected person is legally required to pay as damages for covered bodily injury or property damage that:

- happens while this agreement is in effect; and

- is caused by an event.

*Protected person* means any person or organization that qualifies as a protected person under the Who Is Protected Under This Agreement section.

*Bodily injury* means any physical harm, including sickness or disease, to the physical health of other persons.

We'll consider any of the following that happens at any time to be part of such physical harm, sickness, or disease, if it results in or from such physical harm, sickness, or disease:

- Mental anguish, injury, or illness.
- Emotional distress.
- Care, loss of services, or death.

We'll consider any bodily injury that's a continuation, change, or resumption of previously known bodily injury to happen before this agreement begins if such continuation, change, or resumption would otherwise be covered by this agreement because of a continuous, multiple, or other coverage trigger required under the law that applies.

Of course, if there's a continuation, change, or resumption, after this agreement ends, of bodily injury that:

- isn't previously known bodily injury; and
- happens while this agreement is in effect;

we'll consider such continuation, change, or resumption to also happen while this agreement is in effect if that would be the result because of a continuous, multiple, or other coverage trigger required under the law that applies.

*Previously known bodily injury* means bodily injury that happened before this agreement begins and was known by you or any described individual protected person before this agreement begins as a result of any of the following at that time:

- You or any described individual protected person reporting all or part of that bodily injury to us or any other insurer.
- You or any described individual protected person receiving a claim or suit for all or part of that bodily injury.
- Any described individual protected person witnessing, or being told of, the beginning, or any change, continuation, or resumption, of all or part of that bodily injury.

*Described individual protected person* means any of the following:

- You or your spouse if you are an individual.
- Any of your partners or co-venturers that are individuals, or their spouses, if you are a partnership or joint venture.
- Any of your members or managers if you are a limited liability company.
- Any of your directors or executive officers if you are a corporation or other organization.
- Any of your employees who is or acts as your insurance or risk manager or holds a position in your insurance, risk management, or legal department.

*Property damage* means:

- physical damage to tangible property of others, including all resulting loss of use of that property; or
- loss of use of tangible property of others that isn't physically damaged. For example:

  *One of your employees accidentally causes a fire in your premises. The fire department responds and orders nearby businesses to close for safety reasons while it fights the fire. Your premises is heavily damaged by the fire. But none of the nearby businesses are physically damaged. As a result, we'll consider the period of time those businesses are closed due to your fire to be loss of use of tangible property of others that isn't physically damaged.*

We'll consider all physical damage to tangible property of others that's a continuation, change, or resumption of previously known physical damage to tangible property of others to happen before this agreement begins if such continuation, change, or resumption would otherwise be covered by this agreement because of a continuous, multiple, or other coverage trigger required under the law that applies.

Of course, if there's a continuation, change, or resumption, after this agreement ends, of physical damage to tangible property of others that:

- isn't previously known physical damage to tangible property of others; and
- happens while this agreement is in effect;

we'll consider such continuation, change, or resumption to also happen while this agreement is in effect if that would be the result because of a continuous, multiple, or other coverage trigger required under the law that applies.

We'll consider all loss of use of:

- damaged tangible property to happen at the time of the physical damage that caused it; and
- undamaged tangible property to happen at the time of the event that caused it.

*Previously known physical damage to tangible property of others* means physical damage to tangible property of others that happened before this agreement begins and was known by you or any described individual protected person before this agreement begins as a result of any of the following at that time:

- You or any described individual protected person reporting all or part of that property damage to us or any other insurer.
- You or any described individual protected person receiving a claim or suit for all or part of that property damage.
- Any described individual protected person witnessing, or being told of, the beginning, or any change, continuation, or resumption, of all or part of that property damage.

*Event* means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

We explain the terms:

- claim and suit in the Right and duty to defend a protected person section;
- executive officer and other organization in the Corporation or other organization section; and
- employee in the Employees and volunteer workers section.

**Personal injury liability.**    We'll pay amounts any protected person is legally required to pay as damages for covered personal injury that:

- results from your business activities; and
- is caused by a personal injury offense committed while this agreement is in effect.

*Personal injury* means injury, other than bodily injury or advertising injury, that's caused by a personal injury offense.

*Personal injury offense* means any of the following offenses:

- False arrest, detention, or imprisonment.
- Malicious prosecution.

- Wrongful entry into, or wrongful eviction from, a room, dwelling, or premises that a person occupies, if such entry or eviction is committed by or for the landlord, lessor, or owner of that room, dwelling, or premises.
- Invasion of the right of private occupancy of a room, dwelling, or premises that a person occupies, if such invasion is committed by or for the landlord, lessor, or owner of that room, dwelling, or premises.
- Libel, or slander, in or with covered material.
- Making known to any person or organization covered material that disparages the business, premises, products, services, work, or completed work of others.
- Making known to any person or organization covered material that violates a person's right of privacy.

*Covered material* means any material in any form of expression, including material made known in or with any electronic means of communication, such as the Internet.

But we won't consider the following to be covered material:

- Any website, part of a website, or content of a website, that's designed, built, maintained, or determined for others by or for any protected person whose business is designing, building, or maintaining, or determining the content of, websites for others.
- Any material made known in an electronic chatroom or bulletin board over which any protected person exercises control, or that any protected person hosts or owns.

**Advertising injury liability.**    We'll pay amounts any protected person is legally required to pay as damages for covered advertising injury that:

- results from the advertising of your products, your work, or your completed work; and
- is caused by an advertising injury offense committed while this agreement is in effect.

We won't consider advertising, borders, or frames for or of others, or links for or to others, that are on or in your website to be advertising of your products, your work, or your completed work.

*Advertising injury* means injury, other than bodily injury or personal injury, that's caused by an advertising injury offense.

*Advertising injury offense* means any of the following offenses:

- Libel, or slander, in or with covered material.
- Making known to any person or organization covered material that disparages the business, premises, products, services, work, or completed work of others.
- Making known to any person or organization covered material that violates a person's right of privacy.
- Unauthorized use of any advertising idea or advertising material, or any slogan or title, of others in your advertising.

*Advertising* means attracting the attention of others by any means for the purpose of:

- seeking customers or supporters; or
- increasing sales or business.

*Advertising idea* means a manner or style of advertising that others use and intend to attract attention in their advertising.

But we won't consider information used to identify or record customers or supporters, such as a list of customers or supporters, to be an advertising idea.

*Advertising material* means any covered material that:

- is subject to copyright law; and
- others use and intend to attract attention in their advertising.

*Slogan* means a phrase that others use and intend to attract attention in their advertising.

But we won't consider slogan to include a phrase used as, or in, the name of:

- any person or organization, other than you; or
- any business, or any of the premises, products, services, work, or completed work, of any person or organization, other than you.

*Title* means a name of a literary or artistic work.

We explain the terms:

- covered material in the Personal injury liability section; and
- your products, your work, and your completed work in the Products and completed work total limit section.

**Medical expenses.**  We'll pay covered medical expenses that result from bodily injury caused by an event that happens while this agreement is in effect, even if the protected person isn't legally required to pay such expenses.

*Medical expenses* means the reasonable expenses incurred by any person or organization for necessary medical services received by a person anytime within three years of the beginning date of an event that causes that person to sustain bodily injury.

*Medical services* includes:

- first aid received at the time of an event;
- ambulance and emergency care services;
- dental, hospital, medical, nursing, surgical, x-ray, and other health care professional services;
- artificial limbs and organs; and
- funeral services.

We explain the term health care professional services in the Employees and volunteer workers section.

**Right and duty to defend a protected person.**
We'll have the right and duty to defend any protected person against a claim or suit for injury or damage covered by this agreement. We'll have such right and duty even if all of the allegations of the claim or suit are groundless, false, or fraudulent.  But we won't have a duty to perform any other act or service.

We'll have the right to investigate any event, offense, claim, or suit to the extent we believe is proper.  We'll also have the right to settle any claim or suit within:

- any applicable deductible; or
- the available limits of coverage.

Our duty to defend protected persons ends when we have used up the limits of coverage that apply with the payment of:

- judgments;
- settlements; or
- medical expenses.

   © 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved

*Claim* means a demand that seeks damages.

*Suit* means a civil proceeding that seeks damages. It includes:

- an arbitration proceeding for damages to which the protected person must submit, or submits with our consent; and

- any other alternative dispute resolution proceeding for damages to which the protected person submits with our consent.

*Injury or damage* means:

- bodily injury, personal injury, or advertising injury; or

- property damage.

*Offense* means any:

- personal injury offense; or

- advertising injury offense.

**Additional payments**. We'll have the duty to make only the additional payments shown below in connection with any claim or suit under this agreement against a protected person when we:

- investigate or settle the claim or suit; or

- defend the protected person against the claim or suit.

These payments are in addition to the limits of coverage.

Our duty to make additional payments ends when we have used up the limits of coverage that apply with the payment of:

- judgments;

- settlements; or

- medical expenses.

*Our expenses.* We'll pay all expenses we incur.

*Bail bonds.* We'll pay up to $2,500 of the cost of bail bonds that are required because of accidents or violations of traffic laws. But only if the accidents or violations result from the use of a vehicle to which this agreement applies. We don't have to furnish such bonds.

*Bonds to release property.* We'll pay the cost of bonds to release property that's being used to secure a legal obligation. But only for bond amounts within the available limit of coverage. We don't have to furnish such bonds.

*Expenses incurred by protected persons.* We'll pay all reasonable expenses that any protected person incurs at our request while helping us investigate or settle, or defend a protected person against, a claim or suit. But we won't pay more than $500 per day for earnings actually lost by the protected person because of time taken off from work.

*Taxed costs.* We'll pay all costs taxed against any protected person for covered injury or damage in a suit.

*Prejudgment interest.* We'll pay the interest that accumulates before a judgment and is awarded against the protected person on that part of a judgment we pay. But if we make a settlement offer to pay the available limit of coverage, we won't pay the prejudgment interest that accumulates after the date of our offer.

*Postjudgment interest.* We'll pay all interest that accumulates on the full amount of that part of a judgment for which we make a payment. But only from the date of the judgment to the date we pay, or deposit in court, the limit of coverage that applies to the judgment.

*Appeal bonds.* If we have the duty to appeal a judgment that includes damages covered by this agreement, and you agree we can appeal that judgment, we'll pay the cost of any appeal bond required for that appeal. But only for that part of the judgment that is for damages covered by this agreement and is within the available limit of coverage. However, we'll pay, or reimburse the protected person, for the cost of a higher appeal bond amount if we're required to do so under the law that applies. But we won't be the principal under any such bond. Nor do we have to furnish any appeal bond. The results of an appeal won't change the limits of coverage that apply under this agreement.

**Right to appeal a judgment against a protected person.** We'll have the right to appeal a judgment that we don't have a duty to appeal. But only if the judgment:

- includes damages for injury or damage covered by this agreement;

- is awarded in a suit for which we defend a protected person; and

- is awarded against the protected person.

If we appeal such a judgment, we'll pay the following that result directly from that appeal:

- All expenses we incur.
- All reasonable expenses that any protected person incurs at our request while helping us with the appeal, other than the cost of appeal bonds.
- The cost of any required appeal bond. But only for that part of the judgment that is for damages covered by this agreement and is within the available limit of coverage. However, we'll pay, or reimburse the protected person, for the cost of a higher appeal bond amount if we're required to do so under the law that applies. But we won't be the principal under any such bond. Nor do we have to furnish any appeal bond.
- All postjudgment interest that accumulates on the full amount of the judgment. But only from the date of the judgment to the date we pay, or deposit in court, the limit of coverage that applies to the judgment.

These payments are in addition to the limits of coverage. However, the results of an appeal won't change the limits of coverage that apply under this agreement.

## When This Agreement Covers

**Bodily injury and property damage liability.** We'll apply this agreement to claims or suits for covered bodily injury or property damage whenever they're made or brought.

**Personal injury liability.** We'll apply this agreement to claims or suits for covered personal injury whenever they're made or brought.

**Advertising injury liability.** We'll apply this agreement to claims or suits for covered advertising injury whenever they're made or brought.

**Medical expenses.** We'll apply this agreement to covered medical expenses only when they're reported to us within three years of the beginning date of the event.

## Where This Agreement Covers

We'll apply, and make payments under, this agreement:

- only in the coverage territory; and
- only for covered injury or damage that's caused by events that happen, or offenses that are committed, there.

However, we'll also apply, and make payments under, this agreement in the coverage territory for covered injury or damage that's caused by events which happen, or offenses which are committed, in the rest of the world if the protected person's liability for such injury or damage is determined in a suit on the merits in the coverage territory, or in a settlement agreed to by us, and:

- the events or offenses result from the activities of a person whose home is in the coverage territory, but is away from there for a short time on your business;
- the events result from your products that are made or sold by you in the coverage territory; or
- the offenses are committed in or with any electronic means of communication, such as the Internet.

For example:

*You manufacture a product in the coverage territory. It is exported to Norway. A few months later a Norwegian citizen is allegedly injured while using that product and, as a result, sues you. If the suit is brought against you in the coverage territory, and it seeks damages for bodily injury covered by this agreement, we'll have the duty to defend you against the suit and pay covered damages awarded in a judgment against you. However, if the suit is brought against you in Norway, or anywhere else outside of the coverage territory, we won't have a duty to defend you there. Also, we won't have a duty to pay a judgment awarded by a court there, even if the judgment is later recognized and enforced by a court in the coverage territory.*

*Coverage territory* means:

- the United States of America, including its territories and possessions;
- Puerto Rico;
- Canada; and
- international waters or airspace only during travel or transportation between any of the above places.

We explain the term your products in the Products and completed work total limit section.

© 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved

## Who Is Protected Under This Agreement

**Individual.** If you are shown in the Introduction as a named insured and an individual, you and your spouse are protected persons only for the conduct of a business of which you are the sole owner.

**Partnership or joint venture.** If you are shown in the Introduction as a named insured and a partnership or a joint venture, you are a protected person. Your partners or co-venturers, and their spouses, are protected persons only for the conduct of your business.

**Limited liability company.** If you are shown in the Introduction as a named insured and a limited liability company, you are a protected person. Your members are protected persons only for the conduct of your business. And your managers are protected persons only for their duties as your managers.

**Corporation or other organization.** If you are shown in the Introduction as a named insured and a corporation or an other organization, you are a protected person. Your directors and executive officers are protected persons only for the conduct of their duties as your directors or executive officers. And your stockholders are protected persons only for their liability as your stockholders.

*Other organization* means an organization other than a corporation, partnership, joint venture, or limited liability company.

*Executive officer* means any person holding an officer position created by the charter, constitution, or by-laws, or any other similar governing document, of a corporation or other organization.

**Employees and volunteer workers.** Your employees are protected persons only for:

- work done within the scope of their employment by you; or
- their performance of duties related to the conduct of your business.

And your volunteer workers are protected persons only for activities or work they conduct or perform:

- at your direction; and
- within the scope of their duties for you.

However, no employee or volunteer worker is a protected person for bodily injury or personal injury to:

- you;
- any of your partners or co-venturers if you are a partnership or joint venture;
- any of your members or managers if you are a limited liability company;
- any fellow employee;
- any fellow volunteer worker or any of your employees; or
- the spouse, or any child, parent, brother, or sister, of that employee or volunteer worker if such injury results from the bodily injury or personal injury to such fellow employee or volunteer worker.

Nor is any employee or volunteer worker a protected person for:

- any obligation to share damages with or repay someone else who must pay damages because of such bodily injury or personal injury; or
- bodily injury or personal injury that results from his or her performance of or failure to perform health care professional services.

Also, no employee or volunteer worker is a protected person for property damage to property that's controlled by:

- you;
- any of your partners or co-venturers if you are a partnership or joint venture;
- any of your members or managers if you are a limited liability company;
- that employee or any fellow employee; or
- that volunteer worker, any fellow volunteer worker, or any of your employees.

But we won't apply the exclusions in this Employees and volunteer workers section to:

- bodily injury that results from the providing of or failure to provide first aid by an employee or volunteer worker, other than an employed or volunteer doctor; or
- premises damage.

Nor will we apply this Employees and volunteer workers section to the following protected persons:

- Your managers if you are a limited liability company. Instead, we'll apply the Limited liability company section to them.
- Your executive officers if you are a corporation or an other organization.

---

Instead, we'll apply the Corporation or other organization section to them.

*Employee* includes a leased worker, other than a leased temporary worker.

*Leased worker* means any person who:

- is hired from an employee leasing firm under a contract or agreement between the hirer and that firm; and
- is performing duties related to the conduct of the hirer's business.

*Volunteer worker* means any person who:

- isn't an employee or a leased temporary worker;
- donates his or her work; and
- isn't paid a fee, salary, or other compensation for that work.

*Employee leasing firm* means any person or organization that hires out workers to others. It includes any:

- employment agency, contractor, or service;
- labor leasing firm; or
- temporary help service.

*Leased temporary worker* means a leased worker who is hired to:

- temporarily take the place of a permanent employee on leave; or
- meet seasonal or short-term workload conditions.

*Controlled by* means:

- owned, rented, leased, occupied, borrowed, or used by;
- in the care, custody, or control of; or
- being physically controlled for any purpose by.

*Health care professional services* includes:

- any dental, medical, mental, nursing, surgical, x-ray, or other health care professional service, including any advice, instruction, food, or beverage provided with such service;
- the dispensing of drugs or medical or dental supplies and appliances; and
- the handling or treatment of corpses, including autopsies, organ donations, and other postmortem procedures.

We explain the term premises damage in the Each event limit section.

**Real estate managers.** Your real estate managers are protected persons only for their management of premises that you rent, lease, or borrow from others, or own. They may be persons or organizations.

But we won't apply this Real estate managers section to your employees. Instead, we'll apply the Employees and volunteer workers section to them.

**Landlords.** Any landlord, lessor, manager, or owner of a premises rented or leased to you is a protected person only for the ownership, maintenance, or use of that premises while you rent or lease it.

However, no landlord, lessor, manager, or owner is a protected person for injury or damage that results from any of the following work while being done by or for such landlord, lessor, manager, or owner:

- Structural changes.
- New construction work.
- Demolition work.

But we won't apply this Landlords section to your real estate managers. Instead, we'll apply the Real estate managers section, or the Employees and volunteer workers section, whichever section is applicable, to them.

**Equipment lessors.** Any lessor or owner of equipment rented or leased to you is a protected person only for your operation, maintenance, or use of that equipment while you rent or lease it.

However, no equipment lessor or owner is a protected person for injury or damage that results from its sole negligence.

**Operators of registered mobile equipment.** All operators of registered mobile equipment are protected persons for covered bodily injury or property damage that results from their driving of such equipment on a public street or road with your permission.

Any person or organization legally responsible for the driving conduct of those operators is also a protected person for such bodily injury or property damage. But only if there's no valid and collectible other insurance available to cover its liability for the operators.

© 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved

However, no operator or any other person or organization is a protected person for:

- bodily injury to a fellow employee of the person driving the equipment; or
- property damage to property controlled by you or the employer of an operator who is a protected person.

*Registered mobile equipment* means mobile equipment that's registered in your name under a motor vehicle registration law.

We explain the terms:

- controlled by in the Employees and volunteer workers section;
- mobile equipment in the Mobile equipment exclusion; and
- other insurance in the Other Insurance section.

**Newly acquired or formed organizations.** Any organization that you acquire or form while this agreement is in effect that isn't a partnership, joint venture, or limited liability company is a protected person if you own more than 50% of it.

However, no newly acquired or formed organization is a protected person for:

- more than 180 days, or the remainder of the time this agreement is in effect, whichever period is shorter, from the date you acquire or form it, unless we agree it should continue to be a protected person after the end of that period of time;
- bodily injury or property damage that happened before you acquired or formed it;
- personal injury or advertising injury that results from an offense committed before you acquired or formed it; or
- injury or damage that's covered by other similar general liability insurance.

**Separation of protected persons.** We'll apply this agreement separately to each protected person.

However, all protected persons share the limits of coverage shown in the Coverage Summary. We explain how in the Limits Of Coverage section.

Also, any right or duty specifically assigned to the first named insured remains unchanged. We explain those rights and duties in the General Rules, which is a part of your policy.

## Limits Of Coverage

The limits of coverage shown in the Coverage Summary and the information contained in this section fix the most we'll pay as damages and medical expenses, regardless of the number of:

- protected persons;
- claims made or suits brought; or
- persons or organizations making claims or bringing suits.

**General total limit.** This is the most we'll pay for the combined total of:

- all covered bodily injury and property damage that happens in a policy year;
- all covered personal injury that's caused by all personal injury offenses committed in a policy year;
- all covered advertising injury that's caused by all advertising injury offenses committed in a policy year; and
- all covered medical expenses that result from all events that happen in a policy year.

However, we won't apply this limit to bodily injury or property damage that results from your products or your completed work. Instead, we'll apply the products and completed work total limit to such bodily injury or property damage covered by this agreement.

*Policy year* means the policy period shown in the Introduction, or the period of time that this agreement is in effect, whichever period is shorter. But when that period is longer than one year, policy year means each of the following periods of time that this agreement is in effect, starting with the beginning date of this agreement:

- Each consecutive one-year period.
- Any period that remains after the last consecutive one-year period.

However, if the original policy period shown in the Introduction is extended for a period of less than one year, we'll consider each such extended period to be part of the last policy year, regardless of the number of extensions provided.

For example:

*Your original policy period is two years and nine months long. As a result, it has three policy years, each one separate from the other. The first is the first one-year*

*period. The second is the next one-year period. And the third is the remaining nine-month period.*

*During the third policy year you request, and we provide, two separate extensions of the policy period: a three-month extension, and then a four-month extension. As a result, the third policy year becomes sixteen months long and is still subject to the same limits of coverage that applies when it was nine months long.*

We explain the products and completed work total limit, and the terms your products and your completed work, in the Products and completed work total limit section.

**Products and completed work total limit.** This is the most we'll pay for all covered bodily injury and property damage that:

- results from your products and your completed work; and
- happens in a policy year.

*Your products* means any of the goods or products that are or were manufactured, sold, handled, distributed, or disposed of by:

- you;
- others using your name; or
- any person or organization whose business or assets you've acquired.

Your products includes:

- all containers, equipment, materials, or parts provided with or for your products;
- any warranty provided with or for your products;
- any statement made, or that should have been made, about the durability, fitness, handling, maintenance, operation, performance, quality, safety, or use of your products; and
- all warnings, instructions, or directions provided, or that should have been provided, with or for your products.

But we won't consider the following to be your products:

- Goods or products that are still in your physical possession or on a premises that you rent, lease, or borrow from others, or own.
- Real property.
- Containers that are vehicles provided with or for your products.
- Property that's rented or leased to others.

- Property that you haven't sold, but which you allow others to use. For example, a vending machine.

*Your completed work* means your work that:

- is completed, including work that may need service, maintenance, correction, repair, or replacement, but which is otherwise complete; or
- has been abandoned by you.

We'll consider your work to be completed at the earliest of the following times:

- When all of the work called for in your contract has been completed.
- When all of the work to be done at the work site has been completed, if your contract calls for work at more than one site.
- When that part of the work at the work site has been put to its intended use by any person or organization, other than another contractor or subcontractor working on the same project.

Your completed work includes:

- any warranty provided with or for your completed work;
- any statement made, or that should have been made, about the durability, fitness, handling, maintenance, operation, performance, quality, safety, or use of your completed work; and
- all warnings, instructions, or directions provided, or that should have been provided, with or for your completed work.

But we won't consider the following to be your completed work:

- Uninstalled equipment, abandoned or unused materials or parts, or tools.
- Work done in connection with transporting property.
- Any premises or other real property that you own.
- Any work done to a premises or other real property that you rent or lease from others, or own.
- Any work while on a premises that you rent, lease, or borrow from others, or own.

However, we'll consider a condition created in or on a vehicle in the course of work done in connection with transporting property to be your completed work if:

© 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved

- the vehicle isn't owned or operated by you;
- the condition is created by the loading or unloading of the vehicle by a protected person; and
- the condition causes bodily injury or property damage.

*Your work* means any:

- work that you're performing or others are performing for you; or
- service that you're providing or others are providing for you.

Your work includes:

- all equipment, materials, parts, or tools being provided or used with or for your work;
- any statement being made, or that should have been made, about the durability, fitness, handling, maintenance, operation, performance, quality, safety, or use of your work; and
- all warnings, instructions, or directions being provided, or that should have been provided, with or for your work.

We explain the term loading or unloading in the Auto exclusion.

**Personal injury each person limit.** This is the most we'll pay for all covered personal injury that:

- is sustained by any one person or organization; and
- is caused by all personal injury offenses committed in a policy year.

**Advertising injury each person limit.** This is the most we'll pay for all covered advertising injury that:

- is sustained by any one person or organization; and
- is caused by all advertising injury offenses committed in a policy year.

**Each event limit.** This is the most we'll pay for all covered bodily injury, property damage, and medical expenses that result from any one event.

However, the most we'll pay for covered premises damage or medical expenses that result from any one event is further limited by the following:

*Premises damage limit.* This is the most we'll pay for all covered premises damage that's caused by any one event.

*Premises damage* means property damage to:

- any premises that you rent, lease, or borrow from others; or
- the contents of any premises that you rent from others if you rent such premises for a period of seven or fewer consecutive days.

*Medical expenses limit.* This is the most we'll pay for all covered medical expenses that:

- are incurred for bodily injury sustained by any one person; and
- result from any one event.

**How the limits of coverage apply if a total limit is left blank.** If the amount of the general total limit or the products and completed work total limit is left blank in the Coverage Summary, we'll consider that total limit to be the same as the each event limit or $200,000, whichever amount is more.

## Exclusions – What This Agreement Won't Cover

**Advertising, broadcasting, or publishing business.** We won't cover personal injury that results from any of the following personal injury offenses committed by or for any protected person whose business is advertising, broadcasting, or publishing, if such offense is committed in any advertising, broadcasting, or publishing done by or for that protected person:

- Libel, or slander, in or with covered material.
- Making known to any person or organization covered material that disparages the business, premises, products, services, work, or completed work of others.
- Making known to any person or organization covered material that violates a person's right of privacy.

Nor will we cover advertising injury that results from an offense committed by or for any protected person whose business is advertising, broadcasting, or publishing.

We won't consider the placement of advertising, borders, or frames for or of others, or links for or to others, on or in a protected person's website, by itself, to

mean that protected person's business is advertising.

*Broadcasting* means transmitting any audio or visual material for any purpose:

- by radio or television; or
- in or with any other electronic means of communication, such as the Internet, if that material is part of radio or television programming, other entertainment, music, or news programming, or advertising transmitted with that programming.

*Publishing* means creating and producing any material in any format for distribution or sale to others for any purpose.

But we won't consider creating and producing any of the following material in any format to be publishing:

- Correspondence written in the conduct of your business.
- Material, including bulletins, financial or annual reports, or newsletters, that describes or reports your business activities, your products, your work, or your completed work.

We explain the terms your products, your work, and your completed work in the Products and completed work total limit section.

**Aircraft.** We won't cover bodily injury, property damage, or medical expenses that result from the:

- ownership, maintenance, use, or operation;
- loading or unloading;
- entrustment to others; or
- supervision of others in or for the maintenance, use, operation, loading or unloading, or entrustment to others;

of any aircraft owned, operated, rented, leased, or borrowed by any protected person.

But we won't apply this exclusion to the liability of another to pay damages for bodily injury or property damage if you have assumed such liability under a covered contract that:

- is for the ownership, maintenance, or use of an aircraft; and
- was made before the bodily injury or property damage happens.

Nor will we apply this exclusion to:

- bodily injury, property damage, or medical expenses that result from the operation of specialized equipment; or
- premises damage.

Also, we won't apply this exclusion to bodily injury, property damage, or medical expenses that result from the use of an aircraft chartered by a protected person if:

- the aircraft is chartered with crew, including a pilot; and
- the protected person isn't using the aircraft to carry persons or property for a charge.

We explain the terms:

- covered contract in the Contract liability exclusion;
- entrustment to others, loading or unloading, and supervision of others, in the Auto exclusion;
- premises damage in the Each event limit section; and
- specialized equipment in the Mobile equipment exclusion.

**Auto.** We won't cover bodily injury, property damage, or medical expenses that result from the:

- ownership, maintenance, use, or operation;
- loading or unloading;
- entrustment to others; or
- supervision of others in or for the maintenance, use, operation, loading or unloading, or entrustment to others;

of any auto owned, operated, rented, leased, or borrowed by any protected person.

But we won't apply this exclusion to bodily injury, property damage, or medical expenses that result from the parking of an auto on a premises, or on the ways next to such premises, if:

- the premises is owned, rented, leased, or borrowed by you; and
- the auto isn't owned, rented, leased, or borrowed by any protected person.

Nor will we apply this exclusion to:

- bodily injury, property damage, or medical expenses that result from the operation of specialized equipment; or
- premises damage.

© 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved

*Auto* means any land motor vehicle, trailer, or semitrailer that's designed for travel on public streets or roads.

We'll consider any machinery or equipment that's permanently attached to an auto to be part of the auto.

But we won't consider mobile equipment to be an auto.

*Loading or unloading* means the handling of property:

- while it's being moved from the place where it's accepted for transportation;
- while it's being loaded, transported, and unloaded; and
- until it's moved to the place where it's finally delivered.

But we won't consider moving property by an unattached mechanical device to be loading or unloading.

*Unattached mechanical device* includes any forklift, conveyor, or other unattached mechanical device, other than a hand truck.

*Entrustment to others* means:

- the permitting of others to use or do something; or
- the giving of something to others for safekeeping.

*Supervision of others* means:

- the directing, managing, or supervising of a worker, including his or her employment, hiring, evaluation, training, or work; or
- the directing, monitoring, safekeeping, or supervising of any other person or organization for any reason.

We explain the terms:

- mobile equipment and specialized equipment in the Mobile equipment exclusion; and
- premises damage in the Each event limit section.

**Breach of contract.** We won't cover personal injury or advertising injury that results from the failure of any protected person to do what is required by a contract or agreement.

But we won't apply this exclusion to advertising injury that results from the unauthorized use of any advertising idea of others in your advertising if such use isn't

specifically prohibited by the contract or agreement.

**Contract liability.** We won't cover injury or damage for which the protected person has assumed liability under any contract or agreement.

But we won't apply this exclusion to injury or damage for which the protected person would have liability without the contract or agreement.

Nor will we apply this exclusion to the liability of another to pay damages for:

- bodily injury or property damage sustained by others if you have assumed such liability under a covered contract made before the bodily injury or property damage happens; or
- personal injury or advertising injury sustained by others if you have assumed such liability under a covered contract made before the offense that causes such injury is committed.

Also, if you have agreed under the same covered contract to defend, or pay for the defense of, an indemnitee against a claim or suit for such injury or damage covered by this agreement, we'll defend the indemnitee against the claim or suit. But we'll do so because of that covered contract only if:

- that indemnitee isn't a protected person for that injury or damage;
- that claim or suit is for injury or damage for which you have assumed the liability of the indemnitee under the covered contract;
- the injury or damage is covered by this agreement;
- the claim or suit is made or brought against you and the indemnitee;
- we are defending you against the claim or suit under this agreement;
- all of our indemnitee defense control and authority requirements are fulfilled; and
- all of our indemnitee defense cooperation and notice requirements are fulfilled.

When we provide that contract liability indemnitee defense coverage, we'll do the following:

- We'll defend the indemnitee even if all of the allegations of the claim or suit are groundless, false, or fraudulent. But we won't have a duty to perform any other act or service.

---

• We'll pay all covered indemnitee defense expenses incurred by us in connection with such claim or suit. Such payments are in addition to the limits of coverage.

However, our duty to defend the indemnitee, or pay indemnitee defense expenses incurred by us, under that contract liability indemnitee defense coverage ends when that indemnitee fails to comply with any of our indemnitee defense cooperation and notice requirements. It also ends when we have used up the limits of coverage that apply with the payment of:

• judgments;
• settlements; or
• medical expenses.

When we don't provide that contract liability indemnitee defense coverage for the indemnitee, we'll pay covered indemnitee defense expenses assumed under contract that:

• are incurred by or for that indemnitee; and
• are awarded against you in a judgment or agreed to by us in a settlement;

as if they're amounts you're legally required to pay as damages for injury or damage covered by this agreement. Payments of such amounts are subject to the limits of coverage. Our duty to make such payments ends when we have used up the limits of coverage that apply with the payment of:

• judgments;
• settlements; or
• medical expenses.

We'll have the right to appeal a judgment awarded in a suit against an indemnitee if:

• the judgment includes damages for injury or damage for which you have assumed liability under a covered contract;
• such injury or damage is covered by this agreement;
• the indemnitee and its insurers don't appeal the judgment; and
• you agree we may seek the cooperation of that indemnitee for such an appeal.

If we appeal such a judgment, we'll pay the following that result directly from that appeal:

• All expenses we incur.
• All reasonable expenses that any protected person and the indemnitee incur at our request while helping us with the appeal, other than the cost of appeal bonds.

• The cost of any required appeal bond. But only for that part of the judgment that is for damages covered by this agreement and is within the available limit of coverage. However, we'll pay, or reimburse the indemnitee, for the cost of a higher appeal bond amount if we're required to do so under the law that applies. But we won't be the principal under any such bond. Nor do we have to furnish any appeal bond.

• All postjudgment interest that accumulates on the full amount of the judgment. But only from the date of the judgment to the date we pay, or deposit in court, the limit of coverage that applies to the judgment.

These payments are in addition to the limits of coverage. However, the results of an appeal won't change the limits of coverage that apply under this agreement.

*Covered contract* means:

• any easement or license agreement;
• any elevator maintenance agreement;
• any lease of premises, other than that part which indemnifies a person or organization for property damage to a premises that you rent, lease, or borrow from others;
• any obligation to indemnify a municipality that is required by ordinance and isn't connected with your work for the municipality;
• any sidetrack agreement;
• that part of any other contract or agreement under which you assume the tort liability of a municipality to pay damages for injury or damage that results from your work for the municipality; or
• that part of any other contract or agreement under which you assume the tort liability of another to pay damages for injury or damage.

But we won't consider the following parts of those other contracts or agreements under which you assume the tort liability of another to pay damages to be a covered contract:

• Architect, engineer, or surveyor indemnity.
• Architect, engineer, or surveyor professional services by protected person indemnity.
• War indemnity.

*Tort liability* means a liability that would be imposed by law without any contract or agreement.

© 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved

*Architect, engineer, or surveyor indemnity* means that part which indemnifies any architect, engineer, or surveyor for injury or damage that results from:

- the preparation or approval of, or failure to prepare or approve, any drawing and specification, or any map, opinion, report, survey, change order, field order, or shop drawing; or

- the giving of or failure to give any direction or instruction if that giving or failure to give is the primary cause of the injury or damage.

*Architect, engineer, or surveyor professional services by protected person indemnity* means that part which indemnifies any person or organization for injury or damage that results from the performance of or failure to perform architect, engineer, or surveyor professional services by the protected person who is an architect, engineer, or surveyor.

*Architect, engineer, or surveyor professional services* includes:

- the preparation or approval of any drawing and specification, or any map, opinion, report, survey, change order, field order, or shop drawing; and

- any architectural, engineering, inspection, or supervisory activity.

*War indemnity* means that part which indemnifies any person or organization for bodily injury or property damage that results from war.

*Indemnitee* means any person or organization that you have agreed under a covered contract to indemnify or hold harmless.

*Indemnitee defense control and authority requirements* means the following requirements that must be fulfilled for us to conduct and control the defense of an indemnitee against a claim or suit under this agreement:

- You and the indemnitee must ask us to conduct and control the defense of that indemnitee against the claim or suit under this agreement.

- We must determine that there's no conflict between your interests and those of the indemnitee, based on the allegations in the claim or suit and on what we know about the factual and legal basis for the damages being sought.

- You and the indemnitee must each agree in writing that we can assign the same counsel to defend them.

- The indemnitee must give us authority in writing to conduct and control its defense against the claim or suit.

- The indemnitee must give us authority in writing to obtain records and other information related to the claim or suit.

- The indemnitee must agree in writing to comply with our indemnitee defense cooperation and notice requirements.

*Indemnitee defense cooperation and notice requirements* means the following requirements that must be fulfilled for us to continue defending an indemnitee against a claim or suit under this agreement:

- The indemnitee must cooperate with us in the investigation, settlement, or defense of the claim or suit.

- The indemnitee must provide us with a copy of any demand, notice, summons, or legal paper received in connection with the claim or suit as soon as possible after it is received.

- The indemnitee must give notice of the claim or suit to any other insurer that provides coverage which applies to the claim or suit and is available to that indemnitee.

- The indemnitee must help us coordinate the application of other insurance that's applicable to the claim or suit and available to that indemnitee.

*Indemnitee defense expenses incurred by us* means the:

- attorney fees and necessary litigation expenses incurred by us to defend an indemnitee against a claim or suit for damages covered by this agreement; and

- necessary litigation expenses incurred by that indemnitee at our request in connection with that claim or suit.

*Indemnitee defense expenses assumed under contract* means the reasonable attorney fees and necessary litigation expenses that:

- are incurred by or for an indemnitee to defend itself against a claim or suit for damages covered by this agreement; and

- are subject to a covered contract under which you have agreed to defend, or pay for the defense of, that indemnitee against the claim or suit.

We explain the terms:

- your work in the Products and completed work total limit section;
- war in the Medical expenses of certain persons exclusion; and
- other insurance in the Other Insurance section.

**Control of property.**  We won't cover property damage to the following property:

- Property that you rent, lease, or borrow from others, own, or occupy.  But we won't apply this exclusion part to premises damage.
- Premises that you sell, give away, or abandon if such property damage results from any part of those premises.  But we won't apply this exclusion part to property damage to premises that are your completed work and were never occupied, rented, or held for rental by you.
- Personal property that's in the care, custody, or control of the protected person.  But we won't apply this exclusion part to premises damage.
- That particular part of real property being worked on by or for you if such property damage results from your work.
- That particular part of any property that must be restored, repaired, or replaced because your work was incorrectly performed on it.  But we won't apply this exclusion part to property damage that results from your completed work.

Furthermore, we won't apply this exclusion to the liability of another to pay damages for property damage, other than property damage to the property described below, if you have assumed such liability under a sidetrack agreement made before the property damage happens:

- Property that you rent or lease from others, own, or occupy.
- Premises that you sell, give away, or abandon.

We explain the terms:

- premises damage in the Each event limit section; and
- your work and your completed work in the Products and completed work total limit section.

**Damage to your products or completed work.**
We won't cover property damage to any of your products that's caused by your products themselves or by any of their parts.  For example:

*You manufacture air conditioners.  They contain several moving parts that can break down for many reasons.  Regardless of the cause, we won't protect you for any property damage to the part that fails or to the rest of the air conditioner.*

Nor will we cover property damage to your completed work that's caused by your completed work itself or by any of its parts.  But we won't apply this exclusion part to such property damage if:

- this agreement provides completed work liability coverage; and
- your completed work that's damaged, or your completed work that causes the property damage, was done for you by others.

For example:

*You construct a building as a general contractor.  Some of the work is done by you while the rest is done for you by subcontractors.  The building is accepted by the owner.  If it's damaged by a fire caused by electrical wiring installed by a subcontractor, we won't apply the exclusion.  However, if the wiring was installed by you, we'll apply the exclusion to property damage to your completed work done by you.*

We explain the terms your products and your completed work in the Products and completed work total limit section.

**Deliberately breaking the law.**  We won't cover personal injury or advertising injury that results from:

- the protected person knowingly breaking any criminal law; or
- any person or organization breaking any criminal law with the consent or knowledge of the protected person.

**Employers liability.**  We won't cover bodily injury to an employee of the protected person arising out of and in the course of his or her:

- employment by the protected person; or
- performance of duties related to the conduct of the protected person's business.

Nor will we cover bodily injury to the spouse, or any child, parent, brother, or sister, of that employee if such bodily injury results from the bodily injury to such employee.

We'll apply this exclusion whether the protected person may be held liable as an employer or in any other capacity, such as a property owner or product manufacturer. For example:

*You manufacture tires. Your employee is injured while driving a company truck equipped with your tires, when one of the tires blows out resulting in an accident. He receives workers compensation benefits. If he later sues you in your capacity as a manufacturer, alleging that his injury happened because your product was defective, we won't protect you.*

We'll also apply this exclusion to any obligation of the protected person to share damages with or repay someone else who must pay damages because of bodily injury to any employee of the protected person. For example:

*Your employee is injured in a printing press accident. She receives workers compensation benefits. Later, she sues the manufacturer of the printing press, alleging that her injury happened because the press didn't have enough guarding devices on it. If the manufacturer in turn sues you, alleging that your faulty maintenance of the press – not the lack of guarding devices – resulted in the employee's injury, we won't protect you.*

But we won't apply this exclusion to the liability of another to pay damages for bodily injury if you have assumed such liability under a covered contract made before the bodily injury happens.

We explain the terms:

- covered contract in the Contract liability exclusion; and
- employee in the Employees and volunteer workers section.

**Expected or intended bodily injury or property damage.** We won't cover bodily injury or property damage that's expected or intended by the protected person.

Nor will we cover medical expenses that result from such bodily injury.

But we won't apply this exclusion to bodily injury, property damage, or medical expenses that result from the use of reasonable force to protect people or property.

**False material.** We won't cover personal injury or advertising injury that results from false material that:

- was made known by or for the protected person; and
- the protected person knew was false when it was made known.

**Impaired property.** We won't cover property damage to impaired property, or to property that isn't physically damaged, that results from:

- your products that are faulty or dangerous;
- your completed work that is faulty or dangerous; or
- a delay or failure in fulfilling the terms of a contract or agreement.

But we won't apply this exclusion to the loss of use of property, other than your products or your completed work, that results from sudden and accidental physical damage to:

- your products after they've been put to their intended use; or
- your completed work after it has been put to its intended use.

For example:

*You supply an electric motor to a customer who uses it to power his conveyor. The motor's shaft breaks several days later while he's operating the conveyor. The conveyor isn't damaged, but your customer has extra costs because he's unable to use it until the motor is repaired. If he sues you to recover those costs, we won't apply the exclusion. However, if the customer discovers while hooking the motor up to the conveyor that the motor's shaft is broken, we won't protect you.*

*Impaired property* means tangible property, other than your products or your completed work, that can be restored to use by nothing more than:

- an adjustment, repair, replacement, or removal of your products, or your completed work, that forms a part of such tangible property; or
- your fulfilling the terms of a contract or agreement.

We explain the terms your products and your completed work in the Products and completed work total limit section.

**Intellectual property.** We won't cover injury or damage or medical expenses that result from any actual or alleged infringement or violation of any of the following rights or laws:

- Copyright.
- Patent.
- Trade dress.
- Trade name.
- Trade secret.
- Trademark.
- Other intellectual property rights or laws.

But we won't apply this exclusion to bodily injury or property damage that results from your products or your completed work.

Nor will we apply this exclusion to advertising injury that results from the unauthorized use of any:

- copyrighted advertising material;
- trademarked slogan; or
- trademarked title;

of others in your advertising.

We explain the terms your products and your completed work in the Products and completed work total limit section.

**Liquor liability.** We won't cover bodily injury, property damage, or medical expenses that result from any protected person:

- causing or contributing to the intoxication of any person;
- selling, serving, or furnishing alcoholic beverages to any person under the legal drinking age or under the influence of alcohol; or
- violating any law or regulation applying to the sale, gift, distribution, or use of alcoholic beverages.

However, we'll apply this exclusion only if you're in the business of manufacturing, distributing, selling, serving, or furnishing alcoholic beverages. For example:

*You manufacture office equipment. Each year you host an awards banquet with an open bar for your sales representatives. After this year's banquet an intoxicated guest is involved in an auto accident. The guest and several others are injured. If someone sues you, alleging that your serving of liquor caused the guest's intoxication and involvement in the accident, we won't apply the Liquor liability*

*exclusion because you're not in the business of serving liquor.*

But we won't apply this exclusion to premises damage.

We explain the term premises damage in the Each event limit section.

**Material previously made known or used.** We won't cover personal injury or advertising injury that results from:

- any material that was first made known before this agreement begins; or
- any advertising idea or advertising material, or any slogan or title, of others, whose unauthorized use in your advertising was first committed before this agreement begins.

**Medical expenses of certain persons.** We won't cover medical expenses that are incurred by or for any person:

- injured while qualifying as a protected person, other than your volunteer workers;
- injured while performing work that he or she was hired to do for any protected person, or any tenant of a protected person;
- injured on that part of any premises that you rent or lease from others, or own, and that the injured person normally occupies;
- to whom such medical expenses are payable, or must be provided, as benefits under any workers compensation law, disability benefits law, or similar law;
- injured by your products or your completed work;
- injured due to war; or
- who refuses to be examined as often as we require, within reason, by doctors we choose.

*War* includes:

- declared or undeclared war, or invasion;
- warlike action by a military force or other agents of any government, sovereign, or other authority;
- civil war, insurrection, rebellion, revolution, or seizure of power; or
- anything done to hinder or defend against such actions.

We explain the terms:

- volunteer worker in the Employees and volunteer workers section; and

- your products and your completed work in the Products and completed work total limit section.

**Mobile equipment.** We won't cover bodily injury, property damage, or medical expenses that result from the:

- transportation of mobile equipment by an auto owned, operated, rented, leased, or borrowed by any protected person;
- use of racing mobile equipment; or
- supervision of others in or for such transportation or use.

But we won't apply this exclusion to premises damage.

*Mobile equipment* means any land vehicle that:

- is designed for use primarily off public streets or roads;
- is kept for use only on or next to premises that you rent or lease from others, or own;
- travels on crawler treads;
- is kept primarily for the ready movement of permanently attached construction equipment; or
- doesn't travel under its own power and is kept primarily for the ready movement of permanently attached specialized equipment.

Mobile equipment includes any land vehicle that:

- isn't described above; and
- is kept primarily for purposes other than carrying people or cargo.

But we won't consider such a vehicle to be mobile equipment if it travels under its own power, is operated like an auto during travel on a public street or road, and has permanently attached:

- specialized equipment; or
- equipment designed for snow removal, street cleaning, or street or road maintenance – but not construction or resurfacing.

*Construction equipment* includes any:

- grader, scraper, or roller; or
- power crane, digger, drill, loader, or shovel.

*Specialized equipment* means any:

- cherry picker or similar device used to lift workers;
- pump, generator, or air compressor; or
- other equipment, such as building cleaning, geophysical exploration, lighting, spraying, welding, or well-servicing equipment, that has a built-in pump, generator, or air compressor.

*Racing mobile equipment* means any mobile equipment while being prepared for or used in any:

- prearranged racing, speed, demolition, or stunting contest or activity; or
- practice for such contest or activity.

We explain the terms:

- auto, and supervision of others, in the Auto exclusion; and
- premises damage in the Each event limit section.

**Nuclear energy liability.** We won't cover bodily injury or property damage for which any protected person:

- is also protected under a nuclear energy liability insurance policy; or
- would have been protected under such policy if that policy's limits of coverage hadn't been used up.

Nor will we cover bodily injury or property damage that results from the hazardous properties of nuclear material and for which:

- any person or organization is required by law to maintain financial protection in accordance with the federal Atomic Energy Act or any of its amendments; or
- any protected person is entitled, or would have been entitled had this agreement not been issued, to indemnity from the United States government, or any of its agencies, under any contract or agreement between the government, or any of its agencies, and any person or organization.

Also, we won't cover medical expenses that result from:

- the hazardous properties of nuclear material; or
- the operation of a nuclear facility by any person or organization.

In addition, we won't cover bodily injury or property damage that results from the hazardous properties of nuclear material when:

- the nuclear material is located at, or at any time discharges or disperses from, a nuclear facility that is or was at any time owned by any protected person, or operated by or for any protected person;
- the nuclear material is contained in spent nuclear fuel, or nuclear waste, that is or was at any time possessed, handled, used, processed, stored, transported, or disposed of by or for any protected person; or
- the bodily injury or property damage results from the furnishing by any protected person of services, materials, parts, or equipment in connection with the planning, construction, maintenance, operation, or use of a nuclear facility. However, we'll apply this exclusion part only to property damage to the nuclear facility, and any property located on the site of that facility, if the nuclear facility is in the United States of America, its territories or possessions, Puerto Rico, or Canada.

*Nuclear energy liability insurance policy* means any nuclear energy liability insurance policy issued by any of the following organizations or their successors:

- Nuclear Energy Liability Insurance Association.
- Mutual Atomic Energy Liability Underwriters.
- Nuclear Insurance Association of Canada.

*Hazardous properties* includes radioactive, toxic, or explosive properties.

*Nuclear material* means any of the following materials defined in the federal Atomic Energy Act or any of its amendments:

- Source material.
- Special nuclear material.
- By-product material.

*Nuclear facility* means any:

- nuclear reactor;
- uranium isotopes separation device or equipment;
- special nuclear material device or equipment; or
- nuclear waste site.

Nuclear facility includes:

- the site on which it's located;
- all operations conducted on such site; and
- all premises used for such operations.

*Nuclear reactor* means any device, equipment, or machine designed or used to:

- sustain nuclear fission in a self-supporting chain reaction; or
- contain a critical mass of fissionable material.

*Uranium isotopes separation device or equipment* means any device or equipment designed or used for:

- separating the isotopes of uranium or plutonium;
- processing or utilizing spent nuclear fuel; or
- handling, processing, or packaging nuclear waste.

*Special nuclear material device or equipment* means any device or equipment used for the processing, fabricating, or alloying of special nuclear material if the total amount of such material is at any time in the custody of any protected person at the premises where the device or equipment is located and is more than:

- 25 grams of plutonium or uranium 233, or any combination of those two materials; or
- 250 grams of uranium 235.

*Nuclear waste site* means any structure, basin, excavation, premises, or place prepared or used for the storage or disposal of nuclear waste.

*Nuclear waste* means any waste material that:

- contains by-product material; and
- results from the operation of any nuclear reactor, or uranium isotopes separation device or equipment, by any person or organization.

But we won't consider nuclear waste to include tailings or wastes that result from the extraction or concentration of uranium or thorium from any ore processed primarily for its source material content.

*Spent nuclear fuel* means any solid or liquid fuel element or component that's been exposed to radiation or used in a nuclear reactor.

**Pollution injury or damage.** We won't cover injury or damage or medical expenses that result from pollution at, on, in, or from any:

- protected person's premises;

© 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved

- waste site; or
- protected person's work site.

Nor will we cover injury or damage or medical expenses that result from pollution involving any waste pollutant.

But we won't apply this exclusion to bodily injury, property damage, or medical expenses that result from:

- building heating equipment fumes, smoke, soot, or vapors;
- contractor or service work materials fumes, gases, or vapors;
- hostile fire heat, fumes, or smoke; or
- mobile equipment operating fluids.

Nor will we apply this exclusion to:

- bodily injury or property damage that results from your products or your completed work, other than waste products or completed work; or
- premises damage that results from fire.

*Pollution* means any actual, alleged, or threatened discharge, dispersal, escape, migration, release, or seepage of any pollutant.

*Pollutant* means any solid, liquid, gaseous, or thermal irritant or contaminant, including:

- smoke, vapors, soot, fumes;
- acids, alkalis, chemicals; and
- waste.

*Waste* includes materials to be recycled, reconditioned, or reclaimed.

*Protected person's premises* means any premises, site, or location that is or was at any time owned, rented, leased, borrowed, or occupied by any protected person. For example:

*You sold an office building two years ago. It contains asbestos ceiling tile that released asbestos into the air while you owned it. A former tenant now sues you for bodily injury that allegedly resulted from the release of that asbestos. We won't cover such injury.*

Another example:

*You own an apartment building. Its woodwork is finished with paint that contains lead. Two of your renters sue you for bodily injury to their children allegedly caused by the lead in that paint. The children supposedly consumed the lead by eating chips of the paint from the window sills in their apartments. We won't cover such injury.*

But we won't consider a premises, site, or location that isn't owned, rented, leased, borrowed, or occupied by you to be a protected person's premises in connection with pollution that results from your work being performed there. For example:

*You are hired by the owner of a premises to perform work there. The premises owner requires you to provide it with insurance protection for that work. We do so with an additional protected person endorsement under this agreement. Your work being performed on that premises causes pollution injury or damage to happen there. Even though that premises is owned by an additional protected person, we won't consider that premises to be a protected person's premises for purposes of determining your coverage, or the premises owner's coverage, for that injury or damage under this agreement.*

*Waste site* means any premises, site, or location that is or was at any time used by or for any protected person or others for the handling, storage, disposal, processing, or treatment of waste. For example:

*For several years waste generated by your manufacturing business was disposed of in a landfill owned by others. The landfill was closed two years ago. Nearby residents now allege that they're being injured by the waste from there. We won't cover such injury.*

*Protected person's work site* means any premises, site, or location at, on, or in which work is being performed by or for any protected person when:

- the pollution involves a pollutant that is brought to, on, or in such premises, site, or location by or for the protected person in connection with such work; or
- the work being performed is pollution work.

For example:

*A subcontractor working for you brings a diesel fuel storage tank to the building site for refueling of its excavation equipment. After a couple of days it is discovered that*

*the tank has been leaking. Some of the escaped fuel is found to have seeped into an underground conduit and damaged the insulation on the fiber optic cables in the conduit. We won't cover such property damage.*

*Waste pollutant* means any pollutant that is or was at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

- any protected person; or
- any person or organization for whom you may be legally responsible.

For example:

*Waste generated by your business is transported to a landfill by a trucker hired by you. There is an accident that causes the waste to be spilled onto the road. One of the firefighters who responds to the accident later alleges that fumes from the waste made her ill. We won't cover such injury.*

*Building heating equipment fumes, smoke, soot, or vapors* means only the fumes, smoke, soot, or vapors that:

- result from equipment used to heat a building at or on a protected person's premises; and
- are within that building.

*Contractor or service work materials fumes, gases, or vapors* means only the fumes, gases, or vapors that:

- result from materials brought into a building at or on a protected person's work site in connection with work, other than pollution work, being performed there by or for you; and
- are within that building.

*Hostile fire heat, fumes, or smoke* means only the heat, fumes, or smoke that result from a hostile fire at, on, in, or from:

- the protected person's premises, other than a waste site; or
- the protected person's work site, other than a waste site, but only if the hostile fire doesn't result from pollution work being performed by or for the protected person.

*Hostile fire* means a fire that:

- becomes uncontrollable; or

- breaks out from where it was intended to be.

*Mobile equipment operating fluids* means only the fuels, lubricants, or other operating fluids that:

- are part of the mobile equipment being maintained, operated, or used in connection with work, other than pollution work, being performed by or for the protected person at, on, or in the protected person's work site;
- are needed to perform the normal electrical, hydraulic, or mechanical functions necessary for the operation of the mobile equipment or any of its parts;
- aren't intended to be discharged, dispersed, or released as part of the operation of the mobile equipment or any of its parts;
- aren't intended to be discharged, dispersed, or released as part of the work being performed by or for the protected person; and
- escape from a mobile equipment part designed to hold, store, or receive them.

*Waste products or completed work* means:

- your products, or your completed work, that is or was handled, stored, disposed of, processed, or treated as waste at, on, or in a waste site; or
- your products, or your completed work, that is or was a waste pollutant; or
- your completed work that is being used for cleaning up, containing, detoxifying, disposal of, handling, monitoring, neutralizing, processing, removing, storing, testing for, transporting, or treating any pollutant at, on, or in a waste site.

We explain the terms:

- mobile equipment in the Mobile equipment exclusion;
- pollution work in the Pollution work loss, cost, or expense exclusion;
- premises damage in the Each event limit section; and
- your products, your work, and your completed work in the Products and completed work total limit section.

**Pollution work loss, cost, or expense.** We won't cover any loss, cost, or expense that results from:

- any request, demand, order, or statutory or regulatory requirement that any protected

person or others perform pollution work; or

- any claim or suit by or for any governmental authority for damages that result from the performance of pollution work.

But we won't apply this exclusion to any damages for property damage for which the protected person would have liability without such:

- request, demand, order, or statutory or regulatory requirement; or
- claim or suit.

For example:

*One of your products is a container that may be used to store various types of liquids. Several of those containers are sold to a company that uses them for storage of a chemical in one of its warehouses. During such use one of them ruptures and the chemical spills onto a concrete floor. Some of the spilled chemical seeps into the ground through a gap between the floor and an adjoining wall.*

*The customer alleges that the corrosive effect of the spilled chemical caused parts of the concrete floor to disintegrate, making them unusable. As a result, he demands that you pay the cost to replace those parts of the floor and properly dispose of any contaminated concrete.*

*Also, the customer is concerned that the spilled chemical that seeped into the ground may be considered a source of pollution by adjacent property owners or by a state environmental protection law. As a result, he also demands that you pay the cost to replace and properly dispose of any contaminated soil.*

*Based on the facts available to us, we'll consider the cost to replace the disintegrated parts of the concrete floor to be damages for property damage that isn't subject to this exclusion. However, we won't cover:*

- *the additional cost to properly dispose of any contaminated concrete; or*
- *the cost to replace or properly dispose of any contaminated soil;*

*regardless of who demands or requires that such pollution work be done.*

*Pollution work* means:

- the testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, or neutralizing of any pollutant; or
- the responding to, or assessing, in any way the effects of any pollutant.

For example:

*A chemical spill at your manufacturing facility releases a vapor cloud. Several hundred people are exposed to the vapor cloud before it disappears. None of them sustain any apparent bodily injury. However, several of them demand that you arrange and pay for medical checkups now, and yearly for the next ten years, to assess the effect of the vapor cloud on their health. We won't cover the cost of such pollution work, regardless of who orders or performs it.*

We explain the terms:

- pollutant in the Pollution injury or damage exclusion; and
- your products in the Products and completed work total limit section.

**Poor quality or performance.** We won't cover advertising injury that results from the failure of your products, your work, or your completed work to conform with advertised quality or performance.

We explain the terms your products, your work, and your completed work in the Products and completed work total limit section.

**Product recall.** We won't cover any loss, cost, or expense that is incurred by you or others and results from any recall, removal, or withdrawal of:

- impaired property;
- your products; or
- your completed work;

from the market, or from use by any person or organization, for any reason.

Nor will we cover any loss, cost, or expense that is incurred by you or others and results from the:

- loss of use;
- adjustment, inspection, repair;
- replacement; or
- disposal;

© 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved

of such property, products, or completed work.

We explain the terms:

- impaired property in the Impaired property exclusion; and
- your products and your completed work in the Products and completed work total limit section.

**Unnamed partnership, joint venture, or limited liability company.** We won't cover injury or damage or medical expenses that result from the conduct of any current or past partnership, joint venture, or limited liability company that isn't shown in the Introduction as a named insured.

But we won't apply this exclusion to the extent such organization otherwise qualifies as a protected person under the Who Is Protected Under This Agreement section.

**Watercraft.** We won't cover bodily injury, property damage, or medical expenses that result from the:

- ownership, maintenance, use, or operation;
- loading or unloading;
- entrustment to others; or
- supervision of others in or for the maintenance, use, operation, loading or unloading, or entrustment to others;

of any watercraft owned, operated, rented, leased, or borrowed by any protected person.

But we won't apply this exclusion to the liability of another to pay damages for bodily injury or property damage if you have assumed such liability under a covered contract that:

- is for the ownership, maintenance, or use of a watercraft; and
- was made before the bodily injury or property damage happens.

Nor will we apply this exclusion to premises damage.

Also, we won't apply this exclusion to bodily injury, property damage, or medical expenses that result from:

- watercraft while ashore on premises that you rent or lease from others, or own;
- watercraft you don't own that is less than 75 feet long and isn't being used to carry persons or property for a charge; or
- the operation of specialized equipment.

We explain the terms:

- covered contract in the Contract liability exclusion;
- entrustment to others, loading or unloading, and supervision of others, in the Auto exclusion;
- premises damage in the Each event limit section; and
- specialized equipment in the Mobile equipment exclusion.

**Workers compensation and other benefits laws.** We won't cover any obligation that the protected person has under any:

- workers compensation law;
- disability benefits law;
- unemployment compensation law; or
- similar law.

**Wrong price description.** We won't cover advertising injury that results from the wrong description of the price of your products, your work, or your completed work.

We explain the terms your products, your work, and your completed work in the Products and completed work total limit section.

## Other Insurance

This agreement is primary insurance. If there is any valid and collectible other insurance for injury or damage covered by this agreement, the following applies in connection with that other insurance:

*Other insurance* means insurance, or the funding of losses, that's provided by or through:

- another insurance company;
- us, except under this agreement;
- any of our affiliated insurance companies;
- any risk retention group;
- any self-insurance method or program, other than any funded by you and over which this agreement applies; or
- any similar risk transfer or risk management method.

However, we won't consider umbrella insurance, or excess insurance, that you bought specifically to apply in excess of the limits of coverage that apply under this agreement to be other insurance.

**Primary or excess other insurance**. When there is primary other insurance, we'll share with that other insurance any damages for injury or damage covered by this agreement. We'll do so with one of the methods of sharing described in the Methods of sharing section.

However, we'll apply this agreement as excess insurance over the part or parts of any primary or excess other insurance that provide:

- property or similar coverage for property damage to your work;
- property or similar coverage for property damage to premises that you rent, lease, or borrow from others, other than premises you rent for a period of seven or fewer consecutive days;
- aircraft, auto, or watercraft bodily injury or property damage coverage; or
- protection for you as an additional insured or additional protected person.

We explain how we'll apply this agreement as excess insurance in the When this agreement is excess insurance section.

*Aircraft, auto, or watercraft bodily injury or property damage coverage* means coverage for bodily injury or property damage that:

- results from the maintenance, use, operation, or loading or unloading of any aircraft, auto, or watercraft; and
- isn't specifically excluded by the Aircraft, Auto, or Watercraft exclusions in this agreement.

We explain the term your work in the Products and completed work total limit section.

**When this agreement is excess insurance.**
When this agreement is excess insurance, we won't have a duty to defend the protected person against the part or parts of any claim or suit for which any other insurer has the duty to defend that protected person.

However, we'll defend the protected person against a claim or suit for injury or damage covered by this agreement if no other insurer will do so. In return we'll require that we be given all of that protected person's rights against each such insurer.

Also, we'll pay only the amount of damages that's in excess of:

- the total amount that all such other insurance would pay if this agreement didn't exist; and
- the total of all deductible and self-insured amounts under all such other insurance.

But we won't pay more than the limits of coverage that apply under this agreement.

**Methods of sharing**. We'll use one of the methods of sharing described below.

*Contribution by equal shares.* If all of the other insurance permits contribution by equal shares, we'll share the damages equally. But we won't pay more than the limits of coverage that apply under this agreement. If any policy reaches its limit before the entire amount of damages is paid, the remaining policies will share the balance equally until their limits have been used up or the amount of the damages is paid in full. For example:

*You are required by a court to pay damages of $1,000,000. Besides this agreement, two other policies apply to the judgment. The limit under this agreement is $500,000. Policy B has a $100,000 limit and Policy C's limit is $300,000.*

*First, $100,000 is subtracted from each policy's limit because that is the lowest limit provided by any of the three policies. The result is Policy B's limit is used up, the balance due on the judgment is $700,000, $400,000 remains of this agreement's limit, and the unused portion of Policy C's limit equals $200,000.*

*Next, $200,000 is subtracted from the limit under this agreement and Policy C because that amount equals the smallest amount of limit remaining on either policy after the initial $100,000 payment. The result is Policy C's limit is used up, the balance due on the judgment is now $300,000, and this agreement has $200,000 of its limit remaining.*

*Finally, the rest of the limit under this agreement is paid. The result is this agreement's limit is used up and the balance due on the judgment is now $100,000, which you must pay. The total paid under each policy is $500,000 this agreement, $100,000 Policy B, and $300,000 Policy C.*

*Contribution by limits.* If any of the other insurance doesn't permit contribution by equal shares, we'll pay the portion of the damages that is equal to our percentage of the total of all limits that apply. But we won't pay more than the limits of coverage that apply under this agreement. For example:

*You are required by a court to pay damages of $600,000. Besides this* *agreement, another policy applies to the judgment. The limit under this agreement is $300,000. Policy B has a $100,000 limit. The total limit of all insurance is $400,000.*

*Our limit is 75% ($300,000/$400,000) of the total limit. But we won't pay 75% of the judgment because that $450,000 share is more than our limit. We'll pay only our limit, which is $300,000.*

© 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved

## FINANCIAL PROFESSIONAL SERVICES EXCLUSION ENDORSEMENT

This endorsement changes your Commercial
General Liability Protection.

### How Coverage Is Changed

The following is added to the Exclusions -
What This Agreement Won't Cover section.
This change excludes coverage.

**Financial professional services.** We won't
cover injury or damage or medical expenses
that result from the performance of or
failure to perform any financial professional
service.

*Financial professional service* means any
financial activity or service, including any of
the following activities or services:

- Advisory or fiduciary services.
- Lending, leasing, or mortgage operations.
- Debiting, crediting, or accounting services.
- Maintaining financial accounts or records.
- Offering, selling, financing, or
  administering any insurance product.
- Collecting, refunding, or failing to refund
  premiums, interest, fees, or other charges
  for any insurance product.
- Acting as an assignee for the benefit of
  creditors.
- Credit checking or reporting.
- Tax planning, withholding, or advisory
  operations.
- Escrow, electronic funds transfer, or trust
  operations.
- The issuance or sale of bank or certified
  checks, letters of credit, money orders, or
  travelers checks.

### Other Terms

All other terms of your policy remain the
same.

## UMBRELLA EXCESS LIABILITY PROTECTION
## COVERAGE SUMMARY



This Coverage Summary shows the limits of coverage and deductible that apply to your Umbrella Excess Liability Protection. It also lists those endorsements, if any, that must have certain information shown for them to apply.

### Limits Of Coverage

| | |
|---|---|
| **General total limit.** | $4,000,000 |
| **Products and completed work total limit.** | $4,000,000 |
| **Personal injury each person limit.** | $4,000,000 |
| **Advertising injury each person limit.** | $4,000,000 |
| **Each event limit.** | $4,000,000 |

**Deductible**                    $10,000
(This deductible applies to each event or offense not covered by your Basic Insurance.)

### Named Endorsement Table

**Important Note:** Only endorsements that must have certain information shown for them to apply are named in this table. The required information follows the name of each such endorsement. Other endorsements may apply, too. If so, they're listed on the Policy Forms List.

---

**Name of Insured**

WALKER & DUNLOP, INC.

**Policy Number** FS06803591

**Effective Date** 06/01/06

**Processing Date** 06/19/06   11:59   001

E0119 Ed. 3-96                    Coverage Summary
© 1996 The St. Paul Travelers Companies, Inc. All Rights Reserved                    Page   1

E0119 Ed. 3-96
Page    2                    © 1996 The St. Paul Travelers Companies, Inc. All Rights Reserved

# UMBRELLA EXCESS LIABILITY PROTECTION
## SCHEDULE OF BASIC INSURANCE



This schedule describes your Basic Insurance.

**Important Note:** Basic Insurance means only the insurance described in this schedule for which limits of coverage amounts are shown.

---

## Schedule of Basic Insurance

### Commercial General Liability

Insurer St. Paul Mercury Insurance Co.

Policy number FS06803591

Policy period 06/01/2006 TO 06/01/2007

Coverage is:  ☐ claims-made
              ☒ not claims-made

### Limits Of Coverage

| | |
|---|---|
| General total limit. | $2,000,000 |
| Products and completed work total limit. | $2,000,000 |
| Personal injury each person limit. | $1,000,000 |
| Advertising injury each person limit. | $1,000,000 |
| Each event limit. | $1,000,000 |
| Premises damage limit. | $100,000 |

---

### Automobile Liability

Insurer St. Paul Mercury Insurance Co.

Policy number FS06803591

Policy period 06/01/2006 TO 06/01/2007

### Limits Of Coverage

Bodily injury and property damage combined.
Each accident
$1,000,000

Bodily injury.
Each person        Each accident
$                  $

Property damage
Each accident
$

---

### Employers Liability

Insurer Hartford Insurance Co. of the Midwest

Policy number 42WEKL1880

Policy period 06/01/2006 TO 06/01/2007

### Limits Of Coverage

Bodily injury by accident.
Each accident
$500,000

Bodily injury by disease.
Policy limit       Each employee
$500,000           $500,000

---

**Name of Insured**        **Policy Number** FS06803591        **Effective Date** 06/01/06

WALKER & DUNLOP, INC.                                          **Processing Date** 06/19/06   11:59   001

---

47123 Ed. 4-91
© 1991 The St. Paul Travelers Companies, Inc. All Rights Reserved

Schedule of Basic Insurance

# UMBRELLA EXCESS LIABILITY PROTECTION

This insuring agreement provides excess liability protection for your business. There are, of course, limitations and exclusions throughout this agreement that apply to that protection. As a result, this agreement should be read carefully to determine the extent of the coverage provided to you and other protected persons.

| Table of Contents | Page |
|---|---|
| **What This Agreement Covers** | 2 |
| What We'll Pay | 2 |
| Bodily injury and property damage liability. | 2 |
| Personal injury liability. | 3 |
| Advertising injury liability. | 4 |
| Coverage When Your Basic Insurance Applies | 4 |
| Coverage above Basic Insurance limits other than total limits. | 4 |
| Coverage above reduced or exhausted Basic Insurance total limits. | 5 |
| Coverage When Your Basic Insurance Doesn't Apply | 6 |
| Right And Duty To Defend A Protected Person | 6 |
| Right To Appeal A Judgment Against A Protected Person | 6 |
| Additional Payments | 7 |
| **When This Agreement Covers** | 8 |
| **Where This Agreement Covers** | 8 |
| **Who Is Protected Under This Agreement** | 8 |
| Who Is Protected For Claims Or Suits Not Related To Autos | 8 |
| Individual. | 8 |
| Partnership or joint venture. | 8 |
| Limited liability company. | 8 |
| Corporation or other organization. | 8 |
| Employees. | 8 |
| Real estate managers. | 9 |
| Operators of registered mobile equipment. | 9 |
| Newly acquired or formed organizations. | 9 |
| Other protected persons under your Basic Insurance. | 10 |
| Who Is Protected For Auto-Related Claims Or Suits | 10 |
| Separation Of Protected Persons | 10 |
| **Limits Of Coverage** | 10 |
| General total limit. | 10 |
| Products and completed work total limit. | 11 |
| Personal injury each person limit. | 12 |
| Advertising injury each person limit. | 12 |
| Each event limit. | 12 |
| How the limits of coverage apply if a total limit is left blank. | 12 |
| **Deductible** | 12 |
| **Exclusions — What This Agreement Won't Cover** | 13 |
| Advertising, broadcasting, or publishing business. | 13 |
| Aircraft. | 13 |
| Breach of contract. | 13 |
| Contract liability. | 14 |
| Control of property. | 14 |
| Damage to your products or completed work. | 14 |
| Deliberately breaking the law. | 14 |
| Employers liability. | 15 |
| Expected or intended bodily injury or property damage. | 15 |
| False material. | 15 |
| Impaired property. | 15 |
| Injury to owners or fellow employees. | 16 |
| Intellectual property. | 16 |
| Liquor liability. | 16 |
| Material previously made known or used. | 17 |
| Nuclear energy liability. | 17 |
| Pollution bodily injury or property damage related to autos. | 18 |
| Pollution injury or damage. | 18 |
| Pollution work loss, cost, or expense. | 20 |
| Poor quality or performance. | 21 |
| Product recall. | 21 |
| Racing mobile equipment. | 22 |
| Uninsured motorists. | 22 |
| Unnamed partnership, joint venture, or limited liability company. | 22 |
| Watercraft. | 22 |
| Workers compensation and other benefit laws. | 23 |
| Wrong price description. | 23 |
| **Other Insurance** | 23 |

**Other Rules For This Agreement** 23
Our Duty To Reimburse When You Must
   Pay                                          23
Maintaining Your Basic Insurance              23
Premium                                        23
Recovering Damages From A Third Party         24
   Division of recovery.                        24
   Recovery expenses.                           24

## What This Agreement Covers

### What We'll Pay

**Bodily injury and property damage liability.**
We'll pay amounts any protected person is legally required to pay as damages for covered bodily injury or property damage that:

- happens while this agreement is in effect; and
- is caused by an event.

*Protected person* means any person or organization that qualifies as a protected person under the Who Is Protected Under This Agreement section.

*Bodily injury* means any physical harm, including sickness or disease, to the physical health of other persons.

We'll consider any of the following that happens at any time to be part of such physical harm, sickness, or disease, if it results in or from such physical harm, sickness, or disease:

- Mental anguish, injury, or illness.
- Emotional distress.
- Care, loss of services, or death.

We'll consider any bodily injury that's a continuation, change, or resumption of previously known bodily injury to happen before this agreement begins if such continuation, change, or resumption would otherwise be covered by this agreement because of a continuous, multiple, or other coverage trigger required under the law that applies.

Of course, if there's a continuation, change, or resumption, after this agreement ends, of bodily injury that:

- isn't previously known bodily injury; and

happens while this agreement is in effect; we'll consider such continuation, change, or resumption to also happen while this agreement is in effect if that would be the result because of a continuous, multiple, or other coverage trigger required under the law that applies.

*Previously known bodily injury* means bodily injury that happened before this agreement begins and was known by you or any described individual protected person before this agreement begins as a result of any of the following at that time:

- You or any described individual protected person reporting all or part of that bodily injury to us or any other insurer.
- You or any described individual protected person receiving a claim or suit for all or part of that bodily injury.
- Any described individual protected person witnessing, or being told of, the beginning, or any change, continuation, or resumption, of all or part of that bodily injury.

*Described individual protected person* means any of the following:

- You or your spouse if you are an individual.
- Any of your partners or co-venturers that are individuals, or their spouses, if you are a partnership or joint venture.
- Any of your members or managers if you are a limited liability company.
- Any of your directors or executive officers if you are a corporation or other organization.
- Any of your employees who is or acts as your insurance or risk manager or holds a position in your insurance, risk management, or legal department.

*Property damage* means:

- physical damage to tangible property of others, including all resulting loss of use of that property; or
- loss of use of tangible property of others that isn't physically damaged. For example:

*One of your employees accidentally causes a fire in your premises. The fire department responds and orders nearby businesses to close for safety reasons while it fights the fire. Your premises is heavily damaged by the fire. But none of the nearby businesses are physically*

© 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved

*damaged. As a result, we'll consider the period of time those businesses are closed due to your fire to be loss of use of tangible property of others that isn't physically damaged.*

We'll consider all physical damage to tangible property of others that's a continuation, change, or resumption of previously known physical damage to tangible property of others to happen before this agreement begins if such continuation, change, or resumption would otherwise be covered by this agreement because of a continuous, multiple, or other coverage trigger required under the law that applies.

Of course, if there's a continuation, change, or resumption, after this agreement ends, of physical damage to tangible property of others that:

- isn't previously known physical damage to tangible property of others; and

- happens while this agreement is in effect;

we'll consider such continuation, change, or resumption to also happen while this agreement is in effect if that would be the result because of a continuous, multiple, or other coverage trigger required under the law that applies.

We'll consider all loss of use of:

- damaged tangible property to happen at the time of the physical damage that caused it; and

- undamaged tangible property to happen at the time of the event which caused it.

*Previously known physical damage to tangible property of others* means physical damage to tangible property of others that happened before this agreement begins and was known by you or any described individual protected person before this agreement begins as a result of any of the following at that time:

- You or any described individual protected person reporting all or part of that property damage to us or any other insurer.

- You or any described individual protected person receiving a claim or suit for all or part of that property damage.

- Any described individual protected person witnessing, or being told of, the beginning, or any change, continuation, or resumption, of all or part of that property damage.

*Event* means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

We explain the terms:

- claim and suit in the Right and duty to defend a protected person section;

- executive officer and other organization in the Corporation or other organization section; and

- employee in the Employees section.

**Personal injury liability.** We'll pay amounts any protected person is legally required to pay as damages for covered personal injury that:

- results from your business activities; and

- is caused by a personal injury offense committed while this agreement is in effect.

*Personal injury* means injury, other than bodily injury or advertising injury, that's caused by a personal injury offense.

*Personal injury offense* means any of the following offenses:

- False arrest, detention, or imprisonment.

- Malicious prosecution.

- Wrongful entry into, or wrongful eviction from, a room, dwelling, or premises that a person occupies, if such entry or eviction is committed by or for the landlord, lessor, or owner of that room, dwelling, or premises.

- Invasion of the right of private occupancy of a room, dwelling, or premises that a person occupies, if such invasion is committed by or for the landlord, lessor, or owner of that room, dwelling, or premises.

- Libel, or slander, in or with covered material.

- Making known to any person or organization covered material that disparages the business, premises, products, services, work, or completed work of others.

- Making known to any person or organization covered material that violates a person's right of privacy.

*Covered material* means any material in any form of expression, including material made

known in or with any electronic means of communication, such as the Internet.

But we won't consider the following to be covered material:

- Any website, part of a website, or content of a website, that's designed, built, maintained, or determined for others by or for any protected person whose business is designing, building, or maintaining, or determining the content of, websites for others.
- Any material made known in an electronic chatroom or bulletin board over which any protected person exercises control, or that any protected person hosts or owns.

**Advertising injury liability.**  We'll pay amounts any protected person is legally required to pay as damages for covered advertising injury that:

- results from the advertising of your products, your work, or your completed work; and
- is caused by an advertising injury offense committed while this agreement is in effect.

We won't consider advertising, borders, or frames for or of others, or links for or to others, that are on or in your website to be advertising of your products, your work, or your completed work.

*Advertising injury* means injury, other than bodily injury or personal injury, that's caused by an advertising injury offense.

*Advertising injury offense* means any of the following offenses:

- Libel, or slander, in or with covered material.
- Making known to any person or organization covered material that disparages the business, premises, products, services, work, or completed work of others.
- Making known to any person or organization covered material that violates a person's right of privacy.
- Unauthorized use of any advertising idea or advertising material, or any slogan or title, of others in your advertising.

*Advertising* means attracting the attention of others by any means for the purpose of:

- seeking customers or supporters; or

- increasing sales or business.

*Advertising idea* means a manner or style of advertising that others use and intend to attract attention in their advertising.

But we won't consider information used to identify or record customers or supporters, such as a list of customers or supporters, to be an advertising idea.

*Advertising material* means any covered material that:

- is subject to copyright law; and
- others use and intend to attract attention in their advertising.

*Slogan* means a phrase that others use and intend to attract attention in their advertising.

But we won't consider slogan to include a phrase used as, or in, the name of:

- any person or organization, other than you; or
- any business, or any of the premises, products, services, work, or completed work, of any person or organization, other than you.

*Title* means a name of a literary or artistic work.

We explain the terms:

- covered material in the Personal injury liability section; and
- your products, your work, and your completed work in the Products and completed work total limit section.

**Coverage When Your Basic Insurance Applies**

**Coverage above Basic Insurance limits other than total limits.**  We'll pay damages that:

- are covered by this agreement;
- are covered by your Basic Insurance; and
- exceed your Basic Insurer's payment of the limits of coverage in your Basic Insurance, other than your total limits.

But we'll pay covered damages only up to the limits of coverage that apply under this agreement.  For example:

*You are the owner of a store. A customer slips and falls in your store and suffers*

serious injury. The customer then sues you and the court awards him $1,250,000 in damages.

Your basic liability insurance has a limit of $1,000,000 and the limit of coverage under this agreement is $1,000,000. After your Basic Insurer has paid its $1,000,000 coverage limit, we'll pay $250,000 because:

- that's the amount by which the damages exceed the limit of your Basic Insurance; and
- it's less than the limit under this agreement.

Your Basic Insurance means only the Basic Insurance described in the Schedule Of Basic Insurance for which limits of coverage amounts are shown in that schedule.

Your Basic Insurer means the insurance company that provides your Basic Insurance.

Total limits may also be called aggregate or policy limits in your Basic Insurance.

**Coverage above reduced or exhausted Basic Insurance total limits.** We'll pay damages above reduced total limits in your Basic Insurance. But only if they've been reduced solely by your Basic Insurer's payment of:

- damages that would be covered by this agreement; or
- medical expenses that result from bodily injury caused by an event that happens while this agreement is in effect.

If any of your Basic Insurance total limits are used up because your Basic Insurer paid the damages or medical expenses described above, this agreement will then replace your Basic Insurance for damages covered by this agreement.

However, if any of your Basic Insurance total limits are reduced or used up because your Basic Insurer paid:

- damages that wouldn't be covered by this agreement; or
- medical expenses that result from bodily injury caused by an event that doesn't happen while this agreement is in effect;

we'll continue to apply this agreement only to damages that:

- are covered by this agreement; and

- exceed your Basic Insurance limits of coverage shown in the Schedule Of Basic Insurance.

For example:

Your Basic Insurance begins on January 1 and has a $1,000,000 total limit. This agreement begins on May 1 and has a $1,000,000 each event and general total limit.

On April 1 a visitor sustains a serious back injury due to a condition on your premises. The visitor sues you and is awarded $250,000 in damages by the court. Your Basic Insurer pays that amount. As a result, your remaining Basic Insurance total limit is reduced to $750,000.

On October 1 your elevator malfunctions and causes serious injury to several visitors. They sue you and are awarded $1,250,000 in damages by the court. Your Basic Insurer pays its remaining $750,000 total limit. You would then be responsible for paying the next $250,000 of damages before we would pay the remaining $250,000.

Your share of the damages happens because the back injury happened before the May 1 effective date of this agreement. Therefore, it is not covered by this agreement and would not meet the requirements of this agreement with respect to coverage above reduced total limits.

Medical expenses means the reasonable expenses incurred by any person or organization for necessary medical services received by a person anytime within three years of the beginning date of an event that causes that person to sustain bodily injury.

Medical services includes:

- first aid received at the time of an event;
- ambulance and emergency care services;
- dental, hospital, medical, nursing, surgical, x-ray, and other health care professional services;
- artificial limbs and organs; and
- funeral services.

Offense means any:

- personal injury offense; or

• advertising injury offense.

We explain the term health care professional services in the Employees section.

## Coverage When Your Basic Insurance Doesn't Apply

We'll pay amounts any protected person is legally required to pay as damages for injury or damage that:

• is covered by this agreement; and

• is not covered by your Basic Insurance.

However, we'll pay only those amounts that are excess of the deductible shown in the Coverage Summary or the amounts payable by other insurance, whichever is greater. We'll then pay the remaining damages up to the limit of coverage that applies under this agreement.

*Injury or damage* means bodily injury, personal injury, advertising injury, or property damage.

*Other insurance* means valid and collectible insurance that:

• isn't your Basic Insurance; and

• isn't specifically purchased to be excess of this agreement.

Other insurance includes alternative risk transfer, risk management, or financing methods or programs, such as risk retention groups or self-insurance methods or programs.

## Right And Duty To Defend A Protected Person

We have no duty to defend any protected person against a claim or suit if your Basic Insurance, or any other insurance, has a duty to defend that protected person. However, we'll have the right to associate in the defense and control of any claim or suit that's reasonably likely to involve the coverage provided by this agreement.

We'll assume the duty to defend a protected person against a claim or suit for injury or damage covered by this agreement. But only if:

• your Basic Insurer paid its limit of coverage for the event or offense that caused the claim or suit;

• your Basic Insurer paid its total limit of coverage as described in the Coverage above reduced or exhausted Basic Insurance total limits section; or

• your Basic Insurance, or any other insurance, doesn't cover the injury or damage.

We'll assume that duty even if all of the allegations of the claim or suit are groundless, false, or fraudulent. But we won't have a duty to perform any other act or service.

We'll have the right to investigate any event, offense, claim, or suit to the extent we believe is proper. We'll also have the right to settle any claim or suit for amounts within:

• the applicable deductible; or

• the available limits of coverage for this agreement.

Our duty to defend ends when we have used up the limits of coverage that apply with the payment of damages.

If the laws or rules of a country or jurisdiction prohibit us from fulfilling our duty to defend a protected person, the protected person will be responsible for providing that defense. We'll repay that protected person for the expenses incurred to provide such defense, subject to the limitations of coverage in the Additional Payments section.

*Claim* means a demand that seeks damages.

*Suit* means a civil proceeding that seeks damages. It includes:

• an arbitration proceeding for damages to which the protected person must submit, or submits with our consent; and

• any other alternative dispute resolution proceeding for damages to which the protected person submits with our consent.

## Right To Appeal A Judgment Against A Protected Person

We'll have the right to appeal a judgment that we don't have a duty to appeal. But only if the judgment:

• includes damages for injury or damage covered by this agreement;

• is awarded in a suit against a protected person;

© 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved

- is for more than the amount of your deductible or the limits of coverage under your Basic Insurance, whichever applies; and
- isn't appealed by the protected person and your Basic Insurer.

If we appeal such a judgment, we'll pay the following that result directly from that appeal:

- All expenses we incur.
- All reasonable expenses that any protected person incurs at our request while helping us with the appeal, other than the cost of appeal bonds.
- The cost of any required appeal bond. But only for that part of the judgment that is for damages covered by this agreement and is within the available limit of coverage. However, we'll pay, or reimburse the protected person, for the cost of a higher appeal bond amount if we're required to do so under the law that applies. But we won't be the principal under any such bond. Nor do we have to furnish any appeal bond.
- All postjudgment interest that accumulates on the full amount of the judgment. But only from the date of the judgment to the date we pay, or deposit in court, the limit of coverage that applies to the judgment.

These payments are in addition to the limits of coverage. However, the results of an appeal won't change the limits of coverage that apply under this agreement.

### Additional Payments

We'll have the duty to make only the additional payments shown below in connection with any claim or suit under this agreement against a protected person when we:

- investigate or settle the claim or suit;
- defend the protected person against the claim or suit; or
- pay our part of a judgment.

But we'll do so only to the extent that these payments are not covered by your Basic Insurance or any other insurance.

If the laws or rules of a country or jurisdiction prohibit us from providing any of these additional payments, we'll repay the protected person for any such amounts that protected person incurred with our consent.

These payments are in addition to the limits of coverage.

Our duty to make such payments ends when we have used up the limits of coverage that apply with the payment of damages.

*Our expenses.* We'll pay all expenses we incur.

*Bail bonds.* We'll pay up to $250 of the cost of bail bonds that are required because of accidents or violations of traffic laws. But only if the accidents or violations result from the use of a vehicle to which this agreement applies. We don't have to furnish such bonds.

*Bonds to release property.* We'll pay the cost of bonds to release property that's being used to secure a legal obligation. But only for bond amounts within the available limit of coverage. We don't have to furnish such bonds.

*Expenses incurred by protected persons.* We'll pay all reasonable expenses that any protected person incurs at our request while helping us investigate or settle, or defend a protected person against, a claim or suit. But we won't pay more than $500 per day for earnings actually lost by the protected person because of time taken off from work.

*Taxed costs.* We'll pay all costs taxed against any protected person for covered injury or damage in a suit.

*Prejudgment interest.* We'll pay the interest that accumulates before a judgment and is awarded against the protected person on that part of a judgment we pay. But if we make a settlement offer to pay the available limit of coverage, we won't pay the prejudgment interest that accumulates after the date of our offer.

*Postjudgment interest.* We'll pay all interest that accumulates on the full amount of that part of a judgment for which we make a payment. But only from the date of the judgment to the date we pay, or deposit in court, the limit of coverage that applies to the judgment.

*Appeal bonds.* If we have the duty to appeal a judgment that includes damages covered by this agreement, and you agree we can appeal that judgment, we'll pay the

cost of any appeal bond required for that appeal. But only for that part of the judgment that is for damages covered by this agreement and is within the available limit of coverage. However, we'll pay, or reimburse the protected person, for the cost of a higher appeal bond amount if we're required to do so under the law that applies. But we won't be the principal under any such bond. Nor do we have to furnish any appeal bond. The results of an appeal won't change the limits of coverage that apply under this agreement.

## When This Agreement Covers

We'll apply this agreement to claims or suits for covered injury or damage whenever they're made or brought.

## Where This Agreement Covers

We'll apply, and make payments under, this agreement for covered injury or damage that's caused by events that happen, or offenses that are committed, anywhere.

However, we won't apply, or make payments under, this agreement for injury or damage that's caused by events that happen, or offenses that are committed, in a country or jurisdiction while any embargo, trade sanction, or similar regulation imposed by the United States of America applies to, and prohibits the transaction of business with or within, that country or jurisdiction.

## Who Is Protected Under This Agreement

### Who Is Protected For Claims Or Suits Not Related To Autos

This section describes who is protected for claims or suits for covered injury or damage that doesn't result from the use of an auto. We explain who is protected for auto-related claims and suits in the Who Is Protected For Auto-Related Claims Or Suits section.

**Individual.** If you are shown in the Introduction as a named insured and an individual, you and your spouse are protected persons only for the conduct of a business of which you are the sole owner.

**Partnership or joint venture.** If you are shown in the Introduction as a named insured and a partnership or a joint venture, you are a protected person. Your partners and co-venturers, and their spouses, are protected persons only for the conduct of your business.

**Limited liability company.** If you are shown in the Introduction as a named insured and a limited liability company, you are a protected person. Your members are protected persons only for the conduct of your business. And your managers are protected persons only for their duties as your managers.

**Corporation or other organization.** If you are shown in the Introduction as a named insured and a corporation or an other organization, you are a protected person. Your directors and executive officers are protected persons only for the conduct of their duties as your directors or executive officers. And your stockholders are protected persons only for their liability as your stockholders.

*Other organization* means an organization other than a corporation, partnership, joint venture, or limited liability company.

*Executive officer* means any person holding an officer position created by the charter, constitution, or by-laws, or any other similar governing document, of a corporation or other organization.

**Employees.** Your employees are protected persons only for:

- work done within the scope of their employment by you; or
- their performance of duties related to the conduct of your business.

However, no employee is a protected person for bodily injury or personal injury that results from their performance of or failure to perform health care professional services. But we won't apply this exclusion to bodily injury that results from the providing of or failure to provide first aid by an employee, other than an employed doctor.

No employee is a protected person for property damage to property that's owned, rented, leased, or borrowed by that employee or any fellow employee.

© 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved

We won't apply this Employees section to the following protected persons:

- Your managers if you are a limited liability company.  Instead, we'll apply the Limited liability company section to them.
- Your executive officers if you are a corporation or an other organization. Instead, we'll apply the Corporation or other organization section to them.

*Employee* includes a leased worker, other than a leased temporary worker.

*Leased worker* means any person who:

- is hired from an employee leasing firm under a contract or agreement between the hirer and that firm; and
- is performing duties related to the conduct of the hirer's business.

*Employee leasing firm* means any person or organization who hires out workers to others.  It includes any:

- employment agency, contractor, or service;
- labor leasing firm; or
- temporary help service.

*Leased temporary worker* means a leased worker who is hired to:

- temporarily take the place of a permanent employee on leave; or
- meet seasonal or short-term workload conditions.

*Health care professional services* includes:

- any dental, medical, mental, nursing, surgical, x-ray, or other health care professional service, including any advice, instruction, food, or beverage provided with such service;
- the dispensing of drugs or medical or dental supplies and appliances; and
- the handling or treatment of corpses, including autopsies, organ donations, and other postmortem procedures.

**Real estate managers.**  Your real estate managers are protected persons only for their management of premises that you rent, lease, or borrow from others, or own.  They may be persons or organizations.

But we won't apply this Real estate managers section to your employees. Instead, we'll apply the Employees section to them.

**Operators of registered mobile equipment.**  All operators of registered mobile equipment are protected persons for covered bodily injury or property damage that results from their driving of such equipment on a public street or road with your permission.

Any person or organization legally responsible for the driving conduct of those operators is also a protected person for such bodily injury or property damage.  But only if there's no other insurance available to cover its liability for the operators.

However, no operator or any other person or organization is a protected person for:

- bodily injury to a fellow employee of the person driving the equipment; or
- property damage to property controlled by you or the employer of an operator who is a protected person.

*Registered mobile equipment* means mobile equipment that's registered in your name under any motor vehicle registration law.

*Controlled by* means:

- owned, rented, leased, occupied, borrowed, or used by;
- in the care, custody, or control of; or
- being physically controlled for any purpose by.

We explain the term mobile equipment in the Racing mobile equipment exclusion.

**Newly acquired or formed organizations.**  Any organization that you acquire or form while this agreement is in effect that isn't a partnership, joint venture, or limited liability company is a protected person if you own more than 50% of it.

However, no newly acquired or formed organization is a protected person for:

- more than 180 days, or the remainder of the time this agreement is in effect, whichever period is shorter, from the date you acquire or form it, unless we agree it should continue to be a protected person after the end of that period of time;
- bodily injury or property damage that happened before you acquired or formed it;
- personal injury or advertising injury that's caused by an offense committed before you acquired or formed it; or

- injury or damage that's covered by other similar excess liability insurance, other than insurance specifically written to be excess over this agreement.

**Other protected persons under your Basic Insurance.** Any other person or organization that's a protected person under your Basic Insurance is also a protected person under this agreement. But the protection under this agreement for each such person or organization is limited to the type and scope of coverage provided by your Basic Insurance.

If any such person or organization is included as a protected person under your Basic Insurance because:

- a written contract has been made with you before the bodily injury or property damage happens or the offense is committed; and
- that contract requires you to provide liability insurance on behalf of that person or organization;

we'll consider that person or organization to be a protected person under this agreement. But only to the extent that the limits of coverage required by the contract exceed your Basic Insurance limits of coverage, subject to the limits of coverage for this agreement.

**Who Is Protected For Auto-Related Claims Or Suits**

Any person or organization that's a protected person under your automobile Basic Insurance for the use of an auto is a protected person under this agreement for claims or suits for covered bodily injury or property damage that results from the use of the auto.

*Auto* means any land motor vehicle, trailer, or semitrailer that's designed for travel on public streets or roads.

We'll consider any machinery or equipment that's permanently attached to an auto to be part of the auto.

But we won't consider mobile equipment to be an auto.

We explain the term mobile equipment in the Racing mobile equipment exclusion.

**Separation Of Protected Persons**

We'll apply this agreement separately to each protected person.

However, all protected persons share the limits of coverage shown in the Coverage Summary. We explain how in the Limits Of Coverage section.

Also, any right or duty specifically assigned to the first named insured remains unchanged. We explain those rights and duties in the General Rules, which is a part of your policy.

**Limits Of Coverage**

The limits of coverage shown in the Coverage Summary and the information contained in this section fix the most we'll pay as damages, regardless of the number of:

- protected persons;
- claims made or suits brought; or
- persons or organizations making claims or bringing suits.

**General total limit.** This is the most we'll pay for the combined total of:

- all covered bodily injury and property damage that happens in a policy year;
- all covered personal injury that's caused by all personal injury offenses committed in a policy year; and
- all covered advertising injury that's caused by all advertising injury offenses committed in a policy year.

However, we won't apply this limit to auto-related bodily injury or property damage covered by this agreement, other than auto-related bodily injury or property damage covered by your commercial general liability Basic Insurance.

Nor will we apply this limit to bodily injury or property damage that results from your products or your completed work. Instead, we'll apply the products and completed work total limit to such bodily injury or property damage covered by this agreement.

*Policy year* means the policy period shown in the Introduction, or the period of time that this agreement is in effect, whichever period is shorter. But when that period is

© 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved

longer than one year, policy year means each of the following periods of time that this agreement is in effect, starting with the beginning date of this agreement:

- Each consecutive one-year period.
- Any period that remains after the last consecutive one-year period.

However, if the original policy period shown in the Introduction is extended for a period of less than one year, we'll consider each such extended period to be part of the last policy year, regardless of the number of extensions provided.

For example:

*Your original policy period is two years and nine months long. As a result, it has three policy years, each one separate from the other. The first is the first one-year period. The second is the next one-year period. And the third is the remaining nine-month period.*

*During the third policy year you request, and we provide, two separate extensions of the policy period: a three-month extension, and then a four-month extension. As a result, the third policy year becomes sixteen months long and is still subject to the same limits of coverage that applies when it was nine months long.*

We explain the products and completed work total limit, and the terms your products and your completed work, in the Products and completed work total limit section.

**Products and completed work total limit.** This is the most we'll pay for all covered bodily injury and property damage that:

- results from your products and your completed work; and
- happens in a policy year.

*Your products* means any of the goods or products that are or were manufactured, sold, handled, distributed, or disposed of by:

- you;
- others using your name; or
- any person or organization whose business or assets you've acquired.

Your products includes:

- all containers, equipment, materials, or parts provided with or for your products;

- any warranty provided with or for your products;
- any statement made, or that should have been made, about the durability, fitness, handling, maintenance, operation, performance, quality, safety, or use of your products; and
- all warnings, instructions, or directions provided, or that should have been provided, with or for your products.

But we won't consider the following to be your products:

- Goods or products that are still in your physical possession or on a premises that you rent, lease, or borrow from others, or own.
- Real property.
- Containers that are vehicles provided with or for your products.
- Property that's rented or leased to others.
- Property that you haven't sold, but which you allow others to use. For example, a vending machine.

*Your completed work* means your work that:

- is completed, including work that may need service, maintenance, correction, repair, or replacement, but which is otherwise complete; or
- has been abandoned by you.

We'll consider your work to be completed at the earliest of the following times:

- When all of the work called for in your contract has been completed.
- When all of the work to be done at the work site has been completed, if your contract calls for work at more than one site.
- When that part of the work at the work site has been put to its intended use by any person or organization, other than another contractor or subcontractor working on the same project.

Your completed work includes:

- any warranty provided with or for your completed work;
- any statement made, or that should have been made, about the durability, fitness, handling, maintenance, operation, performance, quality, safety, or use of your completed work; and
- all warnings, instructions, or directions provided, or that should have been

provided, with or for your completed work.

But we won't consider the following to be your completed work:

- Uninstalled equipment, abandoned or unused materials or parts, or tools.
- Work done in connection with transporting property.
- Any premises or other real property that you own.
- Any work done to a premises or other real property that you rent or lease from others, or own.
- Any work while on a premises that you rent, lease, or borrow from others, or own.

However, we'll consider a condition created in or on a vehicle in the course of work done in connection with transporting property to be your completed work if:

- the vehicle isn't owned or operated by you;
- the condition is created by the loading or unloading of the vehicle by a protected person; and
- the condition causes bodily injury or property damage.

*Your work* means any:

- work that you're performing or others are performing for you; or
- service that you're providing or others are providing for you.

Your work includes:

- all equipment, materials, parts, or tools being provided or used with or for your work;
- any statement being made, or that should have been made, about the durability, fitness, handling, maintenance, operation, performance, quality, safety, or use of your work; and
- all warnings, instructions, or directions being provided, or that should have been provided, with or for your work.

We explain the term loading or unloading in the Aircraft exclusion.

**Personal injury each person limit**. This is the most we'll pay for all covered personal injury that:

- is sustained by any one person or organization; and
- is caused by all personal injury offenses committed in a policy year.

**Advertising injury each person limit**. This is the most we'll pay for all covered advertising injury that:

- is sustained by any one person or organization; and
- is caused by all advertising injury offenses committed in a policy year.

**Each event limit**. This is the most we'll pay for all covered bodily injury and property damage that results from any one event.

**How the limits of coverage apply if a total limit is left blank**. If the amount of the general total limit or the products and completed work total limit is left blank in the Coverage Summary, we'll consider that total limit to be the same as the each event limit.

## Deductible

When injury or damage covered by this agreement is not covered by your Basic Insurance, the deductible shown in the Coverage Summary applies. However, when such injury or damage is covered by other insurance, the amount of the deductible is reduced by the amount payable by such other insurance. You will be responsible for paying up to the applicable deductible amount for each of the following:

- All covered bodily injury and property damage that results from any one event.
- All covered personal injury that is sustained by any one person or organization and is caused by all personal injury offenses committed in a policy year.
- All covered advertising injury that is sustained by any one person or organization and is caused by all advertising injury offenses committed in a policy year.

We may pay all or part of the deductible for you. If we do, you agree to repay that amount to us promptly after we notify you of the payment.

© 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved

## Exclusions – What This Agreement Won't Cover

**Advertising, broadcasting, or publishing business.** We won't cover personal injury that results from any of the following personal injury offenses committed by or for any protected person whose business is advertising, broadcasting, or publishing, if such offense is committed in any advertising, broadcasting, or publishing done by or for that protected person:

- Libel, or slander, in or with covered material.
- Making known to any person or organization covered material that disparages the business, premises, products, services, work, or completed work of others.
- Making known to any person or organization covered material that violates a person's right of privacy.

Nor will we cover advertising injury that results from an offense committed by or for any protected person whose business is advertising, broadcasting, or publishing.

We won't consider the placement of advertising, borders, or frames for or of others, or links for or to others, on or in a protected person's website, by itself, to mean that protected person's business is advertising.

*Broadcasting* means transmitting any audio or visual material for any purpose:

- by radio or television; or
- in or with any other electronic means of communication, such as the Internet, if that material is part of radio or television programming, other entertainment, music, or news programming, or advertising transmitted with that programming.

*Publishing* means creating and producing any material in any format for distribution or sale to others for any purpose.

But we won't consider creating and producing any of the following material in any format to be publishing:

- Correspondence written in the conduct of your business.
- Material, including bulletins, financial or annual reports, or newsletters, that describes or reports your business activities, your products, your work, or your completed work.

We explain the terms your products, your work, and your completed work in the Products and completed work total limit section.

**Aircraft.** We won't cover bodily injury or property damage that results from the:

- ownership, maintenance, use, or operation;
- loading or unloading;
- entrustment to others; or
- supervision of others in or for the maintenance, use, operation, loading or unloading, or entrustment to others;

of any aircraft owned, operated, rented, leased, or borrowed by any protected person.

But we won't apply this exclusion to bodily injury or property damage covered by your Basic Insurance.

*Loading or unloading* means the handling of property:

- while it's being moved from the place where it's accepted for transportation;
- while it's being loaded, transported, and unloaded; and
- until it's moved to the place where it's finally delivered.

But we won't consider moving property by an unattached mechanical device to be loading or unloading.

*Unattached mechanical device* includes any forklift, conveyor, or other unattached mechanical device, other than a hand truck.

*Entrustment to others* means:

- the permitting of others to use or do something; or
- the giving of something to others for safekeeping.

*Supervision of others* means:

- the directing, managing, or supervising of a worker, including his or her employment, hiring, evaluation, training, or work; or
- the directing, monitoring, safekeeping, or supervising of any other person or organization for any reason.

**Breach of contract.** We won't cover personal injury or advertising injury that results from the failure of any protected person to do what is required by a contract or agreement.

---

47550 Rev. 1-01     Insuring Agreement
© 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved

But we won't apply this exclusion to advertising injury that results from the unauthorized use of any advertising idea of others in your advertising if such use isn't specifically prohibited by the contract or agreement.

**Contract liability.** We won't cover injury or damage for which the protected person has assumed liability under any contract or agreement.

But we won't apply this exclusion to injury or damage for which the protected person would have liability without the contract or agreement.

Nor will we apply this exclusion to the liability of another to pay damages if:

- you've assumed such liability under a contract or agreement; and
- such damages are covered by your Basic Insurance.

Also, we'll assume the duty to defend an indemnitee against a claim or suit for injury or damage covered by this agreement. But only when your Basic Insurer has the duty to defend that indemnitee and that duty ends because your Basic Insurer has paid:

- its limit of coverage for the event or offense that caused the claim or suit; or
- its total limit of coverage as described in the Coverage above reduced or exhausted Basic Insurance total limits section.

Our duty to defend an indemnitee ends when we have used up the limits of coverage that apply with the payment of damages.

Any other terms and conditions of your Basic Insurance that:

- apply to the duty to defend an indemnitee;
- apply to the right to appeal a judgment awarded in a suit against an indemnitee; or
- consider indemnitee defense expenses assumed under contract to be damages;

also apply to this agreement.

*Indemnitee* means any person or organization that you have agreed under a contract or agreement to indemnify or hold harmless.

**Control of property.** We won't cover property damage to the following property:

- Property owned by you, any of your partners or co-venturers if you are a partnership or joint venture, or any of your members or managers if you are a limited liability company.
- Property owned by your subsidiary or parent organization, or any other organization more than 50% owned by you or your subsidiary or parent organization.
- Aircraft or watercraft owned, rented, leased, borrowed, or used by, or in the care, custody, or control of, any protected person.
- Other property rented, leased, occupied, borrowed, or used by, or in the care, custody, or control of, any protected person. But we'll apply this exclusion part only to the extent that a protected person is required by contract to insure against damage to that property.

**Damage to your products or completed work.** We won't cover property damage to any of your products that's caused by your products themselves or by any of their parts. For example:

*You manufacture air conditioners. They contain several moving parts that can break down for many reasons. Regardless of the cause, we won't protect you for any property damage to the part that fails or to the rest of the air conditioner.*

Nor will we cover property damage to your completed work that's caused by your completed work itself or by any of its parts. But we won't apply this exclusion part to such property damage if:

- this agreement provides completed work liability coverage;
- your completed work that's damaged, or your completed work that causes the property damage, was done for you by others; and
- that damage is covered by your Basic Insurance.

We explain the terms your products and your completed work in the Products and completed work total limit section.

**Deliberately breaking the law.** We won't cover personal injury or advertising injury that results from:

© 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved

- the protected person knowingly breaking any criminal law; or
- any person or organization breaking any criminal law with the consent or knowledge of the protected person.

**Employers liability.**  We won't cover bodily injury to an employee of the protected person arising out of and in the course of his or her:

- employment by the protected person; or
- performance of duties related to the conduct of the protected person's business.

Nor will we cover bodily injury to the spouse, or any child, parent, brother, or sister, of that employee if such bodily injury results from the bodily injury to such employee.

We'll apply this exclusion whether the protected person may be held liable as an employer or in any other capacity, such as a property owner or product manufacturer. For example:

*You manufacture tires. Your employee is injured while driving a company truck equipped with your tires, when one of the tires blows out resulting in an accident. He receives workers compensation benefits. If he later sues you in your capacity as a manufacturer, alleging that his injury happened because your product was defective, we won't protect you.*

We'll also apply this exclusion to any obligation of the protected person to share damages with or repay someone else who must pay damages because of bodily injury to any employee of the protected person. For example:

*Your employee is injured in a printing press accident. She receives workers compensation benefits.  Later, she sues the manufacturer of the printing press, alleging that her injury happened because the press didn't have enough guarding devices on it. If the manufacturer in turn sues you, alleging that your faulty maintenance of the press − not the lack of guarding devices − resulted in the employee's injury, we won't protect you.*

But we won't apply:

- this or any other exclusion or limitation of coverage in this agreement, other than in the Coverage When Your Basic Insurance Applies, Limits Of Coverage, and Other Rules For This Agreement sections;
- the covered bodily injury must happen while this agreement is in effect limitation that's part of the Coverage When Your Basic Insurance Applies section; or
- the covered bodily injury must happen in a policy year limitation that's part of the General total limit section;

to the extent such bodily injury is covered by your employers liability Basic Insurance.

However, we'll still apply the general total limit to the combined total of all such employers liability bodily injury covered by this agreement, regardless of when it happens.

We explain the term employee in the Employees section.

**Expected or intended bodily injury or property damage.**  We won't cover bodily injury or property damage that's expected or intended by the protected person.

But we won't apply this exclusion to bodily injury or property damage that results from the use of reasonable force to protect people or property.

**False material.**  We won't cover personal injury or advertising injury that results from false material that:

- was made known by or for the protected person; and
- the protected person knew was false when it was made known.

**Impaired property.**  We won't cover property damage to impaired property, or to property that isn't physically damaged, that results from:

- your products that are faulty or dangerous;
- your completed work that is faulty or dangerous; or
- a delay or failure in fulfilling the terms of a contract or agreement.

But we won't apply this exclusion to the loss of use of property, other than your products or your completed work, that

results from sudden and accidental physical damage to:

- your products after they've been put to their intended use; or
- your completed work after it has been put to its intended use.

For example:

*You supply an electric motor to a customer who uses it to power his conveyor. The motor's shaft breaks several days later while he's operating the conveyor. The conveyor isn't damaged, but your customer has extra costs because he's unable to use it until the motor is repaired. If he sues you to recover those costs, we won't apply the exclusion. However, if the customer discovers while hooking the motor up to the conveyor that the motor's shaft is broken, we won't protect you.*

*Impaired property* means tangible property, other than your products or your completed work, that can be restored to use by nothing more than:

- an adjustment, repair, replacement, or removal of your products, or your completed work, that forms a part of such tangible property; or
- your fulfilling the terms of a contract or agreement.

We explain the terms your products and your completed work in the Products and completed work total limit section.

**Injury to owners or fellow employees.** We won't protect your employees for bodily injury or personal injury to:

- you;
- any of your partners or co-venturers if you are a partnership or joint venture;
- any of your members or managers if you are a limited liability company;
- any fellow employee; or
- the spouse, or any child, parent, brother, or sister, of that fellow employee if such injury results from the bodily injury or personal injury to the fellow employee.

Nor will we protect your employees for any obligation to share damages with, or repay, someone else who must pay damages because of bodily injury or personal injury to any of the above persons.

But we won't apply this exclusion to the extent your Basic Insurance protects your employees for such bodily injury or personal injury.

We explain the term employee in the Employees section.

**Intellectual property.** We won't cover injury or damage that results from any actual or alleged infringement or violation of any of the following rights or laws:

- Copyright.
- Patent.
- Trade dress.
- Trade name.
- Trade secret.
- Trademark.
- Other intellectual property rights or laws.

But we won't apply this exclusion to bodily injury or property damage that results from your products or your completed work.

Nor will we apply this exclusion to advertising injury that results from the unauthorized use of any:

- copyrighted advertising material;
- trademarked slogan; or
- trademarked title;

of others in your advertising.

We explain the terms your products and your completed work in the Products and completed work total limit section.

**Liquor liability.** We won't cover bodily injury or property damage that results from any protected person:

- causing or contributing to the intoxication of any person;
- selling, serving, or furnishing alcoholic beverages to any person under the legal drinking age or under the influence of alcohol; or
- violating any law or regulation applying to the sale, gift, distribution, or use of alcoholic beverages.

But we won't apply this exclusion to bodily injury or property damage covered by your Basic Insurance.

© 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved

**Material previously made known or used.** We won't cover personal injury or advertising injury that results from:

- any material that was first made known before this agreement begins; or
- any advertising idea or advertising material, or any slogan or title, of others, whose unauthorized use in your advertising was first committed before this agreement begins.

**Nuclear energy liability.** We won't cover bodily injury or property damage for which any protected person:

- is also protected under a nuclear energy liability insurance policy; or
- would have been protected under such policy if that policy's limits of coverage hadn't been used up.

Nor will we cover bodily injury or property damage that results from the hazardous properties of nuclear material and for which:

- any person or organization is required by law to maintain financial protection in accordance with the federal Atomic Energy Act or any of its amendments; or
- any protected person is entitled, or would have been entitled had this agreement not been issued, to indemnity from the United States government, or any of its agencies, under any contract or agreement between the government, or any of its agencies, and any person or organization.

In addition, we won't cover bodily injury or property damage that results from the hazardous properties of nuclear material when:

- the nuclear material is located at, or at any time discharges or disperses from, a nuclear facility that is or was at any time owned by any protected person, or operated by or for any protected person;
- the nuclear material is contained in spent nuclear fuel, or nuclear waste, that is or was at any time possessed, handled, used, processed, stored, transported, or disposed of by or for any protected person; or
- the bodily injury or property damage results from the furnishing by any protected person of services, materials, parts, or equipment in connection with the planning, construction, maintenance, operation, or use of a nuclear facility. However, we'll apply this exclusion part only to property damage to the nuclear facility, and any property located on the

site of that facility, if the nuclear facility is in the United States of America, its territories or possessions, Puerto Rico, or Canada.

*Nuclear energy liability insurance policy* means any nuclear energy liability insurance policy issued by any of the following organizations or their successors:

- Nuclear Energy Liability Insurance Association.
- Mutual Atomic Energy Liability Underwriters.
- Nuclear Insurance Association of Canada.

*Hazardous properties* includes radioactive, toxic, or explosive properties.

*Nuclear material* means any of the following materials defined in the federal Atomic Energy Act or any of its amendments:

- Source material.
- Special nuclear material.
- By-product material.

*Nuclear facility* means any:

- nuclear reactor;
- uranium isotopes separation device or equipment;
- special nuclear material device or equipment; or
- nuclear waste site.

Nuclear facility includes:

- the site on which it's located;
- all operations conducted on such site; and
- all premises used for such operations.

*Nuclear reactor* means any device, equipment, or machine designed or used to:

- sustain nuclear fission in a self-supporting chain reaction; or
- contain a critical mass of fissionable material.

*Uranium isotopes separation device or equipment* means any device or equipment designed or used for:

- separating the isotopes of uranium or plutonium;
- processing or utilizing spent nuclear fuel; or

- handling, processing or packaging nuclear waste.

*Special nuclear material device or equipment* means any device or equipment used for the processing, fabricating, or alloying of special nuclear material if the total amount of such material is at any time in the custody of any protected person at the premises where the device or equipment is located and is more than:

- 25 grams of plutonium or uranium 233, or any combination of those two materials; or
- 250 grams of uranium 235.

*Nuclear waste site* means any structure, basin, excavation, premises, or place prepared or used for the storage or disposal of nuclear waste.

*Nuclear waste* means any waste material that:

- contains by-product material; and
- results from the operation of any nuclear reactor, or uranium isotopes separation device or equipment, by any person or organization.

But we won't consider nuclear waste to include tailings or wastes that result from the extraction or concentration of uranium or thorium from any ore processed primarily for its source material content.

*Spent nuclear fuel* means any solid or liquid fuel element or component that's been exposed to radiation or used in a nuclear reactor.

**Pollution bodily injury or property damage related to autos.**  We won't cover bodily injury or property damage that results from pollution involving any pollutant, or any pollutant contained in any property, that's:

- being transported or towed by an auto;
- being loaded onto or unloaded from an auto;
- otherwise in the course of transit by auto by or for any protected person; or
- being stored, disposed of, treated, or processed in or on an auto.

But we won't apply this exclusion to bodily injury or property damage that results from pollution caused by fuels, lubricants, fluids, exhaust gases, or similar pollutants that:

- are needed for or result from the normal electrical, hydraulic, or mechanical functioning of an auto, other than the operation of specialized equipment; and
- escape, seep, or migrate, or are discharged, dispersed, or released, directly from a part of an auto designed by its manufacturer to hold, store, receive, or dispose of such pollutants.

Nor will we apply this exclusion to bodily injury or property damage that results from pollution from property of others that:

- isn't in your care, custody, or control;
- isn't being transported or towed by or for you; and
- is damaged by an accident due to the ownership, maintenance, or use of an auto covered by this agreement.

We explain the terms:

- pollution and pollutant in the Pollution injury or damage exclusion;
- auto in the Who Is Protected For Auto-Related Claims Or Suits section;
- loading or unloading in the Aircraft exclusion; and
- specialized equipment in the Racing mobile equipment exclusion.

**Pollution injury or damage.**  We won't cover injury or damage that results from pollution at, on, in, or from any:

- protected person's premises;
- waste site; or
- protected person's work site.

Nor will we cover injury or damage that results from pollution involving any waste pollutant.

But we won't apply this exclusion to bodily injury or property damage that results from:

- building heating equipment fumes, smoke, soot, or vapors;
- contractor or service work materials fumes, gases, or vapors;
- hostile fire heat, fumes, or smoke;
- mobile equipment operating fluids; or
- your products or your completed work, other than waste products or completed work.

Nor will we apply this exclusion to bodily injury or property damage related to autos

© 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved

that's specifically described in an exception in the Pollution bodily injury or property damage related to autos exclusion as bodily injury or property damage to which we won't apply that exclusion.

*Pollution* means any actual, alleged, or threatened discharge, dispersal, escape, migration, release, or seepage of any pollutant.

*Pollutant* means any solid, liquid, gaseous, or thermal irritant or contaminant, including:

- smoke, vapors, soot, fumes;
- acids, alkalis, chemicals; and
- waste.

*Waste* includes materials to be recycled, reconditioned, or reclaimed.

*Protected person's premises* means any premises, site, or location that is or was at any time owned, rented, leased, borrowed, or occupied by any protected person. For example:

*You sold an office building two years ago. It contains asbestos ceiling tile that released asbestos into the air while you owned it. A former tenant now sues you for bodily injury that allegedly resulted from the release of that asbestos. We won't cover such injury.*

Another example:

*You own an apartment building. Its woodwork is finished with paint that contains lead. Two of your renters sue you for bodily injury to their children allegedly caused by the lead in that paint. The children supposedly consumed the lead by eating chips of the paint from the window sills in their apartments. We won't cover such injury.*

But we won't consider a premises, site, or location that isn't owned, rented, leased, borrowed, or occupied by you to be a protected person's premises in connection with pollution that results from your work being performed there. For example:

*You are hired by the owner of a premises to perform work there. The premises owner requires you to provide it with insurance protection for that work under your Basic Insurance and under this*

*agreement. Your Basic Insurer does so with an additional protected person endorsement under your Basic Insurance. We do so under this agreement with the Other protected persons under your Basic Insurance section. Your work being performed on that premises causes pollution injury or damage to happen there. Even though that premises is owned by an additional protected person, we won't consider that premises to be a protected person's premises for purposes of determining your coverage, or the premise owner's coverage, for that injury or damage under this agreement.*

*Waste site* means any premises, site, or location that is or was at any time used by or for any protected person or others for the handling, storage, disposal, processing, or treatment of waste. For example:

*For several years waste generated by your manufacturing business was disposed of in a landfill owned by others. The landfill was closed two years ago. Nearby residents now allege that they're being injured by the waste from there. We won't cover such injury.*

*Protected person's work site* means any premises, site, or location at, on, or in which work is being performed by or for any protected person when:

- the pollution involves a pollutant that is brought to, on, or in such premises, site, or location by or for the protected person in connection with such work; or
- the work being performed is pollution work.

For example:

*A subcontractor working for you brings a diesel fuel storage tank to the building site for refueling of its excavation equipment. After a couple of days it is discovered that the tank has been leaking. Some of the escaped fuel is found to have seeped into an underground conduit and damaged the insulation on the fiber optic cables in the conduit. We won't cover such property damage.*

*Waste pollutant* means any pollutant that is or was at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

- any protected person; or
- any person or organization for whom you may be legally responsible.

For example:

*Waste generated by your business is transported to a landfill by a trucker hired by you. There is an accident that causes the waste to be spilled onto the road. One of the fire fighters who responds to the accident later alleges that fumes from the waste made her ill. We won't cover such injury.*

*Building heating equipment fumes, smoke, soot, or vapors* means only the fumes, smoke, soot, or vapors that:

- result from equipment used to heat a building at or on a protected person's premises; and
- are within that building.

*Contractor or service work materials fumes, gases, or vapors* means only the fumes, gases, or vapors that:

- result from materials brought into a building at or on a protected person's work site in connection with work, other than pollution work, being performed there by or for you; and
- are within that building.

*Hostile fire heat, fumes, or smoke* means only the heat, fumes, or smoke that result from a hostile fire at, on, in, or from:

- the protected person's premises, other than a waste site; or
- the protected person's work site, other than a waste site, but only if the hostile fire doesn't result from pollution work being performed by or for the protected person.

*Hostile fire* means a fire that:

- becomes uncontrollable; or
- breaks out from where it was intended to be.

*Mobile equipment operating fluids* means only the fuels, lubricants, or other operating fluids that:

- are part of the mobile equipment being maintained, operated, or used in connection with work, other than pollution work, being performed by or for the

protected person at, on, or in the protected person's work site;

- are needed to perform the normal electrical, hydraulic, or mechanical functions necessary for the operation of the mobile equipment or any of its parts;
- aren't intended to be discharged, dispersed, or released as part of the operation of the mobile equipment or any of its parts;
- aren't intended to be discharged, dispersed, or released as part of the work being performed by or for the protected person; and
- escape from a mobile equipment part designed to hold, store, or receive them.

*Waste products or completed work* means:

- your products, or your completed work, that is or was handled, stored, disposed of, processed, or treated as waste at, on, or in a waste site; or
- your products, or your completed work, that is or was a waste pollutant; or
- your completed work that is being used for cleaning up, containing, detoxifying, disposal of, handling, monitoring, neutralizing, processing, removing, storing, testing for, transporting, or treating any pollutant at, on, or in a waste site.

We explain the terms:

- mobile equipment in the Racing mobile equipment exclusion;
- pollution work in the Pollution work loss, cost, or expense exclusion; and
- your products, your work, and your completed work in the Products and completed work total limit section.

**Pollution work loss, cost, or expense.** We won't cover any loss, cost, or expense that results from:

- any request, demand, order, or statutory or regulatory requirement that any protected person or others perform pollution work; or
- any claim or suit by or for any governmental authority for damages that result from the performance of pollution work.

But we won't apply this exclusion to any damages for property damage for which the protected person would have liability without such:

© 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved

- request, demand, order, or statutory or regulatory requirement; or
- claim or suit.

For example:

*One of your products is a container that may be used to store various types of liquids. Several of those containers are sold to a company that uses them for storage of a chemical in one of its warehouses. During such use one of them ruptures and the chemical spills onto a concrete floor. Some of the spilled chemical seeps into the ground through a gap between the floor and an adjoining wall.*

*The customer alleges that the corrosive effect of the spilled chemical caused parts of the concrete floor to disintegrate, making them unusable. As a result, he demands that you pay the cost to replace those parts of the floor and properly dispose of any contaminated concrete.*

*Also, the customer is concerned that the spilled chemical that seeped into the ground may be considered a source of pollution by adjacent property owners or by a state environmental protection law. As a result, he also demands that you pay the cost to replace and properly dispose of any contaminated soil.*

*Based on the facts available to us, we'll consider the cost to replace the disintegrated parts of the concrete floor to be damages for property damage that isn't subject to this exclusion. However, we won't cover:*

- *the additional cost to properly dispose of any contaminated concrete; or*
- *the cost to replace or properly dispose of any contaminated soil;*

*regardless of who demands or requires that such pollution work be done.*

*Pollution work* means:

- the testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, or neutralizing of any pollutant; or
- the responding to, or assessing, in any way the effects of any pollutant.

For example:

*A chemical spill at your manufacturing facility releases a vapor cloud. Several hundred people are exposed to the vapor cloud before it disappears. None of them sustain any apparent bodily injury. However, several of them demand that you arrange and pay for medical checkups now, and yearly for the next ten years, to assess the effect of the vapor cloud on their health. We won't cover the cost of such pollution work, regardless of who orders or performs it.*

We explain the terms:

- pollutant in the Pollution injury or damage exclusion; and
- your products in the Products and completed work total limit section.

**Poor quality or performance.** We won't cover advertising injury that results from the failure of your products, your work, or your completed work to conform with advertised quality or performance.

We explain the terms your products, your work, and your completed work in the Products and completed work total limit section.

**Product recall.** We won't cover any loss, cost, or expense that is incurred by you or others and results from any recall, removal, or withdrawal of:

- impaired property;
- your products; or
- your completed work;

from the market, or from use by any person or organization, for any reason.

Nor will we cover any loss, cost, or expense that is incurred by you or others and results from the:

- loss of use;
- adjustment, inspection, repair;
- replacement; or
- disposal;

of such property, products, or completed work.

We explain the terms:

- impaired property in the Impaired property exclusion; and

- your products and your completed work in the Products and completed work total limit section.

**Racing mobile equipment.** We won't cover bodily injury or property damage that results from the:

- use of racing mobile equipment; or
- supervision of others in or for such use.

*Racing mobile equipment* means any mobile equipment while being prepared for or used in any:

- prearranged racing, speed, demolition, or stunting contest or activity; or
- practice for such contest or activity.

*Mobile equipment* means any land vehicle that:

- is designed for use primarily off public streets or roads;
- is kept for use only on or next to premises that you rent or lease from others, or own;
- travels on crawler treads;
- is kept primarily for the ready movement of permanently attached construction equipment; or
- doesn't travel under its own power and is kept primarily for the ready movement of permanently attached specialized equipment.

Mobile equipment includes any land vehicle that:

- isn't described above; and
- is kept primarily for purposes other than carrying people or cargo.

But we won't consider such a vehicle to be mobile equipment if it travels under its own power, is operated like an auto during travel on a public street or road, and has permanently attached:

- specialized equipment; or
- equipment designed for snow removal, street cleaning, or street or road maintenance - but not construction or resurfacing.

*Construction equipment* includes any:

- grader, scraper, or roller; or
- power crane, digger, drill, loader, or shovel.

*Specialized equipment* means any:

- cherry picker or similar device used to lift workers;
- pump, generator, or air compressor; or
- other equipment, such as building cleaning, geophysical exploration, lighting, spraying, welding, or well-servicing equipment, that has a built-in pump, generator, or air compressor.

We explain the terms:

- auto in the Who Is Protected For Auto-Related Claims Or Suits section; and
- supervision of others in the Aircraft exclusion.

**Uninsured motorists.** We won't cover any bodily injury or property damage that is subject to any automobile:

- uninsured motorists' law;
- underinsured motorists' law; or
- no-fault or other first-party bodily injury or property damage law.

**Unnamed partnership, joint venture, or limited liability company.** We won't cover injury or damage that results from the conduct of any current or past partnership, joint venture, or limited liability company that isn't shown in the Introduction as a named insured.

But we won't apply this exclusion to the extent such organization otherwise qualifies as a protected person under the Who Is Protected Under This Agreement section.

**Watercraft.** We won't cover bodily injury or property damage that results from the:

- ownership, maintenance, use, or operation;
- loading or unloading;
- entrustment to others; or
- supervision of others in or for the maintenance, use, operation, loading or unloading, or entrustment to others;

of any watercraft owned, operated, rented, leased, or borrowed by any protected person.

But we won't apply this exclusion to:

- bodily injury or property damage covered by your Basic Insurance;
- watercraft less than 50 feet long; or
- watercraft 50 or more feet long for which you notify us within 30 days after you

© 2001 The St. Paul Travelers Companies, Inc. All Rights Reserved

acquire such a watercraft and we agree to provide coverage under this agreement.

We explain the terms loading or unloading, entrustment to others, and supervision of others, in the Aircraft exclusion.

**Workers compensation and other benefit laws.**
We won't cover any obligation that the protected person has under any:

- workers compensation law;
- disability benefits law;
- unemployment compensation law; or
- similar law.

**Wrong price description.** We won't cover advertising injury that results from the wrong description of the price of your products, your work, or your completed work.

We explain the terms your products, your work, and your completed work in the Products and completed work total limit section.

## Other Insurance

If there is any other insurance for injury or damage covered by this agreement, we won't make any payments until the other insurance has been used up with the payment of damages or medical expenses.

This insurance isn't subject to the terms or conditions of any other insurance.

## Other Rules For This Agreement

### Our Duty To Reimburse When You Must Pay

If the laws or rules of a country or jurisdiction prohibit us from paying on behalf of a protected person those amounts the protected person is legally required to pay as damages for injury or damage covered by this agreement, that protected person may pay those amounts with our consent.

If the protected person gives us proof of such payments, we'll reimburse that protected person for the amount by which that protected person's payment exceeds either the limits of coverage in your Basic Insurance or the deductible, whichever

applies. But we'll only repay such protected person for amounts up to the limits of coverage that apply under this agreement.

## Maintaining Your Basic Insurance

You agree to maintain your Basic Insurance while this agreement is in effect. This means that:

- your Basic Insurance remains in effect;
- the terms and conditions of your Basic Insurance are not materially changed;
- your Basic Insurance limits of coverage aren't changed; and
- coverage that renews or replaces your Basic Insurance isn't more restrictive than the coverage being renewed or replaced.

A reduction or exhaustion of a total limit in your Basic Insurance that results from the payment of damages or medical expenses won't be considered a change of limits.

If you fail to meet any of the above requirements, this insurance will remain in effect. But we won't be liable for more than we would have been had you met all of those requirements.

If you are unable to recover from a Basic Insurer because:

- the Basic Insurer is unable to pay; or
- you fail to comply with the terms of your contract with that insurer;

we'll only pay damages covered by this agreement that exceed the limits of coverage shown in the Schedule Of Basic Insurance.

## Premium

This section replaces the Premiums section in the General Rules attached to this policy, but only for this agreement.

The premium for this agreement is a flat premium and is not subject to adjustment, except:

- as otherwise provided in a Coverage Summary or by endorsement to this agreement; or
- any adjustment that results from the cancellation of this agreement.

**FINANCIAL PROFESSIONAL SERVICES EXCLUSION ENDORSEMENT –
UMBRELLA EXCESS LIABILITY**

This endorsement changes your Umbrella
Excess Liability Protection.

## How Coverage Is Changed

The following is added to the Exclusions –
What This Agreement Won't Cover section.
This change excludes coverage.

**Financial professional services.**  We won't
cover injury or damage that results from the
performance of or failure to perform any
financial professional service.

*Financial professional service* means any
financial activity or service, including any of
the following activities or services:

- Advisory or fiduciary services.
- Lending, leasing, or mortgage operations.
- Debiting, crediting, or accounting services.
- Maintaining financial accounts or records.
- Offering, selling, financing, or
administering any insurance product.
- Collecting, refunding, or failing to refund
premiums, interest, fees, or other charges
for any insurance product.
- Acting as an assignee for the benefit of
creditors.
- Credit checking or reporting.
- Tax planning, withholding, or advisory
operations.
- Escrow, electronic funds transfer, or trust
operations.
- The issuance or sale of bank or certified
checks, letters of credit, money orders, or
travelers checks.

## Other Terms

All other terms of your policy remain the
same.

E0226 Ed. 6-04
© 2004 The St. Paul Travelers Companies, Inc. All Rights Reserved

Endorsement

Page 1 of 1

IN THE CIRCUIT COURT OF CABELL COUNTY, WEST VIRGINIA

1.    STACIE D. YANCEY, as             CIVIL ACTION NO: 07-C-0105
ADMINISTRATRIX of the          JUDGE DAVID M. PANCAKE
ESTATE OF BEATRICE
DEVORE YANCEY, Deceased,

       Plaintiff

       __AND__

MARCIA LUCAS, as ADMINISTRATRIX
of the ESTATES OF BENJAMIN LUCAS,
Deceased, QUENTIN LUCAS, Deceased, and
ANGEL LUCAS, Deceased;
MARCIA LUCAS, Individually,

       Plaintiffs,

vs.

WOODLARK PROPERTIES III, LP;
WOODLARK ENTERPRISES, III, INC.;
ALEX VENCE, JR.,

   and

WOODLARK PROPERTIES IV, LP,

   and

BUILDING EVALUATION SERVICES
AND TECHNOLOGY, INC.,

   and

CONTINENTAL CASUALTY COMPANY,

       Defendants.

vs.

BUILDING EVALUATION SERVICES &
TECHNOLOGY, INC.; ROBERT K. WITHERS
AND WITHERS & COMPANY, INC.;
C. B. RICHARD ELLIS FOUNDATION, INC. or,

in the alternative C. B. RICHARD ELLIS GROUP,
INC. or, in the alternative C. B. RICHARD ELLIS
SERVICES, INC. or, in the alternative,
C. B. RICHARD ELLIS, INC.; FANNIEMAE, INC.;
GREEN PARK FINANCIAL LIMITED
PARTNERSHIP,

         Third-Party Defendants.

2.    SIDNEY L. HARMON, as ADMINISTRATOR        CIVIL ACTION NO: 07-C-0138
      of the ESTATE OF JOSEPH BRIAR HARMON,       JUDGE DAVID M. PANCAKE
      Deceased,

         Plaintiff,

vs.

WOODLARK PROPERTIES III, LP;
WOODLARK ENTERPRISES, III, INC.;
ALEX VENCE, JR.,

         Defendants.

and

WOODLARK PROPERTIES IV, LP,

and

BUILDING EVALUATION SERVICES
AND TECHNOLOGY, INC.,

and

CONTINENTAL CASUALTY COMPANY,

         Defendants.

vs.

BUILDING EVALUATION SERVICES &
TECHNOLOGY, INC.; ROBERT K. WITHERS
AND WITHERS & COMPANY, INC.;
C. B. RICHARD ELLIS FOUNDATION, INC. or,
in the alternative C. B. RICHARD ELLIS GROUP,
INC. or, in the alternative C. B. RICHARD ELLIS
SERVICES, INC. or, in the alternative,

2

C. B. RICHARD ELLIS, INC.; FANNIEMAE,
INC.; GREEN PARK FINANCIAL LIMITED
PARTNERSHIP,

          Third-Party Defendants.

3.     JENNIFER M. SZILVASI, as           CIVIL ACTION NO: 07-C-0229
ADMINISTRATRIX of the ESTATE      JUDGE DAVID M. PANCAKE
of JOSEPH SZILVASI, Deceased,

          Plaintiff,

vs.

WOODLARK PROPERTIES III, LP;
WOODLARK ENTERPRISES, III, INC.;
ALEX VENCE, JR.,

  and

WOODLARK PROPERTIES IV, LP,

  and

BUILDING EVALUATION SERVICES
AND TECHNOLOGY, INC.,

  and

CONTINENTAL CASUALTY COMPANY,

          Defendants.

vs.

BUILDING EVALUATION SERVICES &
TECHNOLOGY, INC.; ROBERT K. WITHERS
AND WITHERS & COMPANY, INC.;
C. B. RICHARD ELLIS FOUNDATION, INC. or,
in the alternative C. B. RICHARD ELLIS GROUP,
INC. or, in the alternative C. B. RICHARD ELLIS
SERVICES, INC. or, in the alternative,
C. B. RICHARD ELLIS, INC.; FANNIEMAE, INC.;
GREEN PARK FINANCIAL LIMITED
PARTNERSHIP,

          Third-Party Defendants.

3

4.     HOLLY GOODSON, as Administratrix          CIVIL ACTION NO: 07-C-0486
of the ESTATE OF ANN SALEH,                      JUDGE DAVID M. PANCAKE
Deceased and ASHLEY JUSTUS as
Administratrix of the Estate of SETH
JUSTUS, Deceased,

                  Plaintiffs,

vs.

WOODLARK PROPERTIES III, LP;
WOODLARK ENTERPRISES, III, INC.;
ALEX VENCE, JR.,

and

WOODLARK PROPERTIES IV, LP,

and

BUILDING EVALUATION SERVICES
AND TECHNOLOGY, INC.,

and

CONTINENTAL CASUALTY COMPANY,

                  Defendants.

vs.

BUILDING EVALUATION SERVICES &
TECHNOLOGY, INC.; ROBERT K. WITHERS
AND WITHERS & COMPANY, INC.;
C. B. RICHARD ELLIS FOUNDATION, INC. or,
in the alternative C. B. RICHARD ELLIS GROUP,
INC. or, in the alternative C. B. RICHARD ELLIS
SERVICES, INC. or, in the alternative,
C. B. RICHARD ELLIS, INC.; FANNIEMAE, INC.;
GREEN PARK FINANCIAL LIMITED
PARTNERSHIP,

                  Third-Party Defendants.

                                   4

5      LIN YUAN;

                    Plaintiffs,

        vs.

        WOODLARK PROPERTIES III, LP;
        WOODLARK ENTERPRISES, III, INC.;
        ALEX VENCE, JR.,

        and

        WOODLARK PROPERTIES IV, LP,

        and

        BUILDING EVALUATION SERVICES
        AND TECHNOLOGY, INC.,

        and

        CONTINENTAL CASUALTY COMPANY,

                    Defendants.

        vs.

        BUILDING EVALUATION SERVICES &
        TECHNOLOGY, INC.; ROBERT K. WITHERS
        AND WITHERS & COMPANY, INC.;
        C. B. RICHARD ELLIS FOUNDATION, INC. or,
        in the alternative C. B. RICHARD ELLIS GROUP,
        INC. or, in the alternative C. B. RICHARD ELLIS
        SERVICES, INC. or, in the alternative,
        C. B. RICHARD ELLIS, INC.; FANNIEMAE, INC.;
        GREEN PARK FINANCIAL LIMITED
        PARTNERSHIP,

                    Third-Party Defendants.

6.    JAMES N. HALE,

     Plaintiff,

     vs.

WOODLARK PROPERTIES III, LP;
WOODLARK ENTERPRISES, III, INC.;
ALEX VENCE, JR.,

and.

WOODLARK PROPERTIES IV, LP,

and

BUILDING EVALUATION SERVICES
AND TECHNOLOGY, INC.

and

CONTINENTAL CASUALTY COMPANY,

     Defendants.

     vs.

BUILDING EVALUATION SERVICES &
TECHNOLOGY, INC.; ROBERT K. WITHERS
AND WITHERS & COMPANY, INC.;
C. B. RICHARD ELLIS FOUNDATION, INC. or,
in the alternative C. B. RICHARD ELLIS GROUP,
INC. or, in the alternative C. B. RICHARD ELLIS
SERVICES, INC. or, in the alternative,
C. B. RICHARD ELLIS, INC.; FANNIEMAE, INC.;
GREEN PARK FINANCIAL LIMITED
PARTNERSHIP,

     Third-Party Defendants.

CIVIL ACTION NO: 07-C-597
JUDGE DAVID M. PANCAKE

6

7.  MICHAEL MACERA, as Administrator                CIVIL ACTION NO: 07-C-501
    of the Estate of Mary Biss, Deceased,           JUDGE DAVID M. PANCAKE

        Plaintiff,

    vs.

    WOODLARK PROPERTIES III, LP;
    WOODLARK ENTERPRISES, III, INC.;
    ALEX VENCE, JR.,

    and

    WOODLARK PROPERTIES IV, LP,

    and

    BUILDING EVALUATION SERVICES
    AND TECHNOLOGY, INC.

    and

    CONTINENTAL CASUALTY COMPANY,

        Defendants.

    vs.

    BUILDING EVALUATION SERVICES &
    TECHNOLOGY, INC.; ROBERT K. WITHERS
    AND WITHERS & COMPANY, INC.;
    C. B. RICHARD ELLIS FOUNDATION, INC. or,
    in the alternative C. B. RICHARD ELLIS GROUP,
    INC. or, in the alternative C. B. RICHARD ELLIS
    SERVICES, INC. or, in the alternative,
    C. B. RICHARD ELLIS, INC.; FANNIEMAE, INC.;
    GREEN PARK FINANCIAL LIMITED
    PARTNERSHIP,

        Third-Party Defendants.

7

8.    BEI WANG,                                    CIVIL ACTION NO.: 07-C-496
                                                   JUDGE DAVID M. PANCAKE
              Plaintiff,

      vs.

      WOODLARK PROPERTIES III, LP;
      WOODLARK ENTERPRISES, III, INC.;
      ALEX VENCE, JR.,

      and

      WOODLARK PROPERTIES IV, LP,

      and

      BUILDING EVALUATION SERVICES
      AND TECHNOLOGY, INC.,

      and

      CONTINENTAL CASUALTY COMPANY,

                     Defendants.

      vs.

      BUILDING EVALUATION SERVICES &
      TECHNOLOGY, INC.; ROBERT K. WITHERS
      AND WITHERS & COMPANY, INC.;
      C. B. RICHARD ELLIS FOUNDATION, INC. or,
      in the alternative C. B. RICHARD ELLIS GROUP,
      INC. or, in the alternative C. B. RICHARD ELLIS
      SERVICES, INC. or, in the alternative,
      C. B. RICHARD ELLIS, INC.; FANNIEMAE, INC.;
      GREEN PARK FINANCIAL LIMITED
      PARTNERSHIP,

                     Third-Party Defendants.

8

## COMPLAINT TO JOIN THIRD-PARTY DEFENDANT
## GREEN PARK FINANCIAL LIMITED PARTNERSHIP

COMES NOW, the Defendants, WOODLARK PROPERTIES III, LP; WOODLARK

ENTERPRISES, III, INC.; and ALEX VENCE, JR., by their attorneys, JENNIFER KEADLE,

MASON, ESQUIRE and MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS; and DANIEL

T. YON, ESQUIRE and BAILES, CRAIG & YON, and file the following Complaint to Join

Third-Party Defendant, averring in support as follows:

1.      Plaintiffs initiated the above-captioned actions following a deadly fire that

occurred in apartment buildings owned by Defendant, Woodlark Properties III, LP, a foreign

limited partnership, created within the laws of the State of Delaware, and licensed to do business

in West Virginia.

2.      Defendant, Woodlark Enterprises III, Inc., is the general partner of Defendant,

Woodlark Properties, III, LP.

3.      Defendant, Alex Vence, Jr., was an employee of Defendant, Woodlark Properties

III, LP and managed the apartment buildings.

4.      The Plaintiffs in the actions currently pending before this Honorable Court consist

both of persons injured during the fire, as well as the Estates of the decedents killed during the fire.

5.      The fire referred to above occurred on or about January 13, 2007.

6.      The Defendants, Woodlark Properties III, LP; Woodlark Enterprises III, Inc.; and

Alex Vence, Jr., have denied liability as to all of the Plaintiffs' claims.

7.      Defendant, Woodlark Properties III, LP, purchased the Emmons Jr. Building

along with the Emmons Sr. Building in 2004 from J. Roger Smith.

8.    Third-Party Defendant, Green Park Financial, is a Limited Partnership existing under the laws of Maryland with a business address of 7500 Old Georgetown Road, Suite 800, Bethesda, Maryland, 20814.

9.    Third-Party Defendant, Green Park Financial, participated in the financing of the purchase by Defendant, Woodlark Properties, III, LP, of the apartment complex referred to above and, in so doing, recommended building inspectors and retained appraisers during the lending process.

12.    Assuming the allegations of the Plaintiffs' various Complaints to be true, which these Defendants have specifically denied, or have insufficient information to admit or deny, in part as fully set forth in their Answers, Third-Party Defendant, Green Park Financial, is solely, directly, jointly and/or severally liable for the injuries and/or damages sustained by the Plaintiffs if any.

13.    Assuming the allegations of the Plaintiffs' various Complaints to be true, which these Defendants have specifically denied, or have insufficient information to admit or deny, in part as fully set forth in their Answers, Third-Party Defendant, Green Park Financial, is liable over to these Defendants for indemnity and/or contribution.

WHEREUPON, these Defendants demand judgment in their favor and against Third-Party Defendant, Green Park Financial, and aver that if any of Plaintiffs' claims are proved, Third-Party Defendant is solely liable to Plaintiffs or, in the alternative, jointly and severally liable over to these Defendants for indemnity and/or contribution.

## FIRST CAUSE OF ACTION NEGLIGENCE

14.     These Defendants incorporate Paragraphs 1 through 13, above of the Third-Party Complaint as if set forth herein at length.

15.     Assuming the allegations of the Plaintiffs' various Complaints to be true, which these Defendants have specifically denied, or have insufficient information to admit or deny, in part as fully set forth in their Answers, Third Party Defendant Green Park Financial was negligent and careless and failed to exercise reasonable care with respect to its retention of building inspectors and appraisers.

16.     Third-Party Defendant, Green Park Financial, owed certain duties to the Defendants. Those duties include, but are not limited to:

a)     a duty to investigate the backgrounds, qualifications, and work history of appraisers or investigators retained or recommended;

b)     a duty to monitor and inspect the work of the inspectors and appraisers retained or recommended;

c)     a duty to investigate and confirm whether the appraisers or inspectors were knowledgeable and competent in their fields;

d)     a duty to use reasonable care to employ competent and careful appraisers and inspectors;

e)     a duty to consider the performance of the work of the inspectors and appraisers;

f)     a duty to inspect the work product of the appraisers and investigators to insure that they conformed to applicable standards, laws, regulations, and ordinances;

g)     A duty to define the job assignment, duties and responsibilities with respect to the appraisers and inspectors' duties after being retained or recommended;

11

h)   A duty to dismiss appraisers or inspectors upon finding that they were not competent or qualified; and

i)   A duty to retain and recommend inspectors or appraisers who could identify fire suppression systems, hazards, hazardous materials, and other items which may make the buildings unsafe.

17.   Assuming the allegations of the Plaintiffs' various Complaints to be true, which these Defendants have specifically denied, or have insufficient information to admit or deny, in part as fully set forth in their Answers, Third-Party Defendant, Green Park Financial, breached the aforesaid duties.

18.   As a direct and proximate result of this negligence, Defendants may suffer damages should Plaintiffs prevail in their causes of action against these Defendants.

WHEREUPON, these Defendants demand judgment in their favor and against Third-Party Defendant, Green Park Financial, and aver that if any of Plaintiffs' claims are proved, Third-Party Defendant is solely liable to Plaintiffs or, in the alternative, jointly and severally liable over to these Defendants for indemnity and/or contribution.

Respectfully submitted,

MINTZER SAROWITZ ZERIS LEDVA & MEYERS

BY: _____
JENNIFER KEADLE MASON, ESQUIRE
WV State Bar I.D. 6616
DANIEL T. YON, ESQUIRE
WV State Bar I.D. 6139
Attorneys for Defendants,
Woodlark Properties, III, LP;
Woodlark Enterprises, III, Inc., and
Alex Vence, Jr.

12

**MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS**
625 Liberty Avenue
Dominion Tower, Suite 390
Pittsburgh, PA 15222

**BAILES, CRAIG & YON, PLLC**
401 Tenth St., Suite 500
The St. James Bldg.
Post Office Box 1926
Huntington, WV 25720-1926
(304) 697-4700
Of Counsel

13

IN THE CIRCUIT COURT OF CABELL COUNTY, WEST VIRGINIA

1.      STACIE D. YANCEY, as                          CIVIL ACTION NO: 07-C-0105
        ADMINISTRATRIX of the                         JUDGE DAVID M. PANCAKE
        ESTATE OF BEATRICE
        DEVORE YANCEY, Deceased,

                    Plaintiff

          AND

        MARCIA LUCAS, as ADMINISTRATRIX
        of the ESTATES OF BENJAMIN LUCAS,
        Deceased, QUENTIN LUCAS, Deceased, and
        ANGEL LUCAS, Deceased;
        MARCIA LUCAS, Individually,

                    Plaintiffs,

        vs.

        WOODLARK PROPERTIES III, LP;
        WOODLARK ENTERPRISES, III, INC.;
        ALEX VENCE, JR.,

        and

        WOODLARK PROPERTIES IV, LP,

        and

        BUILDING EVALUATION SERVICES
        AND TECHNOLOGY, INC.,

        and

        CONTINENTAL CASUALTY COMPANY,

                    Defendants,

        vs.

        BUILDING EVALUATION SERVICES &
        TECHNOLOGY, INC.; ROBERT K. WITHERS
        AND WITHERS & COMPANY, INC.;
        C. B. RICHARD ELLIS FOUNDATION, INC. or,
        in the alternative C. B. RICHARD ELLIS GROUP,
        INC. or, in the alternative C. B. RICHARD ELLIS

SERVICES, INC. or, in the alternative,
C. B. RICHARD ELLIS, INC.; FANNIEMAE, INC.;
GREEN PARK FINANCIAL LIMITED
PARTNERSHIP,

Third-Party Defendants.

2.    SIDNEY L. HARMON, as ADMINISTRATOR                  CIVIL ACTION NO: 07-C-0138
of the ESTATE OF JOSEPH BRIAR HARMON,                    JUDGE DAVID M. PANCAKE
Deceased,

Plaintiff,

vs.

WOODLARK PROPERTIES III, LP;
WOODLARK ENTERPRISES, III, INC.;
ALEX VENCE, JR.,

Defendants.

and

WOODLARK PROPERTIES IV, LP,

and

BUILDING EVALUATION SERVICES
AND TECHNOLOGY, INC.,

and

CONTINENTAL CASUALTY COMPANY,

Defendants.

vs.

BUILDING EVALUATION SERVICES &
TECHNOLOGY, INC.; ROBERT K. WITHERS
AND WITHERS & COMPANY, INC.;
C. B. RICHARD ELLIS FOUNDATION, INC. or,
in the alternative C. B. RICHARD ELLIS GROUP,
INC. or, in the alternative C. B. RICHARD ELLIS
SERVICES, INC. or, in the alternative,
C. B. RICHARD ELLIS, INC.; FANNIEMAE, INC.;
GREEN PARK FINANCIAL LIMITED PARTNERSHIP,

Third-Party Defendants.

3.    JENNIFER M. SZILVASI, as                CIVIL ACTION NO: 07-C-0229
      ADMINISTRATRIX of the ESTATE       JUDGE DAVID M. PANCAKE
      of JOSEPH SZILVASI, Deceased,

               Plaintiff,

    vs.

    WOODLARK PROPERTIES III, LP;
    WOODLARK ENTERPRISES, III, INC.;
    ALEX VENCE, JR.,

    and

    WOODLARK PROPERTIES IV, LP,

    and

    BUILDING EVALUATION SERVICES
    AND TECHNOLOGY, INC.,

    and

    CONTINENTAL CASUALTY COMPANY,

              Defendants.

    vs.

    BUILDING EVALUATION SERVICES &
    TECHNOLOGY, INC.; ROBERT K. WITHERS
    AND WITHERS & COMPANY, INC.;
    C. B. RICHARD ELLIS FOUNDATION, INC. or,
    in the alternative C. B. RICHARD ELLIS GROUP,
    INC. or, in the alternative C. B. RICHARD ELLIS
    SERVICES, INC. or, in the alternative,
    C. B. RICHARD ELLIS, INC.; FANNIEMAE, INC.;
    GREEN PARK FINANCIAL LIMITED
    PARTNERSHIP,

           Third-Party Defendants.

4.     HOLLY GOODSON, as Administratrix                    CIVIL ACTION NO: 07-C-0486
       of the ESTATE OF ANN SALEH,                         JUDGE DAVID M. PANCAKE
       Deceased and ASHLEY JUSTUS as
       Administratrix of the Estate of SETH
       JUSTUS, Deceased,

                   Plaintiffs,

       vs.

       WOODLARK PROPERTIES III, LP;
       WOODLARK ENTERPRISES, III, INC.;
       ALEX VENCE, JR.,

       and

       WOODLARK PROPERTIES IV, LP,

       and

       BUILDING EVALUATION SERVICES
       AND TECHNOLOGY, INC.,

       and

       CONTINENTAL CASUALTY COMPANY,

                   Defendants.

       vs.

       BUILDING EVALUATION SERVICES &
       TECHNOLOGY, INC.; ROBERT K. WITHERS
       AND WITHERS & COMPANY, INC.;
       C. B. RICHARD ELLIS FOUNDATION, INC. or,
       in the alternative C. B. RICHARD ELLIS GROUP,
       INC. or, in the alternative C. B. RICHARD ELLIS
       SERVICES, INC. or, in the alternative,
       C. B. RICHARD ELLIS, INC.; FANNIEMAE, INC.;
       GREEN PARK FINANCIAL LIMITED
       PARTNERSHIP,

                   Third-Party Defendants.

5     LIN YUAN;

                  Plaintiffs,

    vs.

WOODLARK PROPERTIES III, LP;
WOODLARK ENTERPRISES, III, INC.;
ALEX VENCE, JR.,

    and

WOODLARK PROPERTIES IV, LP,

    and

BUILDING EVALUATION SERVICES
AND TECHNOLOGY, INC.,

    and

CONTINENTAL CASUALTY COMPANY,

                Defendants.

    vs.

  BUILDING EVALUATION SERVICES &
 TECHNOLOGY, INC.; ROBERT K. WITHERS
AND WITHERS & COMPANY, INC.;
C. B. RICHARD ELLIS FOUNDATION, INC. or,
in the alternative C. B. RICHARD ELLIS GROUP,
INC. or, in the alternative C. B. RICHARD ELLIS
SERVICES, INC. or, in the alternative,
C. B. RICHARD ELLIS, INC.; FANNIEMAE, INC.;
GREEN PARK FINANCIAL LIMITED
PARTNERSHIP,

              Third-Party Defendants.

CIVIL ACTION NO: 07-C-0495
JUDGE DAVID M. PANCAKE

6.     JAMES N. HALE,

         Plaintiff,

   vs.

WOODLARK PROPERTIES III, LP;
WOODLARK ENTERPRISES, III, INC.;
ALEX VENCE, JR.,

   and

WOODLARK PROPERTIES IV, LP,

   and

BUILDING EVALUATION SERVICES
AND TECHNOLOGY, INC.

   and

CONTINENTAL CASUALTY COMPANY,

       Defendants.

   vs.

BUILDING EVALUATION SERVICES &
TECHNOLOGY, INC.; ROBERT K. WITHERS
AND WITHERS & COMPANY, INC.;
C. B. RICHARD ELLIS FOUNDATION, INC. or,
in the alternative C. B. RICHARD ELLIS GROUP,
INC. or, in the alternative C. B. RICHARD ELLIS
SERVICES, INC. or, in the alternative,
C. B. RICHARD ELLIS, INC.; FANNIEMAE, INC.;
GREEN PARK FINANCIAL LIMITED
PARTNERSHIP,

        Third-Party Defendants.

CIVIL ACTION NO: 07-C-597
JUDGE DAVID M. PANCAKE

7.     MICHAEL MACERA, as Administrator            CIVIL ACTION NO: 07-C-501
        of the Estate of Mary Biss, Deceased,          JUDGE DAVID M. PANCAKE

            Plaintiff,

vs.

WOODLARK PROPERTIES III, LP;
WOODLARK ENTERPRISES, III, INC.;
ALEX VENCE, JR.,

     and

WOODLARK PROPERTIES IV, LP,

     and

BUILDING EVALUATION SERVICES
AND TECHNOLOGY, INC.

     and

CONTINENTAL CASUALTY COMPANY,

           Defendants.

vs.

BUILDING EVALUATION SERVICES &
TECHNOLOGY, INC.; ROBERT K. WITHERS
AND WITHERS & COMPANY, INC.;
C. B. RICHARD ELLIS FOUNDATION, INC. or,
in the alternative C. B. RICHARD ELLIS GROUP,
INC. or, in the alternative C. B. RICHARD ELLIS
SERVICES, INC. or, in the alternative,
C. B. RICHARD ELLIS, INC.; FANNIEMAE, INC.;
GREEN PARK FINANCIAL LIMITED
PARTNERSHIP,

           Third-Party Defendants.

8.    BEI WANG,

        Plaintiff,

   vs.

   WOODLARK PROPERTIES III, LP;
   WOODLARK ENTERPRISES, III, INC.;
   ALEX VENCE, JR.,

   and

   WOODLARK PROPERTIES IV, LP,

   and

   BUILDING EVALUATION SERVICES
   AND TECHNOLOGY, INC.,

   and

   CONTINENTAL CASUALTY COMPANY,

                Defendants.

   vs.

   BUILDING EVALUATION SERVICES &
   TECHNOLOGY, INC.; ROBERT K. WITHERS
   AND WITHERS & COMPANY, INC.;
   C. B. RICHARD ELLIS FOUNDATION, INC. or,
   in the alternative C. B. RICHARD ELLIS GROUP,
   INC. or, in the alternative C. B. RICHARD ELLIS
   SERVICES, INC. or, in the alternative,
   C. B. RICHARD ELLIS, INC.; FANNIEMAE, INC.;
   GREEN PARK FINANCIAL LIMITED
   PARTNERSHIP,

            Third-Party Defendants.

CIVIL ACTION NO.: 07-C-496
JUDGE DAVID M. PANCAKE

## CERTIFICATE OF SERVICE FOR COMPLAINT TO JOIN THIRD-PARTY DEFENDANT GREEN PARK FINANCIAL LIMITED PARTNERSHIP

I, the undersigned, hereby certify that on the ___24th___ day of JANUARY, 2008, a

true and correct copy of the within **COMPLAINT TO JOIN THIRD-PARTY**

**DEFENDANT GREEN PARK FINANCIAL LIMITED PARTNERSHIP**

was provided to the parties, either individually or through their counsel, as listed below,

via United States mail, postage prepared at Pittsburgh, Pennsylvania:

Dwight J. Staples, Esquire
Gail Henderson Staples, Esquire
Henderson, Henderson & Staples
711 ½ Fifth Avenue
Huntington, WV 25701

L. David Duffield, Esquire
Chad S. Lovejoy, Esquire
Duffield & Lovejoy
522 9th Street
Huntington, WV 25701

D. Arthur Rabourn, Esquire
Waite Schneider Bayless Chesley Co., LPA
1513 Fourth and Vine Tower
One West Fourth Street
Cincinnati, OH 45202

S. Douglas Adkins, Esquire
John F. Cyrus, Esquire
Gardner Cyrus & Adkins
636 Fourth Avenue
Huntington, WV 25701

Christopher Davis, Esquire
John Wooton, Esquire
210 Main Street
Beckley, WV 25801

Xi Scott Wang, Esquire
Fromm Law Group
919 Old Henderson Road, Suite 400
Columbus, OH 43220

Scott Mason, Esquire/Rico Moore, Esquire
Mason & Moore
179 Summers Street, Suite 314
Charleston, WV 25301

Joseph M. Farrell, Jr., Esquire
Farrell, Farrell & Farrell
914 Fifth Avenue
Huntington, WV 25772-6457

Kenneth E. Webb, Jr., Esquire
Bowles Rice McDavid Graff & Love
600 Quarrier Street
Charleston, WV 25301

Tyler B. Smith, Esquire
6 Norway Avenue
Huntington, WV 25705

Eleni Kontos-Miller, Esquire
Huddleston Bolin LLP
611 Third Avenue
Huntington, WV 25701

Christopher Beck, Esquire
Rosslyn Commons Building
333 Baldwin Road, Third Floor
Pittsburgh, PA 15205

Gina Mazzei-Smith, Esquire
Appalachian Power Company
707 Virginia Street East
Charleston, WV 25337

MINTZER SAROWITZ ZERIS LEDVA & MEYERS

BY: _____

JENNIFER KEADLE MASON, ESQUIRE
WV State Bar I.D. 6616
DANIEL T. YON, ESQUIRE
WV State Bar I.D. 6139
Attorneys for Defendants,
Woodlark Properties, III, LP;
Woodlark Enterprises, III, Inc., and Alex Vence, Jr.

**MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS**
625 Liberty Avenue
Dominion Tower, Suite 390
Pittsburgh, PA 15222

**BAILES, CRAIG & YON, PLLC**
401 Tenth St., Suite 500
The St. James Bldg.
Post Office Box 1926
Huntington, WV 25720-1926
(304) 697-4700
Of Counsel

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that a copy of the attached pleading was served this 15th day of

July, 2008, on the following individuals by CM/ECF electronic filing:


David J. Baldwin, Esquire
**Potter Anderson & Corroon, LLP**

John Anthony Macconi, Jr., Esquire
Daniel P. Bennett, Esquire
**Mintzer Sarowitz Zeris Ledva & Meyers, LLP**


                                     /s/ Neal J. Levitsky
                                    Neal J. Levitsky, Esquire (No. 2092)

WM1A 905355v1 07/15/08