

Potter
Anderson
& Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**David E. Moore**
Attorney at Law
dmoore@potteranderson.com
302 984-6147  Direct Phone
302 658-1192  Fax

July 28, 2008

**VIA E-FILE & HAND DELIVERY**

The Honorable Sue L. Robinson
United States District Court
For the District of Delaware
844 N. King Street
Wilmington, DE 19801

Re:   St. Paul Mercury Insurance Company v. Green Park Financial LP and
      Woodlark Properties III, LP, Woodlark Enterprises, III, Inc.
      C.A. No. 08-144-SLR (D. Del.)

Dear Judge Robinson:

At the end of the hearing before Your Honor on July 17, the Court stayed briefing of plaintiff St. Paul's motion for summary judgment at least until after the parties contacted the Court following the hearing on defendant Green Park's motion for summary judgment in the underlying West Virginia state court action. Although that hearing had been scheduled for July 29, we learned late last week that the motion is being rescheduled to September 11.

Green Park brings this development to the Court's attention in light of its commitment at the July 17 hearing to notify the Court of developments in the West Virginia action, and Green Park respectfully requests that the Court continue the stay at least through the date of the rescheduled West Virginia hearing. Green Park has advised counsel for plaintiff and the Woodlark defendants of this development and has been authorized to represent that none oppose the relief requested by Green Park.

Respectfully,

/s/ David E. Moore

David E. Moore

DEM/ma
876164/33038
cc:   Clerk of the Court (via hand delivery)
      All Counsel of Record (via electronic mail)